**WHITE & CASE LLP**
YAR R. CHAIKOVSKY (SBN 175421)
yar.chaikovsky@whitecase.com
ANDY LEGOLVAN (SBN 292520)
andy.legolvan@whitecase.com
AMIR JABBARI (SBN 339097)
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

ANNA B. NAYDONOV (*pro hac vice*)
anna.naydonov@whitecase.com
MARK DAVIES (*pro hac vice*)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Attorneys for
Defendant Anthropic PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARREYROU, LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC; GOOGLE LLC; OPENAI, INC.; OPENAI OPCO LLC; OPENAI GP LLC; OPENAI GLOBAL LLC; OAI CORPORATION LLC; OPENAI HOLDINGS LLC; META PLATFORMS, INC.; XAI CORPORATION; and PERPLEXITY AI, INC.,<br><br>Defendants. | Case No.  3:25-cv-10897-TLT<br><br>**DECLARATION OF ANDY LEGOLVAN IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S MOTION TO DISMISS** |

- 1 -

I, Andy LeGolvan, hereby declare:

1. I am an active member in good standing of the bar of the State of California, and I am admitted to practice in the United States District Court for the Northern District of California. I am Counsel in the law firm of White & Case LLP and counsel of record for Defendant Anthropic PBC (Anthropic). I have personal knowledge of the facts set forth herein.

2. My office retrieved the copyright registrations for the works asserted by the Plaintiffs Kochin, Carreyrou, Shishkin, Barretta, and Sacks (listed on Exhibit A to the Complaint) from the U.S. Copyright Office website located at https://publicrecords.copyright.gov/.

   a. **Kochin**. A true and correct copy of the copyright registration for **Kochin**'s asserted work, *Five Chapters on Rhetoric: Character, Action, Things, Nothing and Art,* Reg. No. TX 7-044-429, is attached hereto as **Exhibit A**.

   b. **Carreyrou**. A true and correct copy of the copyright registration for **Carreyrou**'s asserted work, *Bad Blood: Secrets and Lies in a Silicon Valley Startup,* Reg. No. TX 8-666-026, is attached hereto as **Exhibit B**.

   c. **Shishkin**. A true and correct copy of the copyright registration for **Shishkin**'s asserted work, *Restless Valley: Revolution, Murder, and Intrigue in the Heart of Central Asia*, Reg. No. 7-724-165, is attached hereto as **Exhibit C**.

   d. **Barretta**. A true and correct copy of the copyright registration for **Barretta**'s asserted work, *The Street-Smart Psychic's Guide to Getting a Good Reading*, Reg. No. 7-081-621, is attached hereto as **Exhibit D**.

   e. **Sacks**. A true and correct copy of the copyright registration for **Sacks**'s asserted work, *Pro Website Development and Operations*, Reg. No. 7-604-650, is attached hereto as **Exhibit E**. The address listed on the registration (233 Spring Street, New York, NY, 10013) is the same address listed on what appears to be the publisher's website located at www.apress.com/gp/legal.  A true and correct copy of an excerpt of the Apress website is attached hereto as **Exhibit F**.

3. On January 28, 2026, my office sent letters to Pennsylvania State University (the legal owner listed on Kochin's copyright) and Cambronne Inc. (the legal owner listed on Carreyrou's copyright) providing notice of the ownership claims made by Kochin and Carreyrou in this action and inquiring as to whether those entities would voluntarily join in this action. The letters requested a response by February 11, 2026. True and correct copies of the letters are attached hereto as **Exhibits G and H** (Penn State and Cambronne, respectively).

4.   Penn State responded confirming that it was the owner of the copyright but declined to voluntarily join in this lawsuit. A true and correct copy of the email correspondence with Penn State is attached hereto as **Exhibit I**. Cambronne, through Carreyrou's counsel, acknowledged receipt of the letter but did not respond by the requested February 11, 2026 date or otherwise. A true and correct copy of the email correspondence with Carreyrou's counsel is attached hereto as **Exhibit J**.

5.   In their allegations against Anthropic, Plaintiffs rely on two whitepapers located at the arvix.org website—one published by Anthropic (Compl. ¶ 50 n.8) and another published by EleutherAI (*id*. ¶ 51 n.9) to support allegations that Anthropic sourced training data from *The Pile*, which includes the *Books3* data set. For ease of reference, my office retrieved these whitepapers from the arvix.org website and prepared relevant excerpts. A true and correct copy of an excerpt of the Anthropic whitepaper (located at https://arxiv.org/pdf/2112.00861) is attached hereto as **Exhibit K**. A true and correct copy of an excerpt of the EleutherAI whitepaper (located at https://arxiv.org/pdf/2101.00027) is attached hereto as **Exhibit L**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*/s/ Andy LeGolvan*

Andy LeGolvan