# EXHIBIT C

**Registration Number**

TX 7-724-165

**Effective date of
registration:**

August 6, 2013

## Title

**Title of Work:** Restless Valley: Revolution, Murder, and Intrigue in the Heart of Central Asia

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 21, 2013      **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          978-0-300-18436-5

## Author

**Author:** Philip Shishkin

**Author Created:** text, except quoted materials throughout

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** Philip Shishkin

c/o Yale University Press, PO Box 209040, New Haven, CT, 06520-9010,
United States

## Certification

**Name:** Anne Richardson

**Date:** July 30, 2013