# EXHIBIT E

**Registration Number**

TX 7-604-650

**Effective date of registration:**

September 28, 2012

## Title

**Title of Work:** Pro Website Development and Operations

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 15, 2012          **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          978-1-4302-3969-7

## Author

**Author:** Matthew Sacks

**Author Created:** text

**Work made for hire:** No

**Citizen of:** not known          **Domiciled in:** not known

## Copyright claimant

**Copyright Claimant:** Matthew Sacks

233 Spring Street, New York, NY, 10013, United States

## Certification

**Name:** Sally Ellyson

**Date:** September 26, 2012