# EXHIBIT F

Apress®

Apress®

Categories
Services
Apress Open
Blog
Write
Shop

Search

**Privacy policy**

Terms and Conditions

# Privacy policy

This is the privacy policy ("policy") for the website Apress.com which is run and provided by Apress Media LLC, 233 Spring Street, New York, NY 10013, email: customerservice@springernature.com (**we**, **us** and **our**).

We will only use the personal data gathered over this website as set out in this policy. Below you will find information on how we use your personal data, for which purposes your personal data is used, with whom it is shared and what control and information rights you may have.

## I. Summary of our processing activities

The following summary provides you with a quick overview of the processing activities that are undertaken on our website. You will find more detailed information under the indicated sections below.

When you visit our website for informational reasons without setting up an account, only limited personal data will be processed to provide you with the website itself (see section III).

In case you register for one our services (e.g. discussion forum, blog or web shop) or subscribe to our newsletter, further personal data will be processed in the scope of such services (see sections IV, V and VI).

Furthermore, your personal data will be used to provide you with interesting advertising for our services and products (see section VIII) and for statistical analysis that helps us to improve our website (see section IX). Additionally, we improve your website experience with third party content (see section X).

Your personal data may be disclosed to third parties (see section XI) that might be located outside your country of residence; potentially, different data protection standards may