# EXHIBIT L

# The Pile: An 800GB Dataset of Diverse Text for Language Modeling

| | | | |
|---|---|---|---|
| **Leo Gao** | **Stella Biderman** | **Sid Black** | **Laurence Golding** |
| **Travis Hoppe** | **Charles Foster** | **Jason Phang** | **Horace He** |
| **Anish Thite** | **Noa Nabeshima** | **Shawn Presser** | **Connor Leahy** |

EleutherAI
contact@eleuther.ai

arXiv:2101.00027v1 [cs.CL] 31 Dec 2020

## Abstract

Recent work has demonstrated that increased training dataset diversity improves general cross-domain knowledge and downstream generalization capability for large-scale language models. With this in mind, we present *the Pile*: an 825 GiB English text corpus targeted at training large-scale language models. The Pile is constructed from 22 diverse high-quality subsets—both existing and newly constructed—many of which derive from academic or professional sources. Our evaluation of the untuned performance of GPT-2 and GPT-3 on the Pile shows that these models struggle on many of its components, such as academic writing. Conversely, models trained on the Pile improve significantly over both Raw CC and CC-100 on all components of the Pile, while improving performance on downstream evaluations. Through an in-depth exploratory analysis, we document potentially concerning aspects of the data for prospective users. We make publicly available the code used in its construction.[1]

## 1  Introduction

Recent breakthroughs in general-purpose language modeling have demonstrated the effectiveness of training massive models on large text corpora for downstream applications (Radford et al., 2019; Shoeybi et al., 2019; Raffel et al., 2019; Rosset, 2019; Brown et al., 2020; Lepikhin et al., 2020). As the field continues to scale up language model training, the demand for high-quality massive text data will continue to grow (Kaplan et al., 2020).

The growing need for data in language modeling has caused most existing large-scale language models to turn to the Common Crawl for most or all of their data (Brown et al., 2020; Raffel et al., 2019). While training on the Common Crawl has been effective, recent work has shown that dataset di-

versity leads to better downstream generalization capability (Rosset, 2019). Additionally, large-scale language models have been shown to effectively acquire knowledge in a novel domain with only relatively small amounts of training data from that domain (Rosset, 2019; Brown et al., 2020; Carlini et al., 2020). These results suggest that by mixing together a large number of smaller, high quality, diverse datasets, we can improve the general cross-domain knowledge and downstream generalization capabilities of the model compared to models trained on only a handful of data sources.

To address this need, we introduce the Pile: a 825.18 GiB English text dataset designed for training large scale language models. The Pile is composed of 22 diverse and high-quality datasets, including both established natural language processing datasets and several newly introduced ones. In addition to its utility in training large language models, the Pile can also serve as a broad-coverage benchmark for cross-domain knowledge and generalization ability of language models.

We introduce new datasets derived from the following sources: PubMed Central, ArXiv, GitHub, the FreeLaw Project, Stack Exchange, the US Patent and Trademark Office, PubMed, Ubuntu IRC, HackerNews, YouTube, PhilPapers, and NIH ExPorter. We also introduce OpenWebText2 and BookCorpus2, which are extensions of the original OpenWebText (Gokaslan and Cohen, 2019) and BookCorpus (Zhu et al., 2015; Kobayashi, 2018) datasets, respectively.

In addition, we incorporate several existing high-quality datasets: Books3 (Presser, 2020), Project Gutenberg (PG-19) (Rae et al., 2019), Open-Subtitles (Tiedemann, 2016), English Wikipedia, DM Mathematics (Saxton et al., 2019), EuroParl (Koehn, 2005), and the Enron Emails corpus (Klimt and Yang, 2004). To supplement these, we also in-

---

[1] https://pile.eleuther.ai/