UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CARREYROU, LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN,

Plaintiffs,

v.

ANTHROPIC PBC; GOOGLE LLC; OPENAI, INC.; OPENAI OPCO LLC; OPENAI GP LLC; OPENAI GLOBAL LLC; OAI CORPORATION LLC; OPENAI HOLDINGS LLC; META PLATFORMS, INC.; XAI CORPORATION; and PERPLEXITY AI, INC.,

Defendants.

Case No.  3:25-cv-10897-TLT

**[PROPOSED] ORDER GRANTING DEFENDANT ANTHROPIC PBC'S MOTION TO DISMISS**

- 1 -

The Court, having considered Defendant Anthropic PBC's motion to dismiss the Complaint filed by Plaintiffs John Carreyrou, Lisa Barretta, Philip Shishkin, Matthew Sacks, and Michael Kochin ("Plaintiffs"), along with the parties' briefing and evidence submitted herewith, **GRANTS** the motion as follows:

1. Plaintiffs' claims are dismissed for failure to allege sufficient facts to support a plausible claim that Anthropic copied their works.

2. Plaintiffs' claims are dismissed as time-barred by the Copyright Act's three-year statute of limitations.

3. Plaintiffs' claims are dismissed to the extent they are based on copyrights not listed in Exhibit A to the Complaint.

4. Plaintiffs Carreyrou and Kochin's claims are dismissed because they fail to allege they have standing to sue under the Copyright Act.

   a. [If Plaintiffs plan to file an amended complaint asserting a valid basis for standing, they must either join all legal owners of the asserted works or plead the reasons for not joining those legal owners to the suit.]

**IT IS HEREBY ORDERED** that Plaintiffs' claims for copyright infringement is dismissed [with/without leave to amend] for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Dated: _____, 2026

_____
Hon. Trina L. Thompson
United States District Judge