Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CARREYROU, *et al.*, | Case No.  3:25-cv-10897-TLT |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | Judge:  Hon. Trina L. Thompson |
| ANTHROPIC PBC, *et al.*, | Complaint Filed: December 22, 2025 |
| Defendant. | |

1  Before this Court is the Parties' Joint Stipulation to Sever Plaintiffs' Claims Against OpenAI Defendants for Transfer to Pending Multidistrict Litigation ("the Joint Stipulation"). Pursuant to the Joint Stipulation, the Court hereby orders as follows:

  1. Pursuant to Fed. R. Civ. P. 21, Plaintiffs' claims against OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC (together "OpenAI Defendants") are hereby severed from the above-captioned case;

  2. The Clerk of Court is directed to take appropriate action to cause the creation of a new civil action for the severed claims;

  3. Any statute of limitations applicable to the claims presently pleaded against the OpenAI Defendants is tolled from the time the original complaint was filed in Case No. 3:25-cv-10897;

  4. The OpenAI Defendants shall file a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation, as contemplated by the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Parties' stipulated agreement.

  5. The relief stipulated to herein shall not affect Plaintiffs' claims against any other named defendants, as to whom Plaintiffs intend to continue to pursue their claims in this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February __20__, 2026

_____
Hon. Trina L. Thompson
United States District Judge