1 | Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
2 | Bretton H. Laudeman (SBN 339472)
(laudemanb@sullcrom.com)
3 | SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
4 | Palo Alto, California 94301
Telephone:  (650) 461-5600
5 | Facsimile:  (650) 461-5700

6 | *Counsel for Defendant X.AI Corp.*

7 | [*Additional counsel listed on signature page*]

8

9

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | JOHN CARREYROU, LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN, | Case No. 3:25-cv-10897-TLT

14 | | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

15 | Plaintiffs, |

16 | v. |

17 | ANTHROPIC PBC; GOOGLE LLC; OPENAI, INC.; OPENAI OPCO LLC; OPENAI GP LLC; OPENAI GLOBAL LLC; OAI CORPORATION LLC; OPENAI HOLDINGS LLC; META PLATFORMS, INC.; XAI CORPORATION; and PERPLEXITY AI, INC., | The Hon. Trina L. Thompson

18 | |

19 | |

20 | Defendants. |

21

22

23

24

25

26

27

28

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' RESPONSE DEADLINE AND SET BRIEFING SCHEDULE
CASE NO. 3:25-CV-10897-TLT

1    Plaintiffs John Carreyrou, Lisa Baretta, Philip Shishkin, Jane Adams, Matthew Sacks, and

2  Michael Kochin ("Plaintiffs") and Defendants Google LLC, X.AI Corp., and Perplexity AI, Inc.

3  ("Defendants," together with Plaintiffs, the "Parties"), by and through their respective counsel of record,

4  hereby stipulate and agree as follows:

5    WHEREAS, Plaintiffs filed their Complaint in this action on December 22, 2025 (ECF No. 1);

6    WHEREAS, by stipulation of the Parties, Defendants' deadline to respond to the Complaint is

7  February 26, 2026 (ECF Nos. 51, 72, 78);

8    WHEREAS, Defendant Anthropic PBC filed a motion to dismiss the Complaint on February 17,

9  2026, and the Court set the hearing on Anthropic's motion for July 7, 2026;

10    WHEREAS, some or all of Defendants intend to move to dismiss the Complaint and expect that

11  those motions will be heard on or after July 7, 2026;

12    WHEREAS, the Parties met and conferred and, in light of the anticipated hearing date on

13  Defendants' motions to dismiss, have agreed to set a briefing schedule on any subsequently filed

14  motions to dismiss;

15    WHEREAS, the proposed briefing schedule on Defendants' motions to dismiss, as set forth

16  below, will not alter the date of any event or any deadline already fixed by Court order;

17    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

18  Parties, through their respective counsel of record, subject to approval by the Court, as follows:

19    1.    The deadline for Defendants to move against or otherwise respond to the Complaint as

20  permitted by the Federal Rules of Civil Procedure and the Local Rules of this Court is extended to April

21  7, 2026;

22    2.    Plaintiffs shall file any opposition to the motion(s) to dismiss by June 8, 2026;

23    3.    Defendants shall file any reply in support of their motion(s) to dismiss by June 22, 2026;

24    4.    The motion(s) to dismiss shall be heard on July 7, 2026, or another date as set by the

25  Court; and

26    5.    This stipulation does not waive any claim, right, or defense of any of the Parties, and is

27  without prejudice to an application for, or stipulation to, further extensions of the deadline to respond to

28  the Complaint or the briefing schedule for any motion to dismiss.  Defendants further stipulate and agree

SULLIVAN &
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' RESPONSE DEADLINE AND SET BRIEFING SCHEDULE
CASE NO. 3:25-CV-10897-TLT

1  that they will provide their written consent to a request by Plaintiffs for leave to amend their complaint

2  within 21 days after receipt of Defendants' motion(s) to dismiss should Plaintiffs seek leave to do so.

3  Dated:  February 24, 2026                    Respectfully submitted,

4

5                                                        **STRIS & MAHER LLP**

6                                                         */s/ Elizabeth Brannen*
                                                          Elizabeth Brannen (SBN 226234)
                                                          *ebrannen@stris.com*
7                                                         John Stokes (SBN 310847)
                                                          *jstokes@stris.com*
8                                                         Lauren Martin (SBN 294367)
                                                          *lmartin@stris.com*
9                                                         17785 Center Court Dr N, Ste 600
                                                          Cerritos, CA 90703
10                                                        T: (213) 995-6800 / F: (213) 261-0299

11                                                        Jacqueline Sahlberg (*pro hac vice*)
                                                          *jsahlberg@stris.com*
12                                                        1717 K St NW Suite 900
                                                          Washington, DC 20006
13                                                        T: (202) 800-5749

