| | |
|---|---|
| Elizabeth Brannen (SBN 226234)<br>ebrannen@stris.com<br>John Stokes (SBN 310847)<br>jstokes@stris.com<br>Lauren Martin (SBN 294367)<br>lmartin@stris.com<br>**STRIS & MAHER LLP**<br>17785 Center Court Dr N, Ste 600<br>Cerritos, CA 90703<br>T: (213) 995-6800<br>F: (213) 261-0299<br><br>Christopher M. Rigali (*pro hac vice*)<br>crigali@stris.com<br>Jacqueline Sahlberg (*pro hac vice*)<br>jsahlberg@stris.com<br>**STRIS & MAHER LLP**<br>1717 K St NW Ste 900<br>Washington, DC 20006<br>T: (202) 800-5749 | Bridget Asay (*pro hac vice*)<br>basay@stris.com<br>**STRIS & MAHER LLP**<br>15 East State Street, Ste 2<br>Montpelier, VT 05602<br>T: (802) 858-4285<br><br>Devin (Velvel) Freedman (*pro hac vice*)<br>vel@fnf.law<br>Kyle Roche (*pro hac vice*)<br>kroche@fnf.law<br>Alex Potter (*pro hac vice*)<br>apotter@fnf.law<br>**FREEDMAN NORMAND**<br>**FRIEDLAND LLP**<br>155 E. 44th Street, Ste 915<br>New York, NY 10017<br>T: (646) 494-2900 |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARREYROU, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC; *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-10897<br><br>**JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT [Civ. L.R. 6-1(a)]**<br><br>Complaint Filed: December 22, 2025<br><br>Judge: Currently not assigned following District Judge Trina L. Thompson's Order of Recusal (ECF 101) |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs John Carreyrou, Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, and Michael Kochin (together "Plaintiffs") and Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC (together "OpenAI Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed their complaint (the "Complaint") on December 22, 2025 (ECF 1);

WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, on January 26, 2026, the Parties stipulated to extend the OpenAI Defendants' deadline to respond to the Complaint to February 27, 2026;

WHEREAS, on February 20, 2026, the Parties stipulated to (ECF 98), and the Court ordered (ECF 99), the severance from the above-captioned case of the claims against the OpenAI Defendants and directed the Clerk of Court to take appropriate action to cause the creation of a new civil action for the severed claims;

WHEREAS, a new civil action for the severed claims against the OpenAI Defendants has not yet been created;

WHEREAS, as contemplated by the Parties' severance stipulation (ECF 98), the OpenAI Defendants will file a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation once the aforementioned new civil action is created;

WHEREAS, the OpenAI Defendants have requested, and Plaintiffs have consented to, additional time for the OpenAI Defendants to answer or otherwise respond to the Complaint;

WHEREAS, this extension will not alter the date for any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

1  THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

The OpenAI Defendants' time to file a responsive pleading to the Complaint shall be, and is, extended to March 27, 2026.

Dated: February 25, 2026

Respectfully submitted,

By: */s/ Elizabeth Brannen*
**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

1
2  Dated: February 25, 2026                By: */s/ Andrew M. Gass*
3                                          **LATHAM & WATKINS LLP**
                                           Andrew M. Gass (SBN 259694)
                                           andrew.gass@lw.com
4                                          505 Montgomery Street, Suite 2000
                                           San Francisco, CA 94111
5                                          Telephone: 415.391.0600
6
7                                          *Attorneys for Defendants OpenAI, Inc., OpenAI*
                                           *OpCo LLC, OpenAI GP LLC, OpenAI Global LLC,*
8                                          *OAI Corporation LLC, and OpenAI Holdings LLC*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 25, 2026

/s/ *Elizabeth Brannen*
Elizabeth Brannen