1  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
2  Bretton H. Laudeman (SBN 339472)
   (laudemanb@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   550 Hamilton Avenue
4  Palo Alto, California 94301
   Telephone:  (650) 461-5600
5  Facsimile:  (650) 461-5700

6  *Counsel for Defendant X.AI Corp.*

7  [*Additional counsel listed on signature page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARREYROU, LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC; GOOGLE LLC; OPENAI, INC.; OPENAI OPCO LLC; OPENAI GP LLC; OPENAI GLOBAL LLC; OAI CORPORATION LLC; OPENAI HOLDINGS LLC; META PLATFORMS, INC.; XAI CORPORATION; and PERPLEXITY AI, INC.,<br><br>Defendants. | Case No. 5:25-cv-10897-PCP<br><br>**DEFENDANT X.AI CORP.'S NOTICE OF JOINDER AND JOINDER IN MOTIONS TO SEVER**<br><br>The Hon. P. Casey Pitts<br>Courtroom:  8<br>Date:  April 9, 2026<br>Time:  10:00 a.m. |

PLEASE TAKE NOTICE that Defendant X.AI Corp. ("xAI"), by and through its undersigned counsel, hereby joins in the Motions to Sever filed by Defendants Google LLC, Perplexity AI, Inc., and Meta Platforms, Inc. in the above-captioned action (ECF Nos. 94, 112, 114, collectively, the "Motions") on the ground that Plaintiffs have failed to satisfy the requirements for permissive joinder of parties under Federal Rule of Civil Procedure 20(a)(2).  xAI adopts and fully incorporates by reference the arguments set forth in the Motions.  The hearing on the Motions is set for April 9, 2026, at 10:00 a.m. before the Honorable P. Casey Pitts.

xAI joins the Motions because xAI is not properly joined in this action with the other named Defendants, which are all unrelated companies alleged to be competitors in the development of generative AI services.  The Complaint (ECF No. 1, the "Complaint" or "Compl.") does not assert "any right to relief" against Defendants (i) "jointly, severally, or in the alternative" and (ii) "with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences."  Fed. R. Civ. P. 20(a)(2)(A).  Nor does the Complaint raise "any question of law or fact common to all defendants" that is sufficient to warrant Defendants' joinder in this action.  *See id.* 20(a)(2)(B).  Although Plaintiffs generally allege that each Defendant infringed Plaintiffs' copyrighted works in a similar manner, the Complaint "contains no allegations suggesting any relationship or common scheme among the Defendants."  *Adobe Sys. Inc.* v. *Colorado Internet Servs., LLC*, 2014 WL 1007627, at *3 (N.D. Cal. Mar. 12, 2014) ("That Defendants are alleged to have engaged in similar misconduct, in separate instances, against [Plaintiffs] is an insufficient basis for which to join all Defendants into a single suit.").  As to xAI, the allegations of copyright infringement are particularly specious.  Where they are not hopelessly conclusory, the allegations against xAI are based, in large part, on a purported conversation that Plaintiffs and/or their attorneys had with xAI's AI chatbot, Grok.  (*See* Compl. ¶¶ 90-104.)  These Grok-based allegations are obviously unique to xAI and present a novel and improper use of AI software in civil litigation.  At the appropriate time, xAI will move to dismiss the Complaint for failure to state a claim under Rule 12(b)(6).

For the reasons stated above and those set forth in the Motions, xAI respectfully requests that the Court sever and dismiss Plaintiffs' claims against xAI.  *See* Fed. R. Civ. P. 21; *Adobe Sys.*, 2014 WL 1007627, at *4.

Dated: March 3, 2026

Respectfully submitted,

*/s/ Brendan P. Cullen*

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Bretton H. Laudeman (SBN 339472)
(laudemanb@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Jeffrey B. Wall (*pro hac vice*)
(wallj@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330

Amy E. Proctor (SBN 283845)
(proctora@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Yaira Dubin (*pro hac vice*)
(dubiny@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant X.AI Corp.*