DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
QIFAN HUANG, SBN 339672
Email: qhuang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN CARREYROU, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC, et al.,<br><br>Defendants. | Case No.: 5:25-cv-10897-PCP<br><br>**DEFENDANT GOOGLE LLC'S RE-NOTICE OF MOTION TO SEVER BASED ON IMPROPER JOINDER OF DEFENDANTS**<br><br>Date:       April 9, 2026<br>Time:      10:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:     Hon. P. Casey Pitts |

# **RE-NOTICE OF MOTION**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In view of the Order Reassigning Case filed on February 27, 2026 (ECF 111), which vacated all scheduled hearing dates and directed that motions be re-noticed, Defendant Google LLC hereby re-notices its previously filed Notice of Motion and Motion to Sever Based on Improper Joinder of Defendants (ECF 94) to reflect the newly assigned District Judge and a new hearing date and time consistent with the 35-day notice period in Civil Local Rule 7-2(a) and that is available for both the Court and counsel for Plaintiffs.

**PLEASE TAKE NOTICE** that on April 9, 2026, at 10:00 a.m., Defendant Google LLC ("Google") will move this Court pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure for an order severing Plaintiffs' claims against Google and dismissing the claim against Google without prejudice. Google's Motion to Sever is based on this Re-Notice of Motion, the previously filed Notice of Motion and Motion and accompanying Memorandum of Points and Authorities (ECF 94), and such other matters as may be presented to the Court.

Respectfully submitted,

Dated: March 4, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Eric P. Tuttle*
Eric P. Tuttle
eric.tuttle@wsgr.com

*Counsel for Defendant Google LLC*