# Exhibit A

| | |
|---|---|
| Author: | John Carreyrou |
| Title: | Bad Blood: Secrets and Lies in a Silicon Valley Startup |
| Registration Number / Date: | TX0008666026 / 2018-09-19 |
| Type of Work: | Text |

| | |
|---|---|
| Author: | Lisa Barretta |
| Title: | The Street-Smart Psychic's Guide to Getting a Good Reading |
| Registration Number / Date: | TX0007081621 / 2009-11-05 |
| Type of Work: | Text |

| | |
|---|---|
| Author: | Philip Shishkin |
| Title: | Restless Valley: Revolution, Murder, and Intrigue in the Heart of Central Asia |
| Registration Number / Date: | TX0007724165 / 2013-08-06 |
| Type of Work: | Text |

| | |
|---|---|
| Author: | Matthew Sacks |
| Title: | Pro Website Development and Operations |
| Registration Number / Date: | TX0007604650 / 2012-09-28 |
| Type of Work: | Text |

| | |
|---|---|
| Author: | Jane Adams |
| Title: | Boundary issues |
| Registration Number / Date: | TX0006258092 / 2005-11-14 |
| Type of Work: | Text |

| | |
|---|---|
| Author: | Jane Adams |
| Title: | How to sell what you write |
| Registration Number / Date: | TX0001444050 / 1984-11-01 |
| Type of Work: | Text |

| | |
|---|---|
| Author: | Michael S. Kochin |
| Title: | Five Chapters on Rhetoric: Character Action Things Nothing and Art |
| Registration Number / Date: | TX0007044429 / 2009-11-24 |
| Type of Work: | Text |

| | |
|---|---|
| Author: | Michael S. Kochin, Michael Taylor |
| Title: | An Independent Empire: Diplomacy & War in the Making of the United States |
| Registration Number / Date: | TX0009325808 / 2023-07-25 |
| Type of Work: | Text |