Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMBRONNE INC., LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC; GOOGLE LLC; OPENAI, INC.; OPENAI OPCO LLC; OPENAI GP LLC; OPENAI GLOBAL LLC; OAI CORPORATION LLC; OPENAI HOLDINGS LLC; META PLATFORMS, INC.; XAI CORPORATION; PERPLEXITY AI, INC.; APPLE, INC.; and NVIDIA CORPORATION, <br><br> Defendants. | Case No. 5:25-cv-10897-PCP <br><br> Related Case: <br><br> Case No. 5:26-cv-02333 <br><br><br> **NOTICE OF RELATED CASES; PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** <br><br> [Civ. L. R. 3-12] |

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that a related case, *Chicken Soup for the Soul, Inc. v. Anthropic PBC, et al.*, Case No. 5:26-cv-02333, was filed on March 17, 2026, in the United States District Court of the Northern District of California. Pursuant to Local Rule 3-12(b) and 7-11 of the United State District Court for the Northern District of California, Plaintiffs submit this Administrative Motion because the Case No. 5:26-cv-02333 is related, as defined by Local Rule 3-12(a), to Case No. 5:25-cv-10897-PCP.

## I. Applicable Standard Under Civil L.R. 3-12

Under Civil Local Rule 3-12, an action is related to another when:

1. The actions concern substantially the same parties, property, transaction, event, or question of law; and;

2. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Civil L.R. 3-12(a)

An Administrative Motion to Consider Whether Cases Should be Related must contain: "(1) The title and case number of each apparently related case; (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)."

## II. Related Cases

The cases are related in each of the following respects:

1. All Defendants are common in both cases.

2. Plaintiffs in both cases are represented by the same attorneys.

3. By and large, the factual allegations and legal claims in both cases are overlapping. Plaintiffs in both cases allege that Defendants, developers of commercial large language models ("LLMs"), engaged in copyright infringement in violation of 17 U.S.C. § 501 by copying, downloading, reproducing, ingesting, parsing, embedding, and using pirated copies of Plaintiffs' works in the development, training, fine-tuning, and deployment of their LLMs. Both cases contain virtually identical allegations that Defendants relied on pirate libraries and pirated datasets in their scheme to use Plaintiffs' copyrighted works without authorization.

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

In short, most of the factual allegations, causes of action, legal issues, and legal arguments in both cases are the same. Conducting these cases before different judges would create an unduly burdensome duplication of labor and expense and a risk of conflicting results.

Accordingly, given the overlapping nature of these cases (including defendants, attorneys, factual allegations, and causes of action), an assignment to a single judge is likely to conserve judicial resources and promote the most efficient determination of the actions.

**III.    Conclusion**

As set forth above, *Cambronne Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:25-cv-10897-PCP, should be related to *Chicken Soup for the Soul, Inc. v. Anthropic PBC, et al.*, Case No. 5:26-cv-02333.

Case No. 5:25-cv-10897-PCP

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Dated:  March 18, 2026

Respectfully submitted,

*/s/ Elizabeth Brannen*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED