Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

*[Additional Parties and Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE INC., LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC; GOOGLE LLC; OPENAI, INC.; OPENAI OPCO LLC; OPENAI GP LLC; OPENAI GLOBAL LLC; OAI CORPORATION LLC; OPENAI | Case No. 5:25-cv-10897-PCP <br><br> **JOINT STATEMENT PROPOSING DATES FOR CONSOLIDATED HEARINGS** <br><br> Date: March 24, 2026 <br> Time: 10:00 am <br> Crtrm.: 8 <br><br> Judge: Hon. P. Casey Pitts |

JOINT STATEMENT PURSUANT TO COURT ORDER DATED MARCH 4, 2026

HOLDINGS LLC; META PLATFORMS, INC.; XAI CORPORATION; PERPLEXITY AI, INC.; APPLE, INC.; and NVIDIA CORPORATION,

Defendants.

JOINT STATEMENT PURSUANT TO COURT ORDER DATED MARCH 4, 2026

Pursuant to the Court's March 4, 2026 Order (ECF No. 118), Plaintiffs and Defendants Anthropic PBC ("Anthropic"), Google LLC ("Google"), OpenAI, Inc. and its affiliated entities ("OpenAI" or "OpenAI Defendants"), Meta Platforms, Inc. ("Meta"), X.AI Corp. ("xAI"), and Perplexity AI, Inc. ("Perplexity," collectively with Plaintiffs, the "Parties") submit this Joint Statement proposing dates for consolidated hearings on (1) the pending motions to sever and (2) any motions to dismiss the operative complaint. The OpenAI Defendants join in the submission of this statement, but do not take a position on the proposals herein given the severance of the claims against the OpenAI Defendants. *See* ECF Nos. 98, 99.[1]

## I.    PROCEDURAL HISTORY

1.    On December 22, 2025, Plaintiffs filed suit against Defendants Anthropic, Google, OpenAI, Meta, xAI, and Perplexity. Plaintiffs, all of whom are authors, allege that each Defendant willfully infringed their copyrighted works to build and train Defendants' respective artificial intelligence large language models. The case was assigned to the Honorable Trina L. Thompson.

2.    Pursuant to a joint stipulation and order on that stipulation, Plaintiffs' claims against the OpenAI Defendants were subsequently severed for the purpose of transferring those claims to an existing multi-district litigation. *See* ECF Nos. 98, 99. (The Court's order directed the "Clerk of Court . . . to take appropriate action to cause the creation of a new civil action for the severed claims." ECF No. 99.)

---

[1] The schedule and dates proposed herein are not intended to address the OpenAI Defendants' claims given (a) the severance of those claims, and (b) the agreement of Plaintiffs and the OpenAI Defendants that, once the ordered severance is effectuated, those claims should be transferred to the multidistrict litigation currently pending against the OpenAI Defendants—*In re: OpenAI, Inc., Copyright Infringement Litigation*, MDL No. 3143.

JOINT STATEMENT PURSUANT TO COURT ORDER DATED MARCH 4, 2026

3. Defendants Google (ECF No. 94), Anthropic (ECF No. 106), Perplexity (ECF No. 112), Meta (ECF No. 114), and xAI (ECF No. 115) have each moved for severance. Judge Thompson initially scheduled a hearing on any motions to sever for March 24, 2026. ECF No. 95. Following the reassignment of this case to the Honorable P. Casey Pitts, each of Google, Anthropic, Meta, and xAI noticed or renoticed their motion for severance to be heard on April 9, 2026, and the calendar for Judge Pitts on the Northern District website currently shows a motion to sever in this case set to be heard on April 9 at 10:00 a.m.

4. On February 17, 2026, Defendant Anthropic filed a motion to dismiss. ECF No. 96. By order of Judge Thompson, a hearing on the motion to dismiss was set for July 7, 2026. ECF No. 97. Anthropic and Plaintiffs stipulated that Plaintiffs' time to respond to the motion to dismiss be extended to March 10, 2026. ECF No. 108.

5. On February 24, 2026, Plaintiffs and Defendants Google, xAI, and Perplexity filed a stipulation and proposed order to extend those Defendants' deadline to respond to the complaint to April 7, 2026, two weeks after the then-scheduled hearing on the motions to sever, and to set a briefing schedule on their anticipated motions to dismiss. ECF No. 100. Pursuant to that stipulation and proposed order, Plaintiffs would respond to any of those Defendants' motions to dismiss by June 8, 2026, and Defendants would file any replies by June 22, 2026, in advance of the then-scheduled July 7, 2026 hearing. *Id.* The proposed order has not been signed by the Court, but the parties to that stipulation agreed to abide by it with respect to the response deadline, subject to further direction from the Court.

6. On February 26, 2026, Defendant Meta answered the Complaint. ECF No. 109.

7. On February 23, 2026, Judge Thompson issued an Order of Recusal. ECF No. 101. The order stated that "[a]ll pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge." *Id.*

JOINT STATEMENT PURSUANT TO COURT ORDER DATED MARCH 4, 2026

8.      On February 27, 2026, following Judge Thompson's recusal, the case was reassigned to the Honorable P. Casey Pitts. ECF No. 111.

9.      On March 4, 2026, the Court directed the parties to "file a joint statement that proposes dates for consolidated hearings on (1) the pending motions to sever and (2) the pending motion to dismiss and any forthcoming motions to dismiss." ECF No. 118. The Court also set a status conference for March 24, 2026. *Id.*

10.     On March 10, 2026, Plaintiffs filed their first amended complaint ("FAC"), which, among other things, added Defendants Apple, Inc. ("Apple") and NVIDIA Corporation ("NVIDIA") to the case. ECF No. 119. Like the original complaint, the FAC alleges one count of copyright infringement against each of the Defendants.

