DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
MAURA L. REES, SBN 191698
Email: mrees@wsgr.com
QIFAN HUANG, SBN 339672
Email: qhuang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

ERIC P. TUTTLE, SBN 248440
Email: eric.tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE INC, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC, et al.,<br><br>       Defendants. | Case No.: 5:25-cv-10897-PCP<br><br>**DEFENDANT GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:     Hon. P. Casey Pitts |

Google LLC ("Google") submits this response to Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related (ECF No. 125), which seeks to relate *Chicken Soup for the Soul, Inc. v. Anthropic PBC, et al.*, Case No. 3:26-cv-02333 (currently assigned to Magistrate Judge Cisneros), to this case. Google is one of many defendants in this case. Google is also one of many defendants named in the *Chicken Soup* case, but has not yet been served with the complaint in that case.

Google does not oppose relating the *Chicken Soup* case to this case in their current form and at this stage. Google has, however, filed a motion to sever and dismiss Google from this case for improper joinder (ECF No. 94). There is no basis for Plaintiffs' attempt to throw together as defendants a host of distinct companies that, according to Plaintiffs' own allegations, acted independently, in competition not concert, and through unrelated and quite different transactions. Google believes the same arguments regarding improper joinder and severance apply to the *Chicken Soup* case, and expects to file a similar motion in that case if necessary. Further, as Google has explained, a complaint properly filed against Google alone would be related to another pending, lower-numbered case in this District, *In re Google Generative AI Copyright Litig.*, Case No. 5:23-cv-03440-EKL. Thus, Google believes that, following disposition of the severance motions, any case refiled against Google ultimately should be related to the *In re Google* case.

In refraining from opposing Plaintiffs' Administrative Motion at this stage, Google reserves the right to request, following disposition of the severance motion, that the claims by these Plaintiffs against Google be related to the *In re Google* case.

Respectfully submitted,

Dated: March 23, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *Eric P. Tuttle*
Eric P. Tuttle
eric.tuttle@wsgr.com

*Counsel for Defendant Google LLC*