**MAYER BROWN LLP**
MATTHEW D. INGBER (*pro hac vice*)
*MIngber@mayerbrown.com*
ALLISON M. AVIKI (*pro hac vice*)
*AAviki@mayerbrown.com*
GRAHAM WHITE (*pro hac forthcoming)*
*GWhite@mayerbrown.com*
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Michael A. Calvanico (SBN 344792)
*MCalvanico@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant
Perplexity AI, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMBRONNE INC., LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC; GOOGLE LLC; OPENAI, INC.; OPENAI OPCO LLC; OPENAI GP LLC; OPENAI GLOBAL LLC; OAI CORPORATION LLC; OPENAI HOLDINGS LLC; META PLATFORMS, INC.; XAI CORPORATION; PERPLEXITY AI, INC.; APPLE, INC.; and NVIDIA CORPORATION, <br><br> Defendants. | Case No.: 5:25-cv-10897-PCP <br><br> Related Case: <br><br> Case No. 3:26-cv-02333-LJC <br><br> **PERPLEXITY AI'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |

Defendant Perplexity AI, Inc. ("Perplexity") hereby gives notice to the Court, and all Parties, that it does not oppose Plaintiffs' administrative motion to consider whether this instant action should be related to *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 3:26-cv-02333-LJC (ECF No. 125).

Perplexity's non-opposition is without prejudice to, and does not waive, any rights, defenses, objections, or arguments in any forum, including but not limited to those concerning jurisdiction, venue, service, [1] consolidation, severance or misjoinder. Consistent with Perplexity's pending Motion to Sever and Dismiss in this action and forthcoming reply brief supporting that motion, Perplexity's position is that relation does not affect misjoinder, and that the claims against Perplexity should be severed from the claims against all other defendants here and in any related case.

Dated:     March 23, 2026          MAYER BROWN LLP

*/s/ Matthew D. Ingber*
MATTHEW D. INGBER
ALLISON M. AVIKI
MICHAEL A. CALVANICO

*Attorneys for Defendant Perplexity AI, Inc.*

---

[1] As of the date of this filing, to its knowledge, Perplexity has not been served with the *Chicken Soup* complaint.

1