**WHITE & CASE LLP**
YAR R. CHAIKOVSKY (CA 175421)
yar.chaikovsky@whitecase.com
ANDY LEGOLVAN (CA 292520)
andy.legolvan@whitecase.com
AMIR JABBARI (CA 339097)
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

ANNA B. NAYDONOV (*pro hac vice*)
anna.naydonov@whitecase.com
MARK DAVIES (*pro hac vice*)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Attorneys for
Defendant Anthropic PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMBRONNE INC., LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN, | Case No.  3:25-cv-10897-PCP |
| | **DEFENDANT ANTHROPIC PBC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plaintiffs, | |
| v. | Judge: Hon. P. Casey Pitts |
| ANTHROPIC PBC; GOOGLE LLC; OPENAI, INC.; OPENAI OPCO LLC; OPENAI GP LLC; OPENAI GLOBAL LLC; OAI CORPORATION LLC; OPENAI HOLDINGS LLC; META PLATFORMS, INC.; XAI CORPORATION; PERPLEXITY AI, INC., APPLE, INC.; and NVIDIA CORPORATION | Complaint Filed: December 22, 2025 |
| Defendants. | |

Anthropic does not oppose Plaintiffs' motion to relate *Chicken Soup for the Soul, LLC v. Anthropic PBC, et al.*, Case No. 5:26-cv-02333 (N.D. Cal.) to the present *Cambronne* action. ECF 125. That said, Anthropic writes briefly to confirm that the grounds for severing Anthropic from the other defendants in *Cambronne* apply equally to *Chicken Soup*. *See* ECF 94, 106, 112, 114, 115 (defendants' motions to sever in *Cambronne*). Plaintiffs confirm both cases "contain virtually identical allegations that Defendants relied on pirate libraries and pirated datasets in their scheme to use Plaintiffs' copyrighted works without authorization." ECF 125 at 2.

Moreover, for many of the reasons Plaintiffs seek to relate *Chicken Soup* to *Cambronne*, Anthropic intends to subsequently relate both actions to *Bartz v. Anthropic PBC*, No. 3:24-cv-5417 (N.D. Cal.) once the claims against Anthropic are properly severed. *Bartz* is an author class action pending before Judge Martínez-Olguín involving substantially similar copyright claims against Anthropic arising from the same alleged conduct. Specifically, in *Bartz*, the Court has already dedicated substantial time to tackling the same factual issues as in *Cambronne* and *Chicken Soup*: alleged use by Anthropic of pirated books to train its Claude models. Because Plaintiffs are presumably opt-outs from the *Bartz* class action, relating all three actions to a single judge familiar with the issues would promote judicial economy, avoid the need for a new judge to learn the record, and reduce the risk of inconsistent rulings.

Finally, to ensure efficient resolution of severance and proper case relation, Anthropic requests that the Court consider the pending severance motions (ECF 94, 106, 112, 114, 115) as to *Chicken Soup* as well.

Dated: March 23, 2026

WHITE & CASE LLP

By:     */s/ Yar R. Chaikovsky*

Yar R. Chaikovsky
Anna B. Naydonov
Mark Davies
Andy LeGolvan
Amir Jabbari

*Attorneys for Defendant Anthropic PBC*

- 1 -