Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Suite 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Suite 2
Montpelier, VT 05602
T: (802) 858-4285

Kyle Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMBRONNE INC., *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>ANTHROPIC PBC; *et al*.,<br><br>      Defendants. | Case No. 5:2025-cv-10897-PCP<br><br>**JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT [CIV. L.R. 6-1(A)]**<br><br>Amended Complaint Filed: March 10, 2026 |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Cambronne Inc., Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, and Michael Kochin (together "Plaintiffs") and Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC (together "OpenAI Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed their initial complaint on December 22, 2025 (ECF 1);

WHEREAS, on February 20, 2026, the Parties stipulated to (ECF 98), and the Court ordered (ECF 99), the severance from the above-captioned case of the claims against the OpenAI Defendants and directed the Clerk of Court to take appropriate action to cause the creation of a new civil action for the severed claims;

WHEREAS, a new civil action for the severed claims against the OpenAI Defendants has not yet been created;

WHEREAS, as contemplated by the Parties' severance stipulation (ECF 98), the OpenAI Defendants will file a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation once the aforementioned new civil action is created;

WHEREAS, Plaintiffs filed their amended complaint (the "Amended Complaint") on March 10, 2026 (ECF 119);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3) and the stipulation at ECF 107, the OpenAI Defendants currently have until March 27, 2026, to answer or otherwise respond to the Amended Complaint;

WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the OpenAI Defendants have requested, and Plaintiffs have consented to, additional time for the OpenAI Defendants to answer or otherwise respond to the Amended Complaint;

JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT [CIV. L.R. 6-1(A)]

WHEREAS, the OpenAI Defendants have not made any prior requests for an extension of time to respond to the Amended Complaint in this case, and this extension will not alter the date for any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

The OpenAI Defendants' time to file a responsive pleading to the Amended Complaint shall be, and is, extended to May 26, 2026.

JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT [CIV. L.R. 6-1(A)]

DATED:  March 26, 2026

Respectfully submitted,

By: */s/ Elizabeth Brannen*
**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT [CIV. L.R. 6-1(A)]

DATED:  March 26, 2026

By: */s/ Rose S. Lee*
Rose S. Lee, SBN 294658
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA  94304-1018
(650) 813-5865
roselee@mofo.com

*Attorneys for Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC*

JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT [CIV. L.R. 6-1(A)]

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: March 26, 2026

/s/ Elizabeth Brannen
Elizabeth Brannen (SBN 226234)

JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT [CIV. L.R. 6-1(A)]