Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Kyle Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC, *et al.*,<br><br>Defendants. | Case No.: 5:2025-cv-10897-PCP<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT FOR DEFENDANTS APPLE INC. AND NVIDIA CORPORATION**<br><br>Judge:  Hon. P. Casey Pitts<br><br>Amended Complaint Filed: March 10, 2026 |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Cambronne Inc., Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, and Michael Kochin (together "Plaintiffs") and Defendants Apple Inc. ("Apple") and NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed an initial Complaint on December 22, 2025 (Dkt. 1);

WHEREAS, Plaintiffs filed an Amended Complaint on March 10, 2026 (Dkt. 119), which added Apple and NVIDIA as defendants;

WHEREAS, Apple was served with the Amended Complaint on March 13, 2026 (Dkt. 129);

WHEREAS, NVIDIA was served with the Amended Complaint on March 17, 2026 (Dkt. 130);

WHEREAS, Apple currently has until April 3, 2026 and NVIDIA has until April 7, 2026 to answer or otherwise respond to the Amended Complaint;

WHEREAS, Civil Local Rule 6-1(a) permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, at the status conference in this action on March 24, 2026, the Court stated its intention to hear argument and issue a written decision on Defendants' Motions to Sever before Defendants answer or otherwise respond to the Amended Complaint, and asked the Parties to submit a proposed hearing date for the Motions to Sever and a deadline to answer or otherwise respond to the Amended Complaint within two weeks (*i.e.*, by April 7, 2026);

WHEREAS, Apple and NVIDIA have requested, and Plaintiffs have consented to, additional time for Apple and NVIDIA to answer or otherwise respond to the Amended Complaint;

WHEREAS, this extension will not alter the date for any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

WHEREAS, the Parties agree that an extension of time to file a responsive pleading is reasonable and serves the interests of judicial economy and efficiency, including so that Apple and NVIDIA may participate in discussions with Plaintiffs and the other Defendants about a new schedule for Defendants to answer or otherwise respond to the Amended Complaint, which discussions may not be completed before Apple's and NVIDIA's deadlines to respond;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

Subject to any modifications that may result from the Parties' forthcoming Joint Statement on Scheduling (in response to the Court's March 25, 2026 order (Dkt. 134)), the time to answer or otherwise respond to the Amended Complaint for Defendants Apple and NVIDIA is extended to July 10, 2026.

Dated: April 3, 2026

Respectfully submitted,

By */s/ Elizabeth Brannen*
**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

Dated: April 3, 2026

By */s/ Nicole C. Valco*
**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Nicole C. Valco (Bar No. 258506)
nicole.valco@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*pro hac vice* motion forthcoming)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

Dated: April 3, 2026

By */s/ Valerie Roddy*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Valerie Roddy (Bar No. 235163)
valerieroddy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: +1.213.443.3000

*Attorneys for Defendant NVIDIA Corporation*

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

# L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: April 3, 2026                    /s/ Elizabeth Brannen
                                        Elizabeth Brannen (SBN 226234)

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT