Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAMBRONNE, INC., LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC, GOOGLE LLC, META PLATFORMS, INC., XAI CORPORATION, PERPLEXITY AI, INC., APPLE, INC., and NVIDIA CORPORATION,<br><br>Defendants. | Case No. 5:25-cv-10897-PCP<br><br>**JOINT STATEMENT ON SCHEDULING**<br><br>Judge:    Hon. P. Casey Pitts |

Case No. 5:25-cv-10897-PCP

JOINT STATEMENT ON SCHEDULING

## I.    RELEVANT PROCEDURAL HISTORY

1.    On December 22, 2025, Plaintiffs filed suit against Defendants Anthropic PBC ("Anthropic"), Google LLC ("Google"), Open AI, Inc. and its affiliated entities ("OpenAI" or "OpenAI Entities"), Meta Platforms, Inc. ("Meta"), X.AI Corp. ("xAI"), and Perplexity AI, Inc. ("Perplexity"). Plaintiffs allege that Defendants willfully infringed their copyrighted works to build and train Defendants' artificial intelligence large language models ("LLMs").

2.    Pursuant to a joint stipulation and order on that stipulation, Plaintiffs' claims against the OpenAI Defendants were subsequently severed for the purpose of transferring those claims to an existing multi-district litigation pending in the Southern District of New York. *See* ECF Nos. 98, 99. Those claims are now part of a separate civil action, and the OpenAI Entities are no longer defendants in this case.

3.    On March 10, 2026, Plaintiffs filed their first amended complaint ("FAC"), which, among other things, added Defendants Apple, Inc. ("Apple") and NVIDIA Corporation ("NVIDIA") to the case. ECF No. 119. Like the original complaint, the FAC alleges one count of copyright infringement against each of the Defendants.

4.    The matter captioned *Chicken Soup for the Soul, LLC v. Anthropic PBC et al.*, No. 3:26-cv-02333-VC (N.D. Cal.) is the subject of a pending Administrative Motion to Consider Whether Cases Should Be Related—*see* ECF Nos. 125 (motion), 128 (Meta response), 131 (Google response), 132 (Perplexity response), 133 (Anthropic response)—and on April 2, 2026, the case was reassigned to Judge Chhabria, who set a Joint Case Management Conference for June 26, 2026.[1]

5.    At present, Defendants Google (ECF No. 94), Anthropic (ECF No. 106), Perplexity (ECF No. 112), Meta (ECF No. 114), and xAI (ECF No. 115) have each moved for severance.

6.    At a status conference on March 24, 2026, the Court directed the parties to meet and confer and jointly submit a proposed schedule, by April 7, for both a hearing date on the motions to sever and a briefing schedule on anticipated motions to dismiss. ECF No. 134.

___

[1] The matters of *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC (N.D. Cal.) and *Entrepreneur Media, LLC v. Meta Platforms, Inc.*, No. 3:25-cv-09579-VC (N.D. Cal.) are also assigned to Judge Chhabria.

7.      Although Apple and NVIDIA had not yet appeared and thus were not represented at the March 24 status conference, counsel for those two Defendants have subsequently joined the discussions and the filing of this Joint Statement. Apple and NVIDIA anticipate that they may also move for severance.

8.      Pursuant to the Court's directive, the parties propose the hearing and briefing schedules outlined below.

## II.      PROPOSED SEVERANCE HEARING DATE

9.      The parties propose that the Court hold a consolidated hearing on the various motions to sever on Tuesday, May 12, 2026 at 10 a.m.

10.     Any additional motion to sever by Apple and NVIDIA will be filed and briefed in time to be heard on May 12, 2026.

## III.     PROPOSED SCHEDULE FOR MOTIONS TO DISMISS

11.     The parties propose the following further deadlines:

| Event | Proposed Date |
| --- | --- |
| Defendants must answer or otherwise respond to the FAC (including motions to dismiss) | July 10, 2026 |
| Plaintiffs respond to any motions to dismiss | September 11, 2026 |
| Reply briefs in support of motions to dismiss | October 2, 2026 |
| Hearing | October 22, 2026 |

12.     Absent modification by the Court, the parties agree that the above-proposed deadlines shall govern.

## IV.     CONCLUSION

In accordance with the Court's request, Plaintiffs' counsel and counsel for Defendants Anthropic, Google, Perplexity, Meta, X.AI, Apple, and NVIDIA submit this Joint Statement on Scheduling.

