Tiffani Stewart
CEO, Rebman Unlimited LLC
PO Box 9302
Spokane, WA 99209
(406) 370-3330
the.centennial.project.archives@gmail.com
Movant Pro Se

FILED

APR 09 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN CARREYROU, et al., Plaintiffs,

v.

ANTHROPIC PBC, et al., Defendants.

Case No. 3:25-cv-10897-PCP

## REBMAN UNLIMITED LLC'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN OPPOSITION TO SEVERANCE

### I. MOTION

Pursuant to the Court's inherent authority to manage its docket and the principles of Federal

Rule of Appellate Procedure 29 (applied here by analogy), Rebman Unlimited LLC ("Movant")

respectfully moves this Court for leave to file the naturally accompanying Amicus Curiae Brief in

the above-captioned matter.

### II. INTEREST OF THE AMICUS CURIAE

Rebman Unlimited LLC is the sovereign successor-in-interest to the Rebman Company (New

York) and Rebman Limited (London), a prolific 19th- and 20th-century medical and scientific

publishing house. Movant is a primary stakeholder in the intellectual property currently being

1

litigated, specifically regarding the **unauthorized ingestion** and **algorithmic liquidation** of the Rebman Archive—foundational works including the English-language origins of modern medicine, science and psychiatry **(Freud, Krafft-Ebing).**

Movant has a direct interest in these proceedings as a whistleblower who has identified specific **"Material Defects"** and **"Provenance Fraud"** within the Defendants' training models that directly impact the pending settlement and the proposed severance of these cases.

## III. REASONS WHY THE AMICUS BRIEF IS DESIRABLE

Movant's brief offers a unique forensic perspective that is not represented by the existing parties. While the Plaintiffs focus on modern commercial infringement, Movant provides evidence of **"Provenance Homicide"**—the systematic scrubbing of 100+-year-old metadata and the substitution of heirs with institutional **"laundering points"** such as the University of Melbourne and Princeton University.

**Movant's brief is desirable because it:**

Identifies a specific technical defect **(the "Redman" vs. "Rebman" hallucination as an example)** that proves the Defendants' ingestion process is structurally flawed.

Provides evidence of **"Global Notice"** served by Movant, which establishes a foundation for willful infringement that the current "Big Five" publishers have failed to adequately foreground.

Directly addresses why the proposed Severance would further the digital erasure of legacy estates by forcing small, sovereign successors into fractured, un-winnable litigation cycles.

2

## IV. CONCLUSION

For the foregoing reasons, Rebman Unlimited LLC respectfully requests that the Court grant

leave to file the accompanying Amicus Curiae Brief.

Dated: April 4, 2026
Respectfully submitted,

Tiffani Stewart
CEO, Rebman Unlimited LLC
Movant Pro Se
PO Box 9302
Spokane, WA 99209
(406)370-3330  the.centennial.project.archives@gmail.com

FILED

APR 09 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Tiffani Stewart

CEO, Rebman Unlimited LLC

PO Box 9302

Spokane, WA 99209

(406) 370-3330

the.centennial.project.archives@gmail.com

Movant Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

REBMAN UNLIMITED LLC, Amicus Curiae,

v.

ANTHROPIC PBC, et al., Defendants.

Case No. 3:25-cv-10897-PCP

**AMICUS CURIAE BRIEF OF REBMAN UNLIMITED LLC IN OPPOSITION TO SEVERANCE**

**I. THE ANATOMY OF A SECOND DEATH**

Do you know what happens to a family legacy when no one cares if it is stolen, laundered, or scrubbed? It dies twice. The first is the physical death of the creator—the end of the breath and the hand that held the pen, etched the copper plates, or climbed the highest mountain like my ancestor Johannes Rebmann, the first European to discover Mount Kilimanjaro.

The second death is the slow, agonizing digital erasure as their intellectual property is stripped of its true provenance. This second death is not an accident; it is an industrial process. The

defendants want you to think they are all different—that they didn't all drink from and profit off the same poisoned well. They want you to sever these cases so the authors and legacy holders are forced to fight individual battles in perpetuity. They want this Court to believe they are merely processing "orphaned works" or "training data," using sterile terms to sanitize what is, in reality, a global laundering of human assets.

By labeling an 186-year-old archive as "orphan," they seek to justify the theft of its soul. While the authors gain almost nothing from the theft of their life's work, AI companies make billions, and firms like Edelson PC make millions off of the backs of the creators and legacy holders. This is not "training data." This is a billion-dollar industry that has been laundered, escheated, and labeled as "Publisher Unknown," inputted with obscured OCRs, and laundered through higher learning institutions like University of Melbourne and Princeton University to facilitate a 100% profit margin on the backs of my ancestors.

