DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
kdunn@dirllp.com
JESSICA E. PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
KYLE N. SMITH (*pro hac vice*)
ksmith@dirllp.com
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900


CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

COOLEY LLP
KATHLEEN R. HARTNETT (314267)
khartnett@cooley.com
MARK R. WEINSTEIN (193043)
mweinstein@cooley.com
ELIZABETH L. STAMESHKIN (260865)
lstameshkin@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000


BOBBY A. GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400


PHILLIP MORTON (*pro hac vice*)
pmorton@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE INC. et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ANTHROPIC PBC, et al.,<br><br>        Defendants. | Case No. 5:25-cv-10897-PCP<br><br>**DEFENDANT META PLATFORMS, INC.'S STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. P. Casey Pitts |

Meta Platforms, Inc. ("Meta") respectfully submits this Statement of Recent Decision in connection with Meta's pending Motion to Sever (ECF No. 114). On April 10, 2026, Judge Chhabria issued an order *sua sponte* severing the claims against each Defendant in *Chicken Soup for the Soul, LLC v. Anthropic PBC,* et al., No. 3:26-cv-02333-VC (N.D. Cal.), an action brought by Plaintiffs' counsel asserting materially identical claims against the same Defendants. The order states, "It's obvious that the defendants in this case are improperly joined and that each defendant should be part of a separate lawsuit[,]" and accordingly dismisses without prejudice the claims against all Defendants except Meta, against whom two apparently related cases, *Kadrey,* et al. *v. Meta*, No. 23-cv-3417, and *Entrepreneur Media v. Meta*, No. 25-cv-9579, are already before Judge Chhabria. The order (*Chicken Soup* ECF No. 32) is attached hereto as **Exhibit A**.

Dated: April 13, 2026

Respectfully submitted,

By: */s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

Kathleen R. Hartnett
Mark R. Weinstein
Elizabeth Lee Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: khartnett@cooley.com
mweinstein@cooley.com
lstameshkin@cooley.com

Bobby A. Ghajar
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com

Phillip Morton (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Email: pmorton@cooley.com

Angela L. Dunning
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Counsel for Defendant Meta Platforms, Inc.*