Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

*Counsel for Plaintiffs*

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE, INC., et al., | Case No. 5:25-cv-10897-PCP |
| Plaintiffs, | JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST META PLATFORMS, INC. |
| v. | |
| ANTHROPIC PBC, et al., | Judge: Hon. P. Casey Pitts |
| Defendants. | |
| | Complaint Filed: December 22, 2025 |

Case No. 5:25-cv-10897-PCP

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST
META PLATFORMS, INC.

Plaintiffs Cambronne Inc., Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, and Michael Kochin (together, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, this is an action for one count of copyright infringement brought by Plaintiffs against Defendants Meta, Anthropic PBC, Google LLC, Open AI, Inc. and its affiliated entities ("OpenAI" or "OpenAI Defendants"), X.AI Corporation, and Perplexity AI, Inc., in an initial complaint filed on December 22, 2025 (ECF No. 1) and also against additional Defendants Apple, Inc. and NVIDIA Corporation in a first amended complaint filed on March 10, 2026 (ECF No. 119);

WHEREAS, Plaintiffs' claims against the OpenAI Defendants were severed from this action pursuant to a joint stipulation and related order (ECF Nos. 98, 99) for the express purpose of transferring the claims against the OpenAI Defendants to an existing multi-district litigation, *In re: OpenAI, Inc., Copyright Infringement Litigation*, MDL No. 3143, pending in the United States District Court for the Southern District of New York;

WHEREAS, Meta believes it has been improperly joined with the other Defendants in this suit and has moved for severance (ECF Nos. 114, 145), Plaintiffs have opposed (ECF No. 126), and a consolidated hearing on the Defendants' motions to sever is currently scheduled before this Court for May 12, 2026 at 10:00 am;

WHEREAS, on March 17, 2026, Plaintiffs' counsel filed another suit in this District against all of the above-noted Defendants asserting one count of copyright infringement on behalf of Plaintiff Chicken Soup for the Soul LLC, *see Chicken Soup for the Soul, LLC v. Anthropic PBC, et al.*, No. 3:26-cv-02333 (the "*Chicken Soup*" case), and that case was ultimately assigned to the Honorable Vince Chhabria;

WHEREAS, Judge Chhabria is currently presiding over two other cases in which copyright infringement claims have been asserted against Meta, *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC (N.D. Cal.) ("*Kadrey*"), and *Entrepreneur Media, LLC v. Meta Platforms, Inc.*, No. 3:25-cv-09579-VC (N.D. Cal.) ("*Entrepreneur Media*"), in which discovery is ongoing, and Meta argued in its severance motion that Plaintiffs' claim against Meta should be related to those cases;

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST META PLATFORMS, INC.

WHEREAS, on April 10, 2026, Judge Chhabria issued an order in the *Chicken Soup* case, in which he severed that plaintiff's claims against the various defendants and then dismissed, without prejudice, all claims except the claim asserted against Meta, which he stated "appear[s] related to *Kadrey v. Meta* (23-cv-3417) and *Entrepreneur Media v. Meta* (25-cv-9579)," ECF No. 32, Case No. 3:26-cv-02333;

WHEREAS, in light of Judge Chhabria's severance order in the *Chicken Soup* case, the Parties conferred and reached agreement to jointly request that Plaintiffs' claim against Meta be severed from this case, opened in a new civil action, and then referred to Judge Chhabria for consideration of relation to the *Chicken Soup* case, Case No. 3:26-cv-02333-VC; *Kadrey*, No. 3:23-cv-03417-VC; and *Entrepreneur Media*, No. 3:25-cv-09579-VC;

WHEREAS, the Parties agree that this stipulation ("Stipulation") does not prejudice Plaintiffs' right to seek consent or leave to further amend the complaint, should they choose, and that any amendment will be governed by the Federal Rules of Civil Procedure and any applicable court order;

WHEREAS, by entering into this Stipulation, no Party admits any allegation or waives any defense, objection, or argument, and each Party expressly preserves all rights.

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

1.    The Parties consent and stipulate to the severance of Plaintiffs' claim against Meta, pursuant to Federal Rule of Civil Procedure 21, by entering the accompanying [Proposed] Order;

2.    The Parties consent to the Clerk of Court creating a new civil action and causing the filing of the Amended Complaint (ECF No. 119) in that action for the purpose of restating the severed claim presently pleaded against Meta (and, if necessary and directed by the Court, the Parties consent and stipulate to the filing of a new complaint against Meta to reassert Plaintiffs' claim against Meta, and that any applicable statute of limitations is tolled from the time the original complaint was filed in this action);

3.    The Parties agree and stipulate that they believe the new civil action against Meta should be related to *Chicken Soup for the Soul LLC v. Anthropic PBC, et al.*, No. 5:26-cv-02333-

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST META PLATFORMS, INC.

