**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAMBRONNE INC., *et al.*, | Case No. 5:25-cv-10897-PCP |
| Plaintiffs, | **[PROPOSED] ORDER DENYING COGNELLA INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| ANTHROPIC PBC, *et al.*, | |
| Defendants. | |

Case No. 5:25-cv-10897-PCP

Before the Court is Cognella Inc.'s Administrative Motion To Consider Whether Cases Should Be Related (ECF No. 176). Having considered the Motion, the arguments of counsel, the pleadings on file, and the applicable law, the Court DENIES the Motion.

**IT IS SO ORDERED.**

Dated: _____

_____

**HONORABLE P. CASEY PITTS**
**UNITED STATES DISTRICT COURT JUDGE**