Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE, INC., LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:25-cv-10897-PCP <br><br> **JOINT STIPULATION TO EXTEND TIME TO AMEND THE PLEADINGS, TO RESPOND TO THE AMENDED PLEADINGS, AND TO RELATE CASES AGAINST ANTHROPIC PBC** <br><br> Judge: Hon. P. Casey Pitts <br><br> Amended Complaint Filed: March 10, 2026 |

JOINT STIPULATION

Pursuant to Civil Local Rules 3-12, 6-1(a), and 7-11, Plaintiffs Cambronne Inc., Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, and Michael Kochin (together, "Plaintiffs") and Defendant Anthropic PBC, through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed an initial Complaint on December 22, 2025 (Dkt. 1);

WHEREAS, Plaintiffs filed an Amended Complaint on March 10, 2026 (Dkt. 119);

WHEREAS, on June 8, 2026, the Court ordered that "this matter will go forward against Anthropic alone" (Dkt. 195, at 4 n.4);

WHEREAS, the Parties have agreed to a schedule for Plaintiffs to amend the pleadings in this case, and for Anthropic to file a responsive pleading thereto;

WHEREAS, the Parties have agreed to stipulate to relate the following cases to this case: *Chicken Soup for the Soul, LLC v. Anthropic PBC*, No. 3:26-cv-02333-VC (N.D. Cal.), *Cognella v. Anthropic PBC* (26-cv-04056-RFL) (N.D. Cal.), *Cruz v. Anthropic PBC* (26-cv-04482-SVK) (N.D. Cal.), and *Kwon v. Anthropic PBC* (26-cv-04649-LB) (N.D. Cal.) (together, "Related Cases");

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

WHEREAS, the Parties agree that an extension of time to file an amended pleading, for Anthropic to file a responsive pleading (including a motion to dismiss), and to relate the Related Cases is reasonable and serves the interests of judicial economy and efficiency;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

1. The matters captioned *Chicken Soup for the Soul, LLC v. Anthropic PBC*, No. 3:26-cv-02333-VC (N.D. Cal.), *Cognella v. Anthropic PBC* (26-cv-04056-RFL) (N.D. Cal.), *Cruz v. Anthropic PBC* (26-cv-04482-SVK) (N.D. Cal.), and *Kwon v. Anthropic PBC* (26-cv-04649-LB) (N.D. Cal.) shall be related to this matter.

2. The following deadlines shall apply to further amended pleadings and responses thereto (including motions to dismiss) in this case (*Cambronne et al. v. Anthropic PBD*, No. 5:25-cv-10897-PCP (N.D. Cal.)):

| Event | Proposed Date |
|---|---|
| Plaintiffs' deadline to amend the complaint | June 30, 2026 |
| Defendants must answer or otherwise respond to the operative complaint (including motions to dismiss) | July 30, 2026 |
| Plaintiffs respond to any motions to dismiss | September 28, 2026 |
| Reply briefs in support of motions to dismiss | October 19, 2026 |
| Hearing | December 10, 2026 |

3.    Absent modification by the Court, the parties agree that the above-proposed deadlines shall govern.

DATED:  June 22, 2026

/s/ Elizabeth Brannen

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

JOINT STIPULATION

DATED:  June 22, 2026

/s/ Yar R. Chaikovsky

**WHITE & CASE LLP**
Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
Andy LeGolvan
andy.legolvan@whitecase.com
Amir Jabbari
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Anna B. Naydonov (pro hac vice)
anna.naydonov@whitecase.com
Mark Davies (pro hac vice)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Anthropic PBC*

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  June 22, 2026                    */s/ Elizabeth Brannen*
                                        Elizabeth Brannen (SBN 226234)

JOINT STIPULATION