Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE, INC., LISA BARRETTA, PHILIP SHISHKIN, JANE ADAMS, MATTHEW SACKS, and MICHAEL KOCHIN,<br><br>        Plaintiffs,<br><br>     v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No. 5:25-cv-10897-PCP<br><br>**NOTICE OF ERRATA RE JOINT STIPULATION TO EXTEND TIME TO AMEND THE PLEADINGS, TO RESPOND TO THE AMENDED PLEADINGS, AND TO RELATE CASES AGAINST ANTHROPIC PBC**<br><br>Judge:   Hon. P. Casey Pitts<br><br>Amended Complaint Filed: March 10, 2026 |

Case No. 5:25-cv-10897-PCP

NOTICE OF ERRATA RE JOINT STIPULATION

The Joint Stipulation to Extend Time to Amend the Pleadings, to Respond to the Amended Pleadings, and to Relate Cases Against Anthropic PBC (ECF No. 196) referred to *Chicken Soup for the Soul, LLC v. Anthropic PBC* with an incorrect docket number, and to *Cruz et al v. Anthropic PBC* and *Kwon et al v. Anthropic PBC* with incorrect assigned judge initials. Attached is the corrected version of the Joint Stipulation, which makes corrections on page 1 at lines 12-14, and 22-24. The correct docket numbers for those cases are:

- *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 26-cv-04218-HSG (N.D. Cal.);
- *Cruz et al v. Anthropic PBC*, Case No. 26-cv-04482-JSC (N.D. Cal.);
- *Kwon et al v. Anthropic PBC*, Case No. 26-cv-04649-NW (N.D. Cal.).

Case No. 5:25-cv-10897-PCP

NOTICE OF ERRATA RE JOINT STIPULATION

DATED:  June 23, 2026

*/s/ Elizabeth Brannen*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

Case No. 5:25-cv-10897-PCP

NOTICE OF ERRATA RE JOINT STIPULATION