Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMBRONNE INC., et al,<br><br>          Plaintiffs,<br><br>     v.<br><br>ANTHROPIC PBC,<br><br>          Defendant. | Case No. 5:25-cv-10897-PCP (*lowest numbered case*)<br><br>Related Cases:<br><br>Case No. 3:26-cv-04056-RFL<br><br>Case No. 4:26-cv-04218-HSG<br><br>Case No. 3:26-cv-04482-JSC<br><br>Case No. 5:26-cv-04649-NW<br><br>**NOTICE OF RELATED CASES; PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)**<br><br>[Civ. L. R. 3-12] |

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that related cases, *Cognella, Inc. v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal., filed May 4, 2026), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal., filed May 7, 2026), *Cruz et al v. Anthropic PBC*, Case No. 3:26-cv-04482-JSC (N.D. Cal., filed May 13, 2026), and *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-NW (N.D. Cal., filed May 15, 2026) (together, the "Related Cases"), have been filed in the United States District Court of the Northern District of California. Pursuant to Local Rules 3-12 and 7-11, Plaintiffs submit this unopposed Administrative Motion because these cases are related, as defined by Local Rule 3-12(a), to *Cambronne, Inc. et al. v. Anthropic PBC.*, Case No. 5:25-cv-10897-PCP ("*Cambronne*").

As reflected in the supporting Joint Stipulation, counsel for Defendant Anthropic PBC ("Anthropic") informed undersigned counsel that Anthropic does not oppose this motion and stipulates to relate the *Cognella*, *Chicken Soup, Cruz*, and *Kwon* cases to *Cambronne*.

**I.     Applicable Standard Under Civil L.R. 3-12**

Under Civil Local Rule 3-12, an action is related to another when:

1.     The actions concern substantially the same parties, property, transaction, event, or question of law, and;

2.     It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

**II.     Prior Administrative Motions to Relate Cases**

On May 7, 2026, movant Cognella, Inc. filed an administrative motion to relate *Cognella, Inc. v. Anthropic PBC* to *Cambronne* (Dkt. No. 176). At that time, Defendant Anthropic opposed that administrative motion (Dkt. No. 177) and unsuccessfully sought relation of *Cognella* and *Chicken Soup* to *Bartz v. Anthropic PBC*, Case No. 3:24-cv-05417-AMO (N.D. Cal.) (Dkt. No. 178). *See Bartz,* Case No. 3:24-cv-05417-AMO (Dkt. No. 670) (denying relation). In its June 8, 2026 severance order, this Court ordered that this "matter will go forward against Anthropic alone" and dismissed Google LLC, xAI Corporation, Perplexity AI, Inc., Apple Inc., and NVIDIA Corporation from this action. (Dkt. No. 195, at 4 n.4). On June 20, 2026, Anthropic agreed to stipulate to the

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

relation of the *Cognella*, *Chicken Soup, Cruz*, and *Kwon* cases to *Cambronne,* as reflected in the concurrently filed stipulation.

**III.    Related Cases**

The cases are related in each of the following respects:

1.    The Defendant Anthropic is common in all of the above-related cases.

2.    Plaintiffs in the *Cambronne*, *Cognella, Chicken Soup, Cruz,* and *Kwon* cases are represented by the same attorneys.

3.    In each of the Related Cases, the Parties have stipulated to the staying of all deadlines and proceedings for fourteen (14) days to permit time for this case relation motion to be filed and to allow for discussion regarding a joint case management order as to the Related Cases.

4.    The Parties stipulate to the relation of the following cases to *Cambronne Inc., et al. v. Anthropic PBC*, Case No. 5:25-cv-10897-PCP (N.D. Cal.): *Cognella, Inc. v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal.), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.), *Cruz et al v. Anthropic PBC*, Case No. 3:26-cv-04482-JSC (N.D. Cal.), and *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-NW (N.D. Cal.).

5.    By and large, the factual allegations and legal claims in this case and the Related Cases are overlapping. Plaintiffs in the Related Cases allege that Defendant Anthropic, developer of commercial large language models ("LLMs"), engaged in copyright infringement in violation of 17 U.S.C. § 501 by copying, downloading, reproducing, ingesting, parsing, embedding, and using pirated copies of Plaintiffs' works in the development, training, fine-tuning, and deployment of its LLMs. Plaintiffs also allege that Defendant Anthropic relied on pirate libraries and pirated datasets in its scheme to use Plaintiffs' copyrighted works without authorization.

In short, most of the factual allegations, causes of action, legal issues, and legal arguments in both cases are the same. Conducting these cases before different judges would create an unduly burdensome duplication of labor and expense and a risk of conflicting results.

Accordingly, given the overlapping nature of these cases (including Defendant Anthropic, attorneys, factual allegations, and causes of action), an assignment to a single judge is likely to conserve judicial resources and promote the most efficient determination of the actions.

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

As reflected in the supporting Joint Stipulation, counsel for Defendant Anthropic informed undersigned counsel that Anthropic does not oppose this motion and stipulates to relate the *Cognella*, *Chicken Soup, Cruz*, and *Kwon* cases to *Cambronne*.

## IV.      Conclusion

As set forth above, *Cognella, Inc. v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal.), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.), *Cruz et al v. Anthropic PBC,* Case No. 3:26-cv-04482-JSC) (N.D. Cal.), and *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-NW (N.D. Cal.) should be related to *Cambronne Inc., et al. v. Anthropic PBC*, Case No. 5:25-cv-10897-PCP.

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Dated:  June 29, 2026

Respectfully submitted,

*/s/ Elizabeth Brannen*

Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED