Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMBRONNE INC., et al,<br>'　　　　Plaintiffs,<br><br>　　v.<br><br>ANTHROPIC PBC,<br><br>　　　　Defendant. | Case No. 5:25-cv-10897-PCP (*lowest numbered case*)<br><br>Related Cases:<br><br>No. 3:26-cv-04056-RFL<br><br>No. 4:26-cv-04218-HSG<br><br>No. 3:26-cv-04482-JSC<br><br>No. 5:26-cv-04649-NW<br><br>**JOINT STIPULATION IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12 & 7-11** |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Cambronne Inc., Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, and Michael Kochin (together, "Plaintiffs") and Defendant Anthropic PBC ("Anthropic") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed an initial Complaint on December 22, 2025 (Dkt. 1);

WHEREAS, Plaintiffs filed an Amended Complaint on March 10, 2026 (Dkt. 119);

WHEREAS, on June 8, 2026, this Court ordered that "this matter will go forward against Anthropic alone" (Dkt. 195, at 4 n.4);

WHEREAS, the Parties agreed to a schedule for Plaintiffs to amend the pleadings in this case, and for Anthropic to file a responsive pleading thereto (Dkt. Nos. 196, 197);

WHEREAS, the Parties agreed to stipulate to relate the following cases to this case: *Cognella, Inc. v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal.), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.), *Cruz et al v. Anthropic PBC*, Case No. 3:26-cv-04482-JSC (N.D. Cal.), and *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-NW (N.D. Cal.) (together, "Related Cases") (*See* Dkt. Nos. 196, 197);

WHEREAS, attached hereto as **Exhibit A** is a true and correct copy of the Complaint in *Cognella, Inc. v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal.), which was filed on May 4, 2026;

WHEREAS, attached hereto as **Exhibit B** is a true and correct copy of the Complaint in *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.), which was filed on May 7, 2026;

WHEREAS, attached hereto as **Exhibit C** is a true and correct copy of the Complaint in *Cruz et al v. Anthropic PBC*, Case No. 3:26-cv-04482-JSC (N.D. Cal.), which was filed on May 13, 2026;

WHEREAS, attached hereto as **Exhibit D** is a true and correct copy of the Complaint in *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-NW (N.D. Cal.), which was filed on May 15, 2026;

WHEREAS, the factual allegations and legal claims in this case and the Related Cases are overlapping;

WHEREAS, on June 24, 2026, this Court approved the Joint Stipulation to Extend Time to Amend the Pleadings, to Respond to the Amended Pleadings, and to Relate Cases Against Anthropic PBC (Dkt. No. 198);

WHEREAS, the *Cognella*, *Chicken Soup for the Soul, Cruz,* and *Kwon* cases are now stayed for fourteen (14) days to permit for the filing of Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should be Related and to allow for discussion regarding a joint case management order as to the Related Cases;

WHEREAS, the Parties agree this Stipulation does not waive any claim, right, or defense;

WHEREAS, by entering into this Stipulation, no Party admits any allegation or waives any defense, objection, or argument, and each Party expressly preserves all rights.

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

1.      The Parties agree and stipulate that *Cognella, Inc. v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal.), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.), *Cruz et al v. Anthropic PBC*, Case No. 3:26-cv-04482-JSC (N.D. Cal.), and *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-NW (N.D. Cal.) should be related to *Cambronne Inc., et al. v. Anthropic PBC*, Case No. 5:25-cv-10897-PCP.

IN WITNESS WHEREOF and in agreement herewith, by and through their counsel, the Parties have executed and delivered this Stipulation as of the date set forth below.

JOINT STIPULATION PURSUANT TO L.R. 3-12 & 7-11

Dated: June 29, 2026

By: */s/ Elizabeth Brannen*

Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND
LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

Respectfully submitted,

By: */s/ Yar R. Chaikovsky*

Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
Andy LeGolvan
andy.legolvan@whitecase.com
Amir Jabbari
amir.jabbari@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Anna B. Naydonov (*pro hac vice*)
anna.naydonov@whitecase.com
Mark Davies (*pro hac vice*)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel for Defendant Anthropic PBC*

JOINT STIPULATION PURSUANT TO L.R. 3-12 & 7-11

**FILER'S ATTESTATION**

I, Elizabeth Brannen, am the CM/ECF user whose ID and password are being used to file this Joint Initial Case Management Statement. Pursuant to Civil Local Rule No. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  June 29, 2026

By: */s/ Elizabeth Brannen*
Elizabeth Brannen (SBN 226234)

Case No. 5:25-cv-10897-PCP

FILER'S ATTESTATION