Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMBRONNE INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:25-cv-10897-PCP <br><br> Related Cases: <br><br> Case No. 3:26-cv-04056-RFL <br><br> Case No. 4:26-cv-04218-HSG <br><br> Case No. 3:26-cv-04482-JSC <br><br> Case No. 5:26-cv-04649-NW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** <br><br> [Civ. L. R. 3-12] |

Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, its supporting stipulation, and the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the later-filed cases, *Cognella v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal.), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.), *Cruz et al v. Anthropic PBC,* Case No. 3:26-cv-04482-JSC (N.D. Cal.), and *Kwon et al v. Anthropic PBC,* Case No. 5:26-cv-04649-NW (N.D. Cal.) to the first-filed case, *Cambronne Inc., et al v. Anthropic PBC.,* Case No. 5:25-cv-10897-PCP (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. P. Casey Pitts
United States District Judge