# Exhibit A

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0008666026 | Bad Blood: Secrets and Lies in a Silicon Valley Startup | John Carreyrou | Cambronne, Inc. |
| TX0007081621 | The Street-Smart Psychic's Guide to Getting a Good Reading | Lisa Barretta | Lisa Barretta |
| TX0008524148 | Conscious Ink: The Hidden Meaning of Tattoos | Lisa Barretta | Lisa Barretta |
| TX0007724165 | Restless Valley: Revolution, Murder, and Intrigue in the Heart of Central Asia | Philip Shishkin | Philip Shishkin |
| TX0007604650 | Pro Website Development and Operations | Matthew Sacks | Matthew Sacks |
| TX0007044429 | Five Chapters on Rhetoric: Character Action Things Nothing and Art | Michael Kochin | Michael Kochin |
| TX0009325808 | An Independent Empire: Diplomacy & War in the Making of the United States | Michael Kochin, Michael Taylor | Michael Kochin |