UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM SHAKESPEARE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, et al., <br><br> Defendants. | Case No.  26-cv-05931-EKL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to *Cambronne Inc. v. Anthropic PBC*, No. 25-cv-10897-PCP.

**IT IS SO ORDERED.**

Dated: July 2, 2026

_____
EUMI K. LEE
United States District Judge