# EXHIBIT A

**Registration Number**

TX 7-044-429

**Effective date of
registration:**

November 24, 2009

## Title

**Title of Work:** Five Chapters on Rhetoric: Character Action Things Nothing and Art

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 1, 2009          **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          9780271034553

## Author

■          **Author:** Michael S. Kochin

**Author Created:** text

**Citizen of:** United States          **Domiciled in:** Israel

## Copyright claimant

**Copyright Claimant:** The Pennsylvania State University

820 N. University Dr., University Park, PA, 16802, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Certification

**Name:** Patrick Alexander

**Date:** November 19, 2009