# EXHIBIT  B

# Copyright

---

**Registration Number / Date:**
TX0009325808 / 2023-07-25

**Type of Work:**
Text

**Title:**
An Independent Empire: Diplomacy and War in the Making of the United States.

**Application Title:**
An Independent Empire: Diplomacy and War in the Making of the United States.

**Date of Creation:**
2020

**Date of Publication:**
2020-01-24

**Copyright Claimant:**
Michael Kochin, 1970- . Address: P.O Box 10077, Jerusalem, 9110002, Israel.
Michael Taylor, 1988- . Address: 10 Waterloo Court, Lapwing Lane, Manchester, M20 2NT, United Kingdom.

**Authorship on Application:**
Michael Kochin, 1970- ; Domicile: Israel. Authorship: text.
Michael Taylor, 1988- ; Domicile: United Kingdom. Authorship: text.

**Basis of Claim:**
text.

**Material Excluded:**
text, photograph(s), artwork.

**Description:**
Book, 309 p.

**Nation of First Publication:**
United States

**Names:**
Kochin, Michael 1970-
Taylor, Michael 1988-

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_35766037

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).