# EXHIBIT C

**Registration Number**

# TX 8-666-026

**Effective Date of Registration:**
September 19, 2018

## Title

**Title of Work:**  BAD BLOOD: Secrets and Lies in a Silicon Valley Startup

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 21, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781524731656

## Author

- **Author:** John Carreyrou
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:**  Cambronne Inc.
c/o William Morris Endeavor Entertainment, 11 Madison Ave, New York, NY, 10010
**Transfer statement:**  By written agreement

## Rights and Permissions

**Organization Name:**  Alfred A. Knopf
**Address:**  c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:**   Michele Park
**Date**:   September 14, 2018

---

**Correspondence:**   Yes