# EXHIBIT D

**Registration Number**

TX 7-081-621

**Effective date of
registration:**

November 5, 2009

## Title

**Title of Work:** The Street-Smart Psychic's Guide to Getting a Good Reading

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 26, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Barretta
  **Author Created:** text

  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1956

## Copyright claimant

**Copyright Claimant:** Lisa Barretta

Llewellyn Worldwide, Ltd, 2143 Wooddale Drive, Woodbury, MN, 55125, United States

## Certification

**Name:** Sally Heuer
**Date:** October 28, 2009