# EXHIBIT E

# Copyright

**Registration Number / Date:**
TX0008524148 / 2017-10-26

**Type of Work:**
Text

**Title:**
Conscious Ink: The Hidden Meaning of Tattoos.

**Application Title:**
Conscious Ink: The Hidden Meaning of Tattoos.

**Date of Creation:**
2017

**Date of Publication:**
2017-10-23

**Copyright Claimant:**
Career Press, Inc., Transfer: by written agreement . Address: 12 Parish Drive, Wayne, NJ, 07470, United States.

**Authorship on Application:**
Lisa Barretta; Domicile: United States. Authorship: text, photograph(s), artwork.

**Description:**
Book, 223 p.

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
Barretta, Lisa
Career Press, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_29869984

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).