# EXHIBIT H

# WHITE & CASE

January 28, 2026

The Pennsylvania State University

Office of General Counsel
The Pennsylvania State University
227 West Beaver Avenue
Suite 507
State College, PA 16801

White & Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
**T** +1 650 213 0300

**whitecase.com**

**Federal Copyright Litigation Notice - Response Requested by February 11, 2026**

To Whom It May Concern:

White & Case represents Anthropic PBC in *Carreyrou v. Anthropic PBC*, No. 3:25-cv-10897 (N.D. Cal.). The Pennsylvania State University is listed as the copyright claimant for one of the asserted works but is not currently a party to the lawsuit. We are writing to notify Penn State of this suit and request that it either join as a plaintiff or inform us that it declines to participate.

Plaintiff Michael Kochin alleges he owns the registered copyright in *Five Chapters on Rhetoric: Character, Action, Things, Nothing & Art* and holds the exclusive rights to the work. However, the copyright registration (No. TX 7-044-429) lists Penn State as the copyright claimant by written transfer agreement. We therefore regard Penn State as a necessary party under Fed. R. Civ. P. 19(a). *See also* 17 U.S.C. § 501(b).

We intend to raise this issue with the Court and will likely seek joinder of Penn State as a necessary party. Before doing so, we wish to provide Penn State the opportunity to voluntarily join this litigation or state its position. Please respond by February 11, 2026, indicating whether Penn State intends to join the *Carreyrou* suit. Feel free to call or email me with any questions.

Best regards,

**Andy LeGolvan**
Counsel

**T** +(213) 620-7700
**E** andy.legolvan@whitecase.com

Attachment: Complaint filed in *Carreyrou v. Anthropic PBC*, No. 3:25-cv-10897.