# EXHIBIT I

**WHITE & CASE**

January 28, 2026

Cambronne Inc.

150 Prospect Park West, Apt. 4
Brooklyn, NY 11215

Attn:   John Carreyrou

White & Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
**T** +1 650 213 0300

**whitecase.com**

**Federal Copyright Litigation Notice - Response Requested by February 11, 2026**

To Whom It May Concern:

White & Case represents Anthropic PBC in *Carreyrou v. Anthropic PBC*, No. 3:25-cv-10897
(N.D. Cal.).  Cambronne Inc. is listed as the copyright claimant for one of the asserted works but
is not currently a party to the lawsuit. We are writing to notify Cambronne Inc. of this suit and
request that it either join as a plaintiff or inform us that it declines to participate.

Plaintiff John Carreyrou alleges he owns the registered copyright in *Bad Blood: Secrets and Lies
in a Silicon Valley Startup* and holds the exclusive rights to the work. However, the copyright
registration (No. TX 8-666-026) lists Cambronne Inc. as the copyright claimant by written
transfer agreement. We therefore regard Cambronne Inc. as a necessary party under Fed. R. Civ.
P. 19(a). *See also* 17 U.S.C. § 501(b).

We intend to raise this issue with the Court and will likely seek joinder of Cambronne as a
necessary party. Before doing so, we wish to provide Cambronne the opportunity to voluntarily
join this litigation or state its position. Please respond by February 11, 2026, indicating whether
Cambronne intends to join the *Carreyrou* suit. Feel free to call or email me with any questions.

Best regards,

**Andy LeGolvan**
Counsel

**T** +(213) 620-7700
**E** andy.legolvan@whitecase.com

Enclosure: Complaint filed in *Carreyrou v. Anthropic PBC*, No. 3:25-cv-10897.