# EXHIBIT J

**From:** Grosse, Natalie V
**To:** LeGolvan, Andy
**Cc:** Gluck, Michelle
**Subject:** [EXT] Federal Copyright Litigation - Penn State Response
**Date:** Friday, February 13, 2026 5:52:30 AM

Good morning,

This email provides the response sought in your 1/28 letter to the Pennsylvania State University ("Penn State" or "the University") seeking Penn State's input on the whether the University will join as a plaintiff in *Carreyrou v. Anthropic PBC*, No. 3:25-cv-10897 (N.D. Cal.) or decline to participate. The University declines to participate in the *Carreyrou* lawsuit.

Please don't hesitate to contact me if you have any questions.

Thank you,
Natalie

Natalie Voris Grosse | Associate General Counsel
The Pennsylvania State University
Office of the General Counsel
227 West Beaver Avenue, Suite 507 | State College, PA 16801
Phone:  814-867-5332 | nvg5267@psu.edu | Fax:  814-863-8469

*IMPORTANT WARNING:  This message and its attachments may contain information that is confidential, privileged, or otherwise protected from disclosure.  Do not distribute, forward, or retransmit without the prior approval of the sender.  If you are not the intended recipient, you are prohibited from disclosing, printing, distributing, or saving this message.  If you have received this message in error, please delete all electronic copies of this message (including any and all attachments), destroy any hard copies you may have created, and notify me immediately by replying to this email.  Thank you.*

**From:** LeGolvan, Andy <andy.legolvan@whitecase.com>
**Sent:** Wednesday, February 11, 2026 11:53 AM
**To:** Grosse, Natalie V <nvg5267@psu.edu>
**Cc:** Gluck, Michelle <mvg6006@psu.edu>
**Subject:** RE: Federal Copyright Litigation - Penn State Notice

Hi Natalie,

Thank you for reaching out. Yes, Friday response is fine. Please let us know if you have any questions about the case, timelines, etc. Happy to jump on a call if that's helpful.

Thanks,
Andy

**Andy LeGolvan** | Counsel
**T** +1 213 620 7700   **E** andy.legolvan@whitecase.com
White & Case LLP | 3000 El Camino Real, 2 Palo Alto Square Suite 900 | Palo Alto, CA 94306

---

**From:** Grosse, Natalie V <nvg5267@psu.edu>
**Sent:** Wednesday, February 11, 2026 6:40 AM
**To:** LeGolvan, Andy <andy.legolvan@whitecase.com>
**Cc:** Gluck, Michelle <mvg6006@psu.edu>
**Subject:** [EXT] Federal Copyright Litigation - Penn State Notice

Good morning,

Yesterday my office received the litigation notice from you dated 1/28/26 wherein a response was requested from Penn State today. We are reviewing the question presented in the notice and need additional time to respond. We are familiar with the class action settlement but have not considered how to proceed if an author opts out of the class action. I have been advised that Penn State is the owner of the copyright for *Five Chapters on Rhetoric: Character, Action, Things, Nothing & Art*. I'm not aware of the operative timelines for the litigation involving Plaintiff Michael Kochin. Could you please let me know if Penn State can have until 5 pm EST on Friday, 2/13, to respond to your letter?

Thank you,
Natalie

Natalie Voris Grosse | Associate General Counsel
The Pennsylvania State University
Office of the General Counsel
227 West Beaver Avenue, Suite 507 **|** State College, PA 16801
Phone:  814-867-5332 **|**  nvg5267@psu.edu **|** Fax:  814-863-8469

*IMPORTANT WARNING:  This message and its attachments may contain information that is confidential, privileged, or otherwise protected from disclosure.  Do not distribute, forward, or retransmit without the prior approval of the sender.  If you are not the intended recipient, you are prohibited from disclosing, printing, distributing, or saving this message.  If you have received this message in error, please delete all electronic copies of this message (including any and all attachments), destroy any hard copies you may have created, and notify me immediately by replying to this email.  Thank you.*

===========================================================================

This communication may be privileged and confidential and is intended only for the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this e-mail or by telephone at (213) 620-7700, and then delete the e-mail and any copies of it.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


================================================================================
======