# EXHIBIT K

| | |
|---|---|
| **From:** | Alex Potter |
| **To:** | Jabbari, Amir; Elizabeth Brannen; John Stokes; Christopher Rigali; Lauren Martin; Velvel Freedman; Kyle Roche |
| **Cc:** | LeGolvan, Andy; Chaikovsky, Yar; Carreyrou-Anthropic |
| **Subject:** | [EXT] Re: Carreyrou v Anthropic - Correspondence to Cambronne Inc. |
| **Date:** | Thursday, January 29, 2026 11:24:55 AM |
| **Attachments:** | image001.png |

Amir,

Thanks for reaching out. We accept service of the notice on behalf of Cambronne. We will circle back to you regarding joinder.

Best,

Alex

Alex Potter
*Partner*
**Freedman Normand Friedland LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
(t) 646.350.0527
(f) 646.392.8842
(m) 425.478.3870
(@) apotter@fnf.law

**From:** Jabbari, Amir <amir.jabbari@whitecase.com>

**Date:** Wednesday, January 28, 2026 at 5:17 PM

**To:** Elizabeth Brannen <EBrannen@stris.com>, John Stokes <JStokes@stris.com>, Christopher Rigali <crigali@stris.com>, Lauren Martin <lmartin@stris.com>, Velvel Freedman <vel@fnf.law>, Kyle Roche <kroche@fnf.law>, Alex Potter <apotter@fnf.law>

**Cc:** LeGolvan, Andy <andy.legolvan@whitecase.com>, Chaikovsky, Yar <yar.chaikovsky@whitecase.com>, Carreyrou-Anthropic <W&CCarreyrou-Anthropic@whitecase.com>

**Subject:** Carreyrou v Anthropic - Correspondence to Cambronne Inc.

**[EXTERNAL SENDER]**

Counsel:

We noticed that Cambronne Inc. is listed as the copyright claimant on the registration for the asserted work *Bad Blood: Secrets and Lies in a Silicon Valley Startup* (Reg. No. TX 9-405-506), rather than Mr. Carreyrou individually. We intend to add Cambronne Inc. as a necessary party to this suit.

Before raising this with the Court, we want to give Cambronne Inc. notice of this lawsuit and an opportunity to join as a party if it chooses. However, the address listed for Cambronne Inc. in the copyright records appears to be the same as Mr. Carreyrou's address. Will you accept service of our notice letter on behalf of Cambronne Inc.? Otherwise, we can proceed to sending the letter to Cambronne Inc.'s listed address.

Best,

Amir

**Amir Jabbari** | Associate
**T** +1 6505196488    **E** amir.jabbari@whitecase.com
White & Case LLP | 3000 El Camino Real | 2 Palo Alto Square, Suite 900 | Palo Alto, CA 94306-2109

============================================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


============================================================================

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.