# EXHIBIT L

# A General Language Assistant as a Laboratory for Alignment

**Amanda Askell**[*]   **Yuntao Bai**[*]   **Anna Chen**[*]   **Dawn Drain**[*]   **Deep Ganguli**[*]   **Tom Henighan**[†]

**Andy Jones**[†]   **Nicholas Joseph**[†]   **Ben Mann**[*]   **Nova DasSarma**   **Nelson Elhage**

**Zac Hatfield-Dodds**   **Danny Hernandez**   **Jackson Kernion**   **Kamal Ndousse**

**Catherine Olsson**   **Dario Amodei**   **Tom Brown**   **Jack Clark**   **Sam McCandlish**   **Chris Olah**

**Jared Kaplan**[‡]

Anthropic

## Abstract

Given the broad capabilities of large language models, it should be possible to work towards a general-purpose, text-based assistant that is aligned with human values, meaning that it is helpful, honest, and harmless. As an initial foray in this direction we study simple baseline techniques and evaluations, such as prompting. We find that the benefits from modest interventions increase with model size, generalize to a variety of alignment evaluations, and do not compromise the performance of large models. Next we investigate scaling trends for several training objectives relevant to alignment, comparing imitation learning, binary discrimination, and ranked preference modeling. We find that ranked preference modeling performs much better than imitation learning, and often scales more favorably with model size. In contrast, binary discrimination typically performs and scales very similarly to imitation learning. Finally we study a 'preference model pre-training' stage of training, with the goal of improving sample efficiency when finetuning on human preferences.

[*]Core Research Contributors

[†]Core Infrastructure Contributors

[‡]Correspondence to: jared@anthropic.com

Author contributions are listed at the end of the paper.

arXiv:2112.00861v3 [cs.CL] 9 Dec 2021

Nicholas Joseph was central to building and maintaining a highly efficient distributed training system for large language models and helped with our sampling infrastructure.

Tom Henighan managed our research cluster, helped build our distributed training system, and did research and experiments on the numerical stability of large language model training. He also helped with ML research on large language models. Nova DasSarma has also helped manage the cluster.

Andy Jones was central in building our sampling infrastructure. He also provided engineering support to the toxicity experiments, A/B testing infrastructure, distributed training, and code model data collection.

Catherine Olsson contributed crucially to alignment ideas, and provided useful advice for sourcing and training contractors to test our models.

Led by Tom Brown in collaboration with Sam McCandlish, much of the technical staff at Anthropic contributed to efficient distributed model training and sampling, the underlying ML, and cluster stability. Core contributors include Nicholas Joseph, Tom Henighan, and Andy Jones. Nelson Elhage, Kamal Ndousse, Zac Hatfield-Dodds, and Ben Mann also contributed to this infrastructure.

Catherine Olsson and Jared Kaplan wrote the HHH prompt, and along with Deep Ganguli, Anna Chen, Amanda Askell, and many others wrote most of the alignment evaluations. Jackson Kernion helped improve the alignment evaluations and source workers to interact with our models.

Jared Kaplan, Yuntao Bai, Anna Chen, Amanda Askell, Deep Ganguli, and Ben Mann wrote the paper, with helpful comments from everyone at Anthropic.

Dario Amodei, Chris Olah, and Jack Clark contributed expertise and advice throughout the project.

Sam McCandlish led model pretraining efforts, often in collaboration with Jared Kaplan. Sam also led the overall synthesis of engineering and research efforts.

Jared Kaplan conceived and led the project. He conducted some initial experiments on preference modeling and many of the experiments on prompting and context distillation.

## Acknowledgments

We thank Daniela Amodei, Jia Yuan Loke, Liane Lovitt, Taylor Rogalski, and Timothy Telleen-Lawton for support with this project, and Sam Bowman, Collin Burns, Ethan Dyer, Owain Evans, David Krueger, Jan Leike, Liane Lovitt, Helen Ngo, and Jeff Wu for comments on the draft. We thank Paul Christiano for helpful discussions.

## A    Language Model Pre-training

All the decoder-only [LSP+18] Transformer [VSP+17] models we train have a fixed aspect ratio $d_{model}/n_{layer} = 128$, as it has been shown that this is roughly optimal [KMH+20]. Their MLPs up-project by a factor of 4, so that $d_{ff} = 4d_{model}$. This means that their total non-embedding parameter count is $N = 12n_{layer}d_{model}^2 \approx (1.97 \times 10^5)n_{layer}^3$. The models have a context window of 8192 tokens with a BPE [SHB15] vocabulary of size $n_{vocab} = 2^{16}$ trained on a mixture of natural language and python code in a substantially similar manner to GPT-3 [BMR+20] and its precursors [RNSS18, RWC+19].

The training dataset is composed of 90% natural language and 10% python code. All components of the NL and code datasets were globally fuzzily deduplicated [BMR+20], and we train for one epoch on all subcomponents (i.e. we do not repeat any data). The natural language dataset was composed of 55% heavily filtered common crawl data (220B tokens), 32% internet books (128B tokens), and some smaller distributions including OpenWebText, Wikipedia, Stack Exchange, Arxiv, Legal and Patent documents, Ubuntu-IRC discussion, and movie scripts, most of which we sourced from The Pile [GBB+20].

Our code models were further finetuned for 100B tokens on a distribution of python code containing about 45B unique tokens, so for a bit more than two epochs of training.

