UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAMBRONNE INC., LISA BARRETTA,
MATTHEW SACKS, and MICHAEL
KOCHIN,

               Plaintiffs,

     v.

ANTHROPIC PBC,

               Defendant.

Case No.  5:25-cv-10897-PCP

**[PROPOSED] ORDER
GRANTING DEFENDANT
ANTHROPIC PBC'S MOTION
TO DISMISS PLAINTIFFS'
SECOND AMENDED
COMPLAINT**

- 1 -

The Court, having considered Defendant Anthropic PBC's motion to dismiss the Complaint filed by Plaintiffs Cambronne Inc., Lisa Barretta, Matthew Sacks, and Michael Kochin ("Plaintiffs"), along with the parties' briefing and evidence submitted herewith, **GRANTS** the motion as follows:

1. Plaintiffs' contributory infringement claim is dismissed for failure to allege sufficient facts to support a plausible claim.

2. Plaintiffs' removal of copyright management information claim is dismissed for lack of Article III standing and for failure to allege sufficient facts to support a plausible claim under 17 U.S.C. § 1202(b)(1).

3. Plaintiffs' claims are dismissed as time-barred by the Copyright Act's three-year statute of limitations.

4. Plaintiff Kochin and Baretta's claims are dismissed because they fail to allege they have standing to sue under the Copyright Act.

   a. [If Plaintiffs plan to file an amended complaint asserting a valid basis for standing, they must either join all legal owners of the asserted works or plead the reasons for not joining those legal owners to the suit.]

5. Plaintiffs' claim for statutory damages and attorneys' fees for *An Independent Empire* is dismissed for failure to allege facts showing that the work is eligible for statutory damages under 17 U.S.C. § 412.

6. Plaintiffs' claims are dismissed to the extent they are based on copyrights not listed in Exhibit A to the Complaint.

   **IT IS HEREBY ORDERED** that Plaintiffs' claims for copyright infringement is dismissed [with/without leave to amend] for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Dated: _____, 2026

_____
Hon. P. Casey Pitts
United States District Judge