Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.O. KWON, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>ANTHROPIC PBC,<br><br>                Defendant. | Case No. 5:26-cv-04649-PCP<br><br>Related Cases:<br><br>Case No. 5:25-cv-10897-PCP (*lowest numbered case*)<br><br>Case No. 5:26-cv-04218-PCP<br><br>Case No. 5:26-cv-04056-PCP<br><br>Case No. 5:26-cv-04482-PCP<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SET CONSOLIDATED BRIEFING SCHEDULE AND HEARING DATE (L.R. 7-11), AS MODIFIED** |

Having considered Plaintiffs' Administrative Motion To Set Consolidated Briefing Schedule And Hearing Date (L.R. 7-11) as to the related cases, *i.e.*, *Cognella, Inc. v. Anthropic PBC*, Case No. 5:26-cv-04056-PCP (N.D. Cal.), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 5:26-cv-04218-PCP (N.D. Cal.), *Cruz et al v. Anthropic PBC*, Case No. 5:26-cv-04482-PCP (N.D. Cal.), *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-PCP (N.D. Cal.), and *Cambronne, Inc. et al. v. Anthropic PBC.*, Case No. 5:25-cv-10897-PCP (altogether, the "Related Cases"), the supporting declaration, and the pleadings on file, the Court **GRANTS** the Motion and **ORDERS** the following schedule:

| Event | Proposed Date |
| --- | --- |
| Anthropic must answer or otherwise respond to the operative complaint in each of the Related Cases (including motions to dismiss); All motions to dismiss as to the Related Cases must be supported by a single, consolidated memorandum of points and authorities | ~~August 13, 2026~~ September 24, 2026 |
| Plaintiffs in each of the Related Cases respond to any motions to dismiss; All responses to any motions to dismiss as to the Related Cases must be supported by a single, consolidated memorandum of points and authorities | ~~September 28, 2026~~ November 16, 2026 |
| Reply brief in support of motions to dismiss; All replies in support of motions to dismiss as to the Related Cases must be supported by a single, consolidated memorandum of points and authorities | ~~October 19, 2026~~ November 30, 2026 |
| Hearing on any motions to dismiss filed in the Related Cases | ~~December 10, 2026~~ December 17, 2026 |

**IT IS SO ORDERED.**


Dated: August 3, 2026

_____
Hon. P. Casey Pitts
United States District Judge