[counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMBRONNE, INC., LISA BARRETTA, MATTHEW SACKS, and MICHAEL KOCHIN,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:25-cv-10897-PCP<br><br>**JOINT STIPULATION REGARDING CASE SCHEDULE**<br><br>Judge: The Hon. P. Casey Pitts |

At the September 3, 2026 Case Management Conference, the Court directed the parties to submit a proposed schedule for the five related actions initiated by undersigned Plaintiffs' counsel:

- *Cambronne, Inc. v. Anthropic PBC*, No. 5:25-cv-10897-PCP (N.D. Cal.)
- *Cognella, Inc. v. Anthropic PBC*, No. 5:26-cv-4056-PCP (N.D. Cal.)
- *Chicken Soup for the Soul, LLC v. Anthropic PBC*, No. 5:26-cv-4218-PCP (N.D. Cal.)
- *Cruz et al. v. Anthropic PB*C, No. 5:26-cv-4482-PCP (N.D. Cal.)
- *Kwon et al. v. Anthropic PBC*, No. 5:26-cv-4649-PCP (N.D. Cal.)

Having conferred further, the parties respectfully request that the Court enter the following schedule by entering the contemporaneously filed Proposed Order:

| **Event** | **Date** |
|---|---|
| Discovery commences | Aug. 13, 2026 |
| Last day to seek leave of Court to amend or join parties under Rule 15(a)(2)<br><br>This deadline does not govern notifying and/or joining unnamed co-owners of asserted copyrighted works under 17 U.S.C. § 501(b), which is subject to the parties' ongoing meet-and-confer efforts | Sep. 14, 2026 |
| Fact discovery cutoff | May 13, 2027 |
| Last day to seek leave to file non-expert summary judgment motion (by administrative motion) | May 13, 2027 |
| ADR completion | Jun. 14, 2027 |
| Opening expert reports | Jun. 14, 2027 |
| Rebuttal expert reports | Jul. 14, 2027 |
| Expert discovery cutoff | Aug. 13, 2027 |
| Last day to file dispositive motion<br>Last day to file *Daubert* motion | Aug. 26, 2027 |
| Trial-setting conference (Thu., 1:00 p.m.) | Jan. 13, 2028 |

Dated: September 14, 2026

By */s/ Yar R. Chaikovsky*_________

**WHITE & CASE LLP**
YAR R. CHAIKOVSKY (CA 175421)
yar.chaikovsky@whitecase.com
ANDY LEGOLVAN (CA 292520)
andy.legolvan@whitecase.com
AMIR JABBARI (CA 339097)
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

MARK DAVIES (*pro hac vice*)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Attorneys for
Defendant Anthropic PBC

Respectfully Submitted,

By */s/ Kyle Roche*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1601 K Street NW, Ste 1050
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

Counsel for Plaintiffs

**FILER'S ATTESTATION**

I, Yar. Chaikovsky, am the CM/ECF user whose ID and password are being used to file this Joint Initial Case Management Statement. Pursuant to Civil Local Rule No. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 14, 2026

By */s/ Yar R. Chaikovsky*
Yar R. Chaikovsky