14                                                        Bridget Asay (*pro hac vice*)
                                                          *basay@stris.com*
15                                                        15 East State Street, Suite 2
                                                          Montpelier, VT 05602
16                                                        T: (802) 858-4285

17                                                        **FREEDMAN NORMAND FRIEDLAND
                                                          LLP**
18
                                                          Devin (Velvel) Freedman (*pro hac vice*)
19                                                        *vel@fnf.law*
                                                          Kyle Roche (*pro hac vice*)
20                                                        *kroche@fnf.law*
                                                          Alex Potter (*pro hac vice*)
21                                                        *apotter@fnf.law*
                                                          155 E. 44th Street, Suite 915
22                                                        New York, NY 10017
                                                          T: (646) 494-2900
23
                                                          *Counsel for Plaintiffs*
24

25  Dated:  February 24, 2026                    **WILSON SONSINI GOODRICK &
                                                          ROSATI**
26
                                                          */s/ Eric P. Tuttle*
27                                                        ERIC P. TUTTLE, SBN 248440
                                                          Email: eric.tuttle@wsgr.com
28                                                        701 Fifth Avenue, Suite 5100 Seattle, WA
                                                          98104-7036

1 | Telephone: (206) 883-2500

2 | DAVID H. KRAMER, SBN 168452
3 | Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
4 | Email: mrees@wsgr.com
QIFAN HUANG, SBN 339672
5 | Email: qhuang@wsgr.com
650 Page Mill Road Palo Alto, CA 94304-1050
6 | Telephone: (650) 493-9300

7 | *Counsel for Defendant Google LLC*

8 | Dated:  February 24, 2026    **SULLIVAN & CROMWELL LLP**

9 |

10 | */s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
11 | Bretton H. Laudeman (SBN 339472)
(laudemanb@sullcrom.com)
12 | 550 Hamilton Avenue
Palo Alto, California 94301
13 | Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700
14 |

15 | Jeffrey B. Wall (*pro hac vice*)
(wallj@sullcrom.com)
1700 New York Avenue, N.W., Suite 700
16 | Washington, D.C. 20006
Telephone:  (202) 956-7500
17 | Facsimile:  (202) 293-6330

18 | Amy E. Proctor (SBN 283845)
(proctora@sullcrom.com)
19 | 1888 Century Park East
Los Angeles, California 90067
20 | Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

21 | Yaira Dubin (*pro hac vice*)
(dubiny@sullcrom.com)
22 | 125 Broad Street
New York, New York 10004
23 | Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
24 |

25 | *Counsel for Defendant X.AI Corp.*

26 | Dated:  February 24, 2026    **MAYER BROWN LLP**

27 | */s/ Allison M. Aviki*
MATTHEW D. INGBER (*pro hac vice*)
28 | *MIngber@mayerbrown.com*
ALLISON M. AVIKI (*pro hac vice*)

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' RESPONSE DEADLINE AND SET BRIEFING SCHEDULE
CASE NO. 3:25-CV-10897-TLT

1     *AAviki@mayerbrown.com*
      1221 Avenue of the Americas New York, NY
2     10020-1001
      Telephone: +1 212 506 2500
3     Facsimile: +1 212 262 1910

4
      ARCHIS A. PARASHARAMI (SBN 321661)
5     *AParasharami@mayerbrown.com*
      575 Market St., Suite 2500 San Francisco, CA
6     94105
      Telephone: +1 415 874 4230
7     Facsimile: +1 650 331 2060

8
      DANIEL E. JONES (*pro hac vice*)
9     *DJones@mayerbrown.com*
      1999 K Street, Northwest Washington, DC
10    20006-1101
      Telephone: +1 202 263 3860
11    Facsimile: +1 202 263 3300

12
      *Counsel for Defendant Perplexity AI, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN &
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' RESPONSE DEADLINE AND SET BRIEFING SCHEDULE
CASE NO. 3:25-CV-10897-TLT

1

**Attestation Pursuant to Local Rule 5-1(i)(3)**

2        Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been

3    obtained from the other signatories.

4    Dated:  February 24, 2026                              */s/ Brendan P. Cullen*
                                                                    Brendan P. Cullen
5

6                                              *       *       *

7                                      **[PROPOSED] ORDER**

8        PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10

     Date:  _____          _____
11
                                     Hon. Trina L. Thompson
12                                   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN &
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' RESPONSE DEADLINE AND SET BRIEFING SCHEDULE
CASE NO. 3:25-CV-10897-TLT