11.     Defendant Apple was served on March 13, 2026. As of the date of this filing, counsel for Apple has yet to appear in the case.

12.     Defendant NVIDIA was served on March 17, 2026. As of the date of this filing, counsel for NVIDIA has yet to appear in the case.

## II.     MOTIONS TO SEVER

13.     As noted, no appearance has been entered on behalf of Defendants Apple and NVIDIA. Counsel for Plaintiffs have not spoken to counsel for Apple or NVIDIA. Counsel for Plaintiffs have conferred with counsel for the other Defendants that have appeared.

14.     All Defendants who have appeared and who intend to file a motion to sever at this stage of the case have done so. As noted above, all of those motions are currently noticed for hearing on April 9, 2026, and a hearing on those motions is currently on the Court's calendar for April 9.

15.     By agreement among the Parties, Plaintiffs filed their opposition to the pending motions to sever on March 18, 2026, and Defendants Anthropic, Google, Perplexity, Meta, and xAI will file any replies by March 26, 2026. Although the pending motions to sever cite the original

Complaint in this action, the Parties agree that those motions should still be heard and that any material differences in the Amended Complaint may be addressed by the Defendants in their reply briefs.

16.     The Parties propose that a consolidated hearing on the pending motions to sever take place on April 9, 2026.

## III.     MOTIONS TO DISMISS

17.     Counsel for Plaintiffs have conferred with counsel for all Defendants save for Defendants Apple and NVIDIA (who have not yet appeared) on a schedule governing motions to dismiss. The Parties propose as follows:

18.     The deadline for all Defendants who have appeared in this case to respond to the Amended Complaint (ECF No. 119) will be April 24, 2026.

19.     Plaintiffs will have 60 days to oppose any motions to dismiss that are filed by April 24, 2026. Defendants will have 21 days to file any reply briefs.

20.     The Parties propose that a consolidated hearing on any motions to dismiss take place no later than September 24, 2026.

21.     Plaintiffs will confer with the Defendants who have not yet appeared to agree on a response deadline and briefing schedule that will allow any motions to dismiss filed by those Defendants also to be heard at the same time.

DATED:  March 20, 2026

*/s/ Christopher M. Rigali*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

DATED:  March 20, 2026

*/s/ Karen L. Dunn*

**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
401 9th Street NW
Washington, DC 20004

5                         Case No. 5:2025-cv-10897-PCP

Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

Bobby A. Ghajar
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email:bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email:  mweinstein@cooley.com
lstameshkin@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com
jlauter@cooley.com

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
ANGELA L. DUNNING (212047)
adunning@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

**COOLEY LLP**
PHILLIP MORTON
pmorton@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004

6                                           Case No. 5:2025-cv-10897-PCP

Telephone: (202) 842-7800

*Counsel for Defendant Meta Platforms, Inc.*

DATED:  March 20, 2026                    */s/ Yar R. Chaikovsky*

**WHITE & CASE LLP**
Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
Andy LeGolvan
andy.legolvan@whitecase.com
Amir Jabbari
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

*Attorneys for Defendant Anthropic PBC*

DATED:  March 20, 2026                    */s/ Eric P. Tuttle*

David H. Kramer, SBN 168452
Email: dkramer@wsgr.com
Maura L. Rees, SBN 191698
Email: mrees@wsgr.com
Qifan Huang, SBN 339672
Email: qhuang@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

Eric P. Tuttle, SBN 248440
Email:eric.tuttle@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500

*Counsel for Defendant Google LLC*

JOINT STATEMENT PURSUANT TO COURT ORDER DATED MARCH 4, 2026

DATED:  March 20, 2026

/s/ Rose S. Lee

Rose S. Lee, SBN 294658
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA  94304-1018
(650) 813-5865
roselee@mofo.com

*Attorneys for Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC*

DATED:  March 20, 2026

/s/ Brendan P. Cullen

**SULLIVAN & CROMWELL LLP**
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Bretton H. Laudeman (SBN 339472)
(laudemanb@sullcrom.com)
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Jeffrey B. Wall (*pro hac vice*)
(wallj@sullcrom.com)
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:(202) 956-7500
Facsimile:(202) 293-6330

Amy E. Proctor (SBN 283845)
(proctora@sullcrom.com)
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

Yaira Dubin (*pro hac vice*)
(dubiny@sullcrom.com)
125 Broad Street
New York, New York10004
Telephone:(212) 558-4000
Facsimile:(212) 558-3588

*Counsel for Defendant X.AI Corp.*

JOINT STATEMENT PURSUANT TO COURT ORDER DATED MARCH 4, 2026

DATED:  March 20, 2026                    */s/ Matthew D. Ingber*

**MAYER BROWN LLP**
Matthew D. Ingber (*pro hac vice*)
MIngber@mayerbrown.com
Allison M. Aviki (*pro hac vice*)
AAviki@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone:+1 212 506 2500
Facsimile:+1 212 262 1910

*Attorneys for Defendant Perplexity AI, Inc.*

JOINT STATEMENT PURSUANT TO COURT ORDER DATED MARCH 4, 2026

## L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: March 20, 2026

/s/ Christopher M. Rigali
Christopher M. Rigali *(pro hac vice)*