DATED:  April 7, 2026

*/s/ Elizabeth Brannen*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

DATED:  April 7, 2026                          */s/ Karen L. Dunn*

**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email:bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email:  mweinstein@cooley.com
lstameshkin@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com
jlauter@cooley.com

*Counsel for Defendant Meta Platforms, Inc.*

Case No. 5:25-cv-10897-PCP
JOINT STATEMENT ON SCHEDULING

DATED:  April 7, 2026

*/s/ Yar R. Chaikovsky*

**WHITE & CASE LLP**
Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
Andy LeGolvan
andy.legolvan@whitecase.com
Amir Jabbari
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Anna B. Naydonov (pro hac vice)
anna.naydonov@whitecase.com
Mark Davies (pro hac vice)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Anthropic PBC*

DATED:  April 7, 2026

*/s/ Eric P. Tuttle*

David H. Kramer, SBN 168452
Email: dkramer@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

Eric P. Tuttle, SBN 248440
Email: eric.tuttle@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500

*Counsel for Defendant Google LLC*

5    Case No. 5:25-cv-10897-PCP
JOINT STATEMENT ON SCHEDULING

DATED:  April 7, 2026

*/s/ Brendan P. Cullen*

**SULLIVAN & CROMWELL LLP**
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Bretton H. Laudeman (SBN 339472)
(laudemanb@sullcrom.com)
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Jeffrey B. Wall (*pro hac vice*)
(wallj@sullcrom.com)
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:(202) 956-7500
Facsimile:(202) 293-6330

Amy E. Proctor (SBN 283845)
(proctora@sullcrom.com)
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

Yaira Dubin (*pro hac vice*)
(dubiny@sullcrom.com)
125 Broad Street
New York, New York10004
Telephone:(212) 558-4000
Facsimile:(212) 558-3588

*Counsel for Defendant X.AI Corp.*

JOINT STATEMENT ON SCHEDULING

DATED:  April 7, 2026                    */s/ Matthew D. Ingber*
                                          **MAYER BROWN LLP**
                                          Matthew D. Ingber (*pro hac vice*)
                                          MIngber@mayerbrown.com
                                          Allison M. Aviki (*pro hac vice*)
                                          AAviki@mayerbrown.com
                                          1221 Avenue of the Americas
                                          New York, NY 10020-1001
                                          Telephone: +1 212 506 2500
                                          Facsimile: +1 212 262 1910

                                          *Attorneys for Defendant Perplexity AI, Inc.*

DATED:  April 7, 2026                    */s/ Joseph R. Wetzel*
                                          **LATHAM & WATKINS LLP**
                                          Andrew M. Gass (Bar No. 259694)
                                          andrew.gass@lw.com
                                          Joseph R. Wetzel (Bar No. 238008)
                                          joe.wetzel@lw.com
                                          Melanie M. Blunschi (Bar No. 234264)
                                          melanie.blunschi@lw.com
                                          Nicole C. Valco (Bar No. 258506)
                                          nicole.valco@lw.com
                                          505 Montgomery St., Suite 2000
                                          San Francisco, CA 94111
                                          Telephone: +1.415.391.0600

                                          Elana Nightingale Dawson (*pro hac vice* motion
                                          forthcoming)
                                          elana.nightingaledawson@lw.com
                                          555 Eleventh Street, NW, Suite 1000
                                          Washington, D.C. 20004-1304
                                          Telephone: +1.202.637.2200

                                          *Attorneys for Defendant Apple Inc.*

DATED:  April 7, 2026                    */s/ Valerie Roddy*
                                          **QUINN EMANUEL URQUHART &
                                          SULLIVAN LLP**
                                          Valerie Roddy (Bar No. 235163)
                                          valerieroddy@quinnemanuel.com
                                          865 South Figueroa Street, 10th Floor
                                          Los Angeles, CA 90017
                                          Telephone: +1.213.443.3000

                                          *Attorneys for Defendant NVIDIA Corporation*

7                        Case No. 5:25-cv-10897-PCP

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  April 7, 2026

/s/ Elizabeth Brannen

Elizabeth Brannen (SBN 226234)

Case No. 5:25-cv-10897-PCP

JOINT STATEMENT ON SCHEDULING