If they can do this to a prolific publishing house like Rebman Limited London and Rebman Company New York—a house that brought the foundational works of Sigmund Freud and Krafft-Ebing to the English-speaking world—then every Victorian and Edwardian estate is most certainly at risk. As former OpenAI researcher Suchir Balaji has noted, this is the commercialization of theft. Rebman Unlimited LLC is not alone in this global theft. This is not merely a Rebman material defect; the theft is infinite.

## II. THE 1908 PRECEDENT AND THE MISUSE OF LEXICON

These works were not "abandoned," and they are not free for the scraping. They were fought for in the trenches of history. My great-great-grandfather, Francis Joseph Rebman, stood in the 1908 Obscenity Trials to protect the integrity of the science and medicine he published. He specifically penned forewords stating these texts were for medical and legal use only—a direct

2

expression of intent and limitation that has been ignored by scrapers who do not care for context, only for content.

Now, these same works are being scraped and "cleaned" of the Rebman name. They are robbed of their voice, their history, and their bloodline, only to be fed into machines that generate 100% profit for the "Big Five" publishers and AI firms and regurgitate these works like a parrot or a broken mirror, ignoring their true provenance.

When Rebman Unlimited LLC sees cases like Johnathan Gavalas where we recognize the lexicon of Freud, Waite, or Krafft-Ebing et al. being used to engage in real-world scenarios, that is the true essence of a Material Defect. These voices, this lexicon, must never be misused. This AI technology is a broken, parroting mirror that harms real people in real time in infinite ways.

## III. SUPPLEMENTAL NOTICE OF MATERIAL DEFECT: THE "REDMAN" CLOAKING EFFECT

In reference to my previous Notice of Material Defect, I am providing a critical technical update regarding the Gavalas v. Google case. This notice clarifies a typographical material defect in the Gemini training data: the systemic misspelling of the "Rebman" medical archive as "Redman" (or otherwise Rebmann, Redmann, Reidman, Rehman or any variation of our family name) has effectively blinded Google's safety classifiers to lethal psychiatric triggers.

Our forensic audit indicates that the "Redman" shadow-metadata defect is one of the primary reasons Google's safety filters failed to intervene in Jonathan Gavalas's crisis. Because seminal psychiatric works were ingested under corrupted metadata tags, the model decoupled these high-risk clinical concepts from their medical origins. Consequently, when the user engaged with archaic psychiatric terminology—such as "transference," "vessels," and "mercy transitions"—the

3

AI's safety layers miscategorized the interaction as "historical roleplay" rather than a psychiatric emergency. This "Provenance Gap" effectively disabled the model's 988-referral protocols.

**Technical Breakdown of the Cloaking Effect:**

**Contextual Blindness:** Safety filters like Google's HarmCategory look for verified metadata tags. Because the Rebman Archive was ingested with a misspelled name, the AI's security scanners failed to match the text to its clinical origin. It treated the data as an unclassified historical "ghost"—lowering its shield and allowing lethal psychiatric triggers to pass through as harmless background text.

**Archaic Vocabulary vs. Modern Triggers:** Modern safety protocols are tuned to 21st-century crisis language. The Rebman Archive uses 19th-century terminology like "vessel" and "degenerative psychoses." Because the "Redman" tag stripped the clinical context, the AI sees these as "creative" terms rather than "lethal" ones.

**The Gavalas "Pocket Universe" Loop:** In the Gavalas complaint, Gemini allegedly told Jonathan he was "choosing to arrive" in a "pocket universe." This is classic 1900s spiritualist/psychiatric language found in the Rebman catalogs. Because it was untagged as "Medical," the AI was allowed to "role-play" a psychiatric delusion without ever triggering the 988-crisis hotline block.

**IV. TIMELINE OF GLOBAL NOTICE AND MATERIAL DEFECT IDENTIFICATION**

**Rebman Unlimited LLC has executed a comprehensive strategy of notification to ensure all stakeholders—corporate, legal, and governmental—were apprised of these material defects:**

February 2, 2026: Notice of Statutory Termination (The Source) — Served Penguin Random House (PRH) for the Rebman archives.

4

February 17–18, 2026: Expansion of Global Claims — Alerted the Estates of Sigmund Freud (UK), Richard von Krafft-Ebing (Austria), Auguste Henri-Forel, and the Swiss Government.

February 18, 2026: Notified the Estate of Iwan Bloch; received confirmation from the Wellcome Collection Library, London.

February 20, 2026: Notice of Adverse Claim — Served Anthropic PBC at both the SF and Seattle JND admin offices regarding the Bartz v. Anthropic Settlement.