VC, *Kadrey*, No. 3:23-cv-03417-VC, and *Entrepreneur Media*, No. 3:25-cv-09579-VC, all presently before Judge Chhabria.

4.     The relief stipulated to herein shall not affect Plaintiffs' claims against any other named Defendant.

IN WITNESS WHEREOF and in agreement herewith, by and through their counsel, the Parties have executed and delivered this Stipulation as of the date set forth below.

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST
META PLATFORMS, INC.

DATED:  April 21, 2026                    */s/ Christopher M. Rigali*
                                          **STRIS & MAHER LLP**
                                          Elizabeth Brannen (SBN 226234)
                                          ebrannen@stris.com
                                          John Stokes (SBN 310847)
                                          jstokes@stris.com
                                          Lauren Martin (SBN 294367)
                                          lmartin@stris.com
                                          17785 Center Court Dr N, Ste 600
                                          Cerritos, CA 90703
                                          T: (213) 995-6800
                                          F: (213) 261-0299

                                          Bridget Asay (*pro hac vice*)
                                          basay@stris.com
                                          15 East State Street, Ste 2
                                          Montpelier, VT 05602
                                          T: (802) 858-4285

                                          Christopher M. Rigali (*pro hac vice*)
                                          crigali@stris.com
                                          Jacqueline Sahlberg (*pro hac vice*)
                                          jsahlberg@stris.com
                                          1717 K St NW Ste 900
                                          Washington, DC 20006
                                          T: (202) 800-5749

                                          **FREEDMAN NORMAND FRIEDLAND LLP**
                                          Devin (Velvel) Freedman (*pro hac vice*)
                                          vel@fnf.law
                                          Kyle Roche (*pro hac vice*)
                                          kroche@fnf.law
                                          Alex Potter (*pro hac vice*)
                                          apotter@fnf.law
                                          155 E. 44th Street, Ste 915
                                          New York, NY 10017
                                          T: (646) 494-2900

                                          *Counsel for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST
META PLATFORMS, INC.

DATED:  April 21, 2026

*/s/ Karen L. Dunn*

**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email:bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email:  mweinstein@cooley.com
lstameshkin@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com
jlauter@cooley.com

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST
META PLATFORMS, INC.

Angela L. Dunning (212047)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131
Email: adunning@cgsh.com

Anna Stapleton (337686)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street
San Francisco, CA 94105
Telephone: (628) 432-5188
Email: astapleton@paulweiss.com

*Counsel for Defendant Meta Platforms, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST
META PLATFORMS, INC.

**ATTESTATION**

In compliance with Civil Local Rule 5-1(h)(3), regarding signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

DATED:  April 21, 2026

/s/ Elizabeth Brannen
Elizabeth Brannen (SBN 226234)

1                                                                                          Case No. 5:25-cv-10897-PCP

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFFS' CLAIM AGAINST
META PLATFORMS, INC.

Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE, INC., et al., | Case No.  5:25-cv-10897-PCP |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER**, AS MODIFIED** |
| v. | Judge:  Hon. P. Casey Pitts Complaint |
| ANTHROPIC PBC, et al., | Filed: December 22, 2025 |
| Defendants. | |

Before this Court is the Parties' Joint Stipulation to Sever Plaintiffs' Claim Against Meta Platforms, Inc. ("the Joint Stipulation"). Pursuant to the Joint Stipulation, the Court hereby orders as follows:

1. Pursuant to Fed. R. Civ. P. 21, Plaintiffs' claim against Meta Platforms, Inc. ("Meta") is hereby severed from the above-captioned case;

2. The Clerk of Court is directed to take appropriate action to cause the creation of a new civil action for the severed claim;

3. ~~Pursuant to Local Rule 3-12(c), the Court refers the newly-created civil action with the severed claim against Meta to Judge Chhabria for related-case consideration, *see Chicken Soup for the Soul, LLC v. Meta Platforms*, No. 3:26-cv-02333-VC; *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC; and *Entrepreneur Media, LLC v. Meta Platforms, Inc.*, No. 3:25-cv-09579-VC;~~

4. Any statute of limitations applicable to the claim presently pleaded against Meta is tolled from the time the original complaint was filed in this case (Case No. 5:25-cv-10897);

5. The relief stipulated to herein shall not affect Plaintiffs' claims against any other named defendants, as to whom Plaintiffs intend to continue to pursue their claims in this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 27, 2026

_____
Hon. P. Casey Pitts
United States District Judge

1                                    Case No. 5:25-cv-10897-PCP
[PROPOSED] ORDER