# References

[AAB+21]   Josh Abramson, Arun Ahuja, Iain Barr, Arthur Brussee, Federico Carnevale, Mary Cassin, Rachita Chhaparia, Stephen Clark, Bogdan Damoc, Andrew Dudzik, Petko Georgiev, Aurelia Guy, Tim Harley, Felix Hill, Alden Hung, Zachary Kenton, Jessica Landon, Timothy Lillicrap, Kory Mathewson, Sona Mokra, Alistair Muldal, Adam Santoro, Nikolay Savinov, Vikrant Varma, Greg Wayne, Duncan Williams, Nathaniel Wong, Chen Yan, and Rui Zhu. Imitating interactive intelligence, 2021, 2012.05672.

[AON+21]   Jacob Austin, Augustus Odena, Maxwell Nye, Maarten Bosma, Henryk Michalewski, David Dohan, Ellen Jiang, Carrie Cai, Michael Terry, Quoc Le, and Charles Sutton. Program synthesis with large language models, 2021, 2108.07732.

[AOS+16]   Dario Amodei, Chris Olah, Jacob Steinhardt, Paul Christiano, John Schulman, and Dan Mané. Concrete problems in ai safety, 2016, 1606.06565.

[ATS+21]   Vamsi Aribandi, Yi Tay, Tal Schuster, Jinfeng Rao, Huaixiu Steven Zheng, Sanket Vaibhav Mehta, Honglei Zhuang, Vinh Q. Tran, Dara Bahri, Jianmo Ni, Jai Gupta, Kai Hui, Sebastian Ruder, and Donald Metzler. Ext5: Towards extreme multi-task scaling for transfer learning, 2021, 2111.10952.

[BGNN19]   Daniel S. Brown, Wonjoon Goo, Prabhat Nagarajan, and Scott Niekum. Extrapolating beyond suboptimal demonstrations via inverse reinforcement learning from observations, 2019, 1904.06387.

[BMR+20]   Tom B. Brown, Benjamin Mann, Nick Ryder, Melanie Subbiah, Jared Kaplan, Prafulla Dhariwal, Arvind Neelakantan, Pranav Shyam, Girish Sastry, Amanda Askell, Sandhini Agarwal, Ariel Herbert-Voss, Gretchen Krueger, Tom Henighan, Rewon Child, Aditya Ramesh, Daniel M. Ziegler, Jeffrey Wu, Clemens Winter, Christopher Hesse, Mark Chen, Eric Sigler, Mateusz Litwin, Scott Gray, Benjamin Chess, Jack Clark, Christopher Berner, Sam McCandlish, Alec Radford, Ilya Sutskever, and Dario Amodei. Language models are few-shot learners, 2020, 2005.14165.

[Bow21]    Samuel R. Bowman. When combating hype, proceed with caution, 2021, 2110.08300.

[CKB+21]   Karl Cobbe, Vineet Kosaraju, Mohammad Bavarian, Jacob Hilton, Reiichiro Nakano, Christopher Hesse, and John Schulman. Training verifiers to solve math word problems, 2021, 2110.14168.

[CLB+17]   Paul Christiano, Jan Leike, Tom B. Brown, Miljan Martic, Shane Legg, and Dario Amodei. Deep reinforcement learning from human preferences, 2017, 1706.03741.

[CLR+21]   Lili Chen, Kevin Lu, Aravind Rajeswaran, Kimin Lee, Aditya Grover, Michael Laskin, Pieter Abbeel, Aravind Srinivas, and Igor Mordatch. Decision transformer: Reinforcement learning via sequence modeling, 2021, 2106.01345.

[CSA18]    Paul Christiano, Buck Shlegeris, and Dario Amodei. Supervising strong learners by amplifying weak experts, 2018, 1810.08575.

[CTJ+21]   Mark Chen, Jerry Tworek, Heewoo Jun, Qiming Yuan, Henrique Ponde de Oliveira Pinto, Jared Kaplan, Harri Edwards, Yuri Burda, Nicholas Joseph, Greg Brockman, Alex Ray, Raul Puri, Gretchen Krueger, Michael Petrov, Heidy Khlaaf, Girish Sastry, Pamela Mishkin, Brooke Chan, Scott Gray, Nick Ryder, Mikhail Pavlov, Alethea Power, Lukasz Kaiser, Mohammad Bavarian, Clemens Winter, Philippe Tillet, Felipe Petroski Such, Dave Cummings, Matthias Plappert, Fotios Chantzis, Elizabeth Barnes, Ariel Herbert-Voss, William Hebgen Guss, Alex Nichol, Alex Paino, Nikolas Tezak, Jie Tang, Igor Babuschkin, Suchir Balaji, Shantanu Jain, William Saunders, Christopher Hesse, Andrew N. Carr, Jan Leike, Josh Achiam, Vedant Misra, Evan Morikawa, Alec Radford, Matthew Knight, Miles Brundage, Mira Murati, Katie Mayer, Peter Welinder, Bob McGrew, Dario Amodei, Sam McCandlish, Ilya Sutskever, and Wojciech Zaremba. Evaluating large language models trained on code, 2021, 2107.03374.

[Fou]      The Common Crawl Foundation. Common crawl. URL http://commoncrawl.org.

[Gab20]    Iason Gabriel. Artificial intelligence, values, and alignment. *Minds and Machines*, 30(3):411–437, Sep 2020. doi:10.1007/s11023-020-09539-2.

[GBB+20]   Leo Gao, Stella Biderman, Sid Black, Laurence Golding, Travis Hoppe, Charles Foster, Jason Phang, Horace He, Anish Thite, Noa Nabeshima, Shawn Presser, and Connor Leahy. The pile: An 800gb dataset of diverse text for language modeling, 2020, 2101.00027.