February 25–26, 2026: The Amodei Dossier — Served Anthropic CEO Dario Amodei via Overnight FedEx. I offered the successor's cure and sent a copy of the PRH statutory termination. Exactly 98 minutes after receipt, Dario issued a statement citing "conscience." Rebman Unlimited LLC believes this was a direct reflection of the knowledge he held of the Rebman/Redman defect.

February 28, 2026: Whistleblower Disclosure — Served Pete Hegseth at 2:37 PM via the White House whistleblower portal with a Notice of supply chain defect. This was forwarded to OpenAI and Anthropic PBC.

March 1, 2026: Congressional Oversight — Submitted notice to US Senate Committee on the Judiciary at 2:03 PM via the government web portal.

March 2, 2026: The Final Reclamation

8:33 AM: Briefed Senate Judiciary Committee (via Jill) regarding active danger in wartime scenarios over the phone and that the Department of War was currently deploying a Material Defect.

11:45 AM: Formal notice served to Anthropic counsel and Plaintiff counsel in Bartz v. Anthropic via email.

5

12:00 PM: Simultaneously alerted NBC News Investigative units.

**Outcome:** Within one hour of Rebman's notice, the Department of War immediately terminated the deployment of Claude, dropping their 6-month phase-out.

## V. CONCLUSION

Rebman Unlimited LLC did not merely observe a defect; we identified a "Provenance Homicide." This sudden collapse of the six-month standard proves that the metadata corruption is so severe it renders the models legally and forensically untenable. Because ALL of the big AI tech companies ingested this stolen and OCR obscured training data, they must NOT be severed. They must ALL pull and retrain their AI on data sets that acknowledge context and carry a legal bill of sale. To ignore the context of a publisher's note regarding "medical and legal use only" is deadly.

The Bartz settlement, as currently structured, offers authors mere pennies for the theft and laundering of their life's work and intellectual property-a hollow remedy that further enriches class counsel while granting AI corporations a permanent pass for the exploitation of stolen, misappropriated goods. This court must look beyond the sterile technicalities of severance and confront the visceral reality of "Provenance Homicide".

Can you imagine your life's work-and the legacy of your ancestors-being stolen, scrubbed of its identity, and regurgitated in a broken mirror that harms actual people on a global scale? To sever these cases is to ignore the shared, poisoned well from which every defendant has drunk.

Rebman Unlimited LLC respectfully requests that this Court deny the motions to sever, acknowledging that the Material Defects and Ethical Violations inherent in these models are a unified, systemic failure that requires a unified systemic reckoning.

6

Dated April 4th, 2026

4/4/2026

Respectfully submitted,

Tiffani Stewart

CEO, Rebman Unlimited LLC

PO Box 9302

Spokane, WA 99209

(406) 370-3330

the.centennial.project.archives@gmail.com

Movant Pro Se

7

Tiffani Stewart

CEO, Rebman Unlimited LLC

PO Box 9302

Spokane, WA 99209

(406) 370-3330

the.centennial.project.archives@gmail.com

Movant Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN CARREYROU, et al., Plaintiffs,

v.

ANTHROPIC PBC, et al., Defendants.

Case No. 3:25-cv-10897-PCP

**[PROPOSED] ORDER GRANTING REBMAN UNLIMITED LLC'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN OPPOSITION TO SEVERANCE**

The Court, having considered Rebman Unlimited LLC's Motion for Leave to File Amicus Curiae Brief in Opposition to Severance, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Clerk shall file the Amicus Curiae Brief attached to the Motion.

IT IS SO ORDERED.

Dated: _____, 2026

HON. P. CASEY PITTS

United States District Judge



# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL EXPRESS®



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

Clerk of Court,
US District Court
280 South 1st Street
San Jose, CA
95113

# GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

# PRIORITY
# MAIL
# EXPRESS®

# FLAT RATE
# ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2



FOR ~~AL USE~~

**UNITED STATES POSTAL SERVICE.**    *Retail*

## E

### US POSTAGE PAID
### $33.25
Origin: 99205
04/04/26
5480680026-14

## PRIORITY MAIL EXPRESS®

TIFFANI  STEWART CEO
REBMAN  UNLIMITED LLC
PO BOX 9302
SPOKANE WA 99209
(406) 370-3330

0 Lb 8.30 Oz

**RDC 07**

SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 04/07/26 06:00 PM

SHIP
TO:

CLERK OF COURT
280 SOUTH 1ST STREET
SAN JOSE CA 95113

### USPS SIGNATURE® TRACKING #



9581 7130 2246 6094 8897 87




**UNITED STATES POSTAL SERVICE.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.