# EXHIBIT 3

## Works Whose Registration Lists a Publisher or Other Organization as Rights and Permissions Contact (61 works)

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Registered Claimant(s) | Rights & Permissions Org. Named on Registration |
|---|---|---|---|---|---|---|---|
| 1 | Cognella | Cognella, Inc. | Compl. Ex. A row 119 | TX 7-323-967 | Calculus I | Tunc Geveci | University Readers, Inc. |
| 2 | Cognella | Cognella, Inc. | Compl. Ex. A row 122 | TX 7-275-900 | CALCULUS I-PRELIM EDITION | Tunc Geveci | University Readers, Inc. |
| 3 | Cognella | Cognella, Inc. | Compl. Ex. A row 139 | TX 7-323-446 | Love Yourself: The First Step to a Successful Relationship | University Readers, Inc. | University Readers, Inc. |
| 4 | Cognella | Cognella, Inc. | Compl. Ex. A row 140 | TX 7-323-328 | Japanese Society and History | University Readers, Inc. | University Readers, Inc. |
| 5 | Cognella | Cognella, Inc. | Compl. Ex. A row 141 | TX 7-312-684 | Friends Helping Friends: A Guide to Approaching Peers About Their Potential Eating Disorder | University Readers, Inc. | University Readers, Inc. |
| 6 | Cognella | Cognella, Inc. | Compl. Ex. A row 142 | TX 7-320-993 | Mechanical Testing of Engineering Materials | University Readers, Inc. | University Readers, Inc. |
| 7 | Cognella | Cognella, Inc. | Compl. Ex. A row 148 | TX 7-323-538 | "So, You Are Going to College ?! " | San Bolkan | University Readers, Inc. |
| 8 | Cognella | Cognella, Inc. | Compl. Ex. A row 149 | TX 7-382-756 | Music Fundamentals for the Guitar | Robert Bozina | University Readers, Inc. |
| 9 | Cognella | Cognella, Inc. | Compl. Ex. A row 154 | TX 7-323-969 | Step-by-Step Business Math and Statistics | Jin W. Choi | University Readers, Inc. |
| 10 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 302 | TX 8-334-010 | Chicken Soup for the Soul Simply Happy | Amy Newmark; Chicken Soup for the Soul, LLC | Epstein Drangel LLP |
| 11 | Cruz | Sean Arbabi | Compl. Ex. A row 3 | TX 7-226-784 | The BetterPhoto Guide to Exposure | Sean Arbabi | Watson-Guptill Publications |
| 12 | Cruz | Matt Birkbeck | Compl. Ex. A row 16 | TX 7-811-126 | THE QUIET DON: The Untold Story of Mafia Kingpin Russell Bufalino | Matt Birkbeck | Penguin Group (USA) |
| 13 | Cruz | Jim Campbell | Compl. Ex. A row 19 | TX 9-081-847 | Madoff Talks: Uncovering the Untold Story Behind the Most Notorious Ponzi Scheme in History, First Edition | McGraw Hill LLC | McGraw Hill LLC |
| 14 | Cruz | Kerry Chance | Compl. Ex. A row 30 | TX 8-657-730 | Living politics in South Africa's urban shacklands | The University of Chicago | University Of Chicago |
| 15 | Cruz | Carolina De Robertis | Compl. Ex. A row 35 | TX 7-566-198 | THE NERUDA CASE by Roberto Ampuero | Carolina De Robertis | Penguin Group (USA) Inc. |
| 16 | Cruz | Carolina De Robertis | Compl. Ex. A row 37 | TX 8-091-362 | THE GODS OF TANGO | Carolina De Robertis | Alfred A. Knopf |
| 17 | Cruz | Carolina De Robertis | Compl. Ex. A row 38 | TX 8-814-990 | CANTORAS | Carolina De Robertis | Alfred A. Knopf |
| 18 | Cruz | Carolina De Robertis | Compl. Ex. A row 39 | TX 8-473-010 | RADICAL HOPE: Letters of Love and Dissent in Dangerous Times | Carolina De Robertis | Vintage Books |
| 19 | Cruz | Dave Eggers | Compl. Ex. A row 41 | TX 8-780-353 | THE PARADE: A Novel | Dave Eggers y | Alfred A. Knopf |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Registered Claimant(s) | Rights & Permissions Org. Named on Registration |
|---|---|---|---|---|---|---|---|
| 20 | Cruz | Dave Eggers | Compl. Ex. A row 45 | TX 8-570-451 | THE LIFTERS | Dave Eggers | Alfred A. Knopf, Random House Children's Books |
| 21 | Cruz | Dave Eggers | Compl. Ex. A row 46 | TX 8-575-737 | THE MONK OF MOKHA | Dave Eggers | Alfred A. Knopf |
| 22 | Cruz | Dave Eggers | Compl. Ex. A row 47 | TX 7-774-370 | THE CIRCLE: A Novel | Dave Eggers | Alfred A. Knopf and McSweeny's Books |
| 23 | Cruz | Dave Eggers | Compl. Ex. A row 48 | TX 7-794-198 | A HOLOGRAM FOR THE KING: A Novel | Dave Eggers | Vintage Books |
| 24 | Cruz | Dave Eggers | Compl. Ex. A row 49 | TX 8-319-119 | HEROES OF THE FRONTIER: A Novel | Dave Eggers | Alfred A. Knopf |
| 25 | Cruz | Dave Eggers | Compl. Ex. A row 50 | TX 7-958-947 | YOUR FATHERS, WHERE ARE THEY? AND THE PROPHETS, DO THEY LIVE FOREVER ?: A Novel | Dave Eggers | Alfred A. Knopf |
| 26 | Cruz | Nicole Gonzalez Van Cleve | Compl. Ex. A row 53 | TX 8-297-129 | CROOK COUNTY: RACISM AND INJUSTICE IN AMERICA'S LARGEST CRIMINAL COURT | Nicole Gonzalez Van Cleve | Stanford University Press |
| 27 | Cruz | Ron Hall | Compl. Ex. A row 58 | TX 8-533-682 | Same Kind of Different as Me - Special Movie Edition | Ron Hall | HarperCollins Christian Publishing |
| 28 | Cruz | Ron Hall | Compl. Ex. A row 59 | TX 7-340-854 | What difference do it Make? | Ron Hall | Thomas Nelson, Inc. |
| 29 | Cruz | Ron Hall | Compl. Ex. A row 60 | TX 8-567-624 | Workin' Our Way Home | Ron Hall | HarperCollins Christian Publishing |
| 30 | Kwon | Stephanie Griest | Compl. Ex. A row 3 | TX 8-439-055 | All the Agents and Saints: Dispatches from the U.S. Borderlands | Stephanie Elizondo Griest | University of North Carolina Press |
| 31 | Kwon | Elizabeth Hinton | Compl. Ex. A row 5 | TX 8-316-419 | FROM THE WAR ON POVERTY TO THE WAR ON CRIME: THE MAKING OF MASS INCARCERATION IN AMERICA | the President and Fellows of Harvard College, dba Harvard University Press | Harvard University Press |
| 32 | Kwon | Glenn Kreisberg | Compl. Ex. A row 14 | TX 7-270-279 | Lost Knowledge of the Ancients | Glenn Kreisberg | Inner Traditions International |
| 33 | Kwon | Glenn Kreisberg | Compl. Ex. A row 15 | TX 7-659-600 | Mysteries of the Ancient Past | Glenn Kreisberg | Inner Traditions International |
| 34 | Kwon | Richard Krevolin | Compl. Ex. A row 17 | TXu 1-859-386 | Making Light in Terezin (The Show Helps Us Go On) | Richard Krevolin | Power Story Publishing |
| 35 | Kwon | Gerald Lamb | Compl. Ex. A row 18 | TXu 2-165-157 | Filtered | Gerald Kenneth Lamb | Monolith |
| 36 | Kwon | Chang-Rae Lee | Compl. Ex. A row 22 | TX 7-183-491 | THE SURRENDERED | Chang-rae Lee | Penguin Group (USA) Inc. |
| 37 | Kwon | Chang-Rae Lee | Compl. Ex. A row 23 | TX 7-820-870 | ON SUCH A FULL SEA | Chang-rae Lee | Penguin Group (USA) |
| 38 | Kwon | Chang-Rae Lee | Compl. Ex. A row 24 | TX 9-007-099 | MY YEAR ABROAD | Chang-rae Lee | Riverhead Books |
| 39 | Kwon | Jeannie Levinson | Compl. Ex. A row 28 | TXu 1-658-296 | GUERRILLA PROFITS | STUART BURKOW, dba Guerrilla Profits International | GUERRILLA PROFITS INTERNATIONAL |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Registered Claimant(s) | Rights & Permissions Org. Named on Registration |
|---|---|---|---|---|---|---|---|
| 40 | Kwon | Jeannie Levinson | Compl. Ex. A row 29 | TX 7-212-053 | Guerrilla Marketing for Nonprofits: 250 Tactics to Promote, Recruit, Motivate, and Raise More Money | Entrepreneur Media, Inc. dba Entrepreneur Press | Entrepreneur Media, Inc. |
| 41 | Kwon | Jeannie Levinson | Compl. Ex. A row 30 | TX 7-433-208 | Guerrilla Marketing Remix: The Best of Guerrilla Marketing | Entrepreneur Media, Inc. dba Entrepreneur Press | Entrepreneur Media, Inc. |
| 42 | Kwon | Jeannie Levinson | Compl. Ex. A row 31 | TX 7-910-845 | Guerrilla Marketing in 30 Days: Third Edition | Entrepreneur Media, Inc. dba Entrepreneur Press | Entrepreneur Media, Inc. |
| 43 | Kwon | Steven Lowenthal | Compl. Ex. A row 44 | TX 7-919-152 | Dance of Death: The Life of John Fahey, American Guitarist | David Fricke | Chicago Review Press |
| 44 | Kwon | Brian Malec | Compl. Ex. A row 46 | TX 7-979-631 | Careers in health information technology | Springer Publishing Company | Springer Publishing Company |
| 45 | Kwon | Ilona McCarty | Compl. Ex. A row 48 | TX 6-988-172 | A Short History of the Honey Bee | Ilona McCarty; Edward Readicker-Henderso n | Timber Press Inc. |
| 46 | Kwon | Tiffany McDaniel | Compl. Ex. A row 49 | TX 8-357-389 | THE SUMMER THAT MELTED EVERYTHING | Tiffany McDaniel | Macmillan Publishing Group, LLC, d/b/a St. Martin's Press |
| 47 | Kwon | Tiffany McDaniel | Compl. Ex. A row 50 | TX 9-011-770 | BETTY | Tiffany McDaniel | Alfred A. Knopf |
| 48 | Kwon | Eric L. Muller | Compl. Ex. A row 53 | TX 7-583-269 | Colors of Confinement: Rare Kodachrome Photographs of Japanese American Incarceration in World War II | University of North Carolina Press | University of North Carolina Press |
| 49 | Kwon | Sonia Nazario | Compl. Ex. A row 54 | TX 7-877-654 | ENRIQUE'S JOURNEY: THE TRUE STORY OF A BOY DETERMINED TO REUNITE WITH HIS MOTHER | Sonia Nazario | Delacorte Press, Random House Children's Books |
| 50 | Kwon | Laurence Ralph | Compl. Ex. A row 61 | TX 7-954-698 | Renegade Dreams: Living through Injury in Gangland Chicago | The University of Chicago | University Of Chicago |
| 51 | Kwon | Laurence Ralph | Compl. Ex. A row 62 | TX 8-950-471 | The torture letters : reckoning with police violence | Laurence Ralph | University of Chicago Press |
| 52 | Kwon | Lilliam Rivera | Compl. Ex. A row 63 | TX 8-408-046 | The Education of Margot Sanchez | Lilliam Rivera | Simon & Schuster, Inc. |
| 53 | Kwon | Lilliam Rivera | Compl. Ex. A row 65 | TX 8-987-018 | Never Look Back | Lilliam Rivera | Bloomsbury Publishing |
| 54 | Kwon | Seth A. Roberts | Compl. Ex. A row 66 | TX 7-200-633 | Barron's AP European History, 5th Edition with CD-ROM | Barron's Educational Series, Inc. | Barron's Educational Series, Inc. |
| 55 | Kwon | Erika L. Sanchez | Compl. Ex. A row 68 | TX 8-442-982 | Lessons on Expulsion | Erika L Sanchez | Graywolf Press |
| 56 | Kwon | Erika L. Sanchez | Compl. Ex. A row 69 | TX 8-576-678 | I AM NOT YOUR PERFECT MEXICAN DAUGHTER | Erika L. Sanchez | Alfred A. Knopf, Random House Children's Books |
| 57 | Kwon | Soul Writers, LLC | Compl. Ex. A row 70 | TX 8-748-979 | Make It Work | Soul Writers, LLC | Simon & Schuster Inc. |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Registered Claimant(s) | Rights & Permissions Org. Named on Registration |
|---|---|---|---|---|---|---|---|
| 58 | Kwon | Jeremy N. Smith | Compl. Ex. A row 72 | TX 8-709-665 | Breaking and Entering: The Extraordinary Story of a Hacker Called "Alien" | Jeremy N. Smith | Trade Permissions, Houghton Mifflin Harcourt Publishing Company |
| 59 | Kwon | Ramesh Srinivasan | Compl. Ex. A row 74 | TX 8-860-038 | Beyond the Valley: How Innovators around the World are Overcoming Inequality and Creating the Technologies of Tomorrow | Ramesh Srinivasan | MIT Press |
| 60 | Kwon | Robert Tannenbaum | Compl. Ex. A row 75 | TX 7-461-866 | I WANT MY MTV: The Uncensored Story of the Music Video Revolution | Craig Marks; Rob Tannenbaum | Penguin Group (USA) Inc. --- Permissions Department |
| 61 | Cambronne | Cambronne, Inc. | SAC Ex. A row 1 | TX 8-666-026 | BAD BLOOD: Secrets and Lies in a Silicon Valley Startup | Cambronne Inc. | Alfred A. Knopf |

**Registration Number**

TX 7-323-967

**Effective date of registration:**

June 30, 2010

## Title

**Title of Work:** Calculus I

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 4, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-935551-42-3

## Author

- **Author:** Tunc Geveci

**Author Created:** text

**Work made for hire:** No

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Tunc Geveci

6760 Casselberry Way, San Diego, CA, 92119, United States

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attention: Rights Department

3970 Sorrento Valley Blvd., Suite 500

San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** June 29, 2010

**Applicant's Tracking Number:** 80026-1

**Correspondence:** Yes

**Registration Number**
TX 7-275-900

**Effective date of registration:**
June 28, 2010

## Title

**Title of Work:** CALCULUS I-PRELIM EDITION

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 15, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-934269-89-3

## Author

- **Author:** Tunc Geveci

**Author Created:** text, artwork

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Tunc Geveci

6760 Casselberry Way, San Diego, CA, 92119, United States

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attention: Rights Department

3970 Sorrento Valley Blvd., Suite 500
San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** June 28, 2010

**Applicant's Tracking Number:** 80025-1

**Registration Number**
TX 7-323-446

**Effective date of registration:**
February 3, 2011

## Title

**Title of Work:** Love Yourself: The First Step to a Successful Relationship

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 27, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-60927-830-4

## Author

- **Author:** University Readers, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** University Readers, Inc.

3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attention: Rights Department

3970 Sorrento Valley Blvd., Suite 500
San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** November 11, 2010

**Applicant's Tracking Number:** 80214-1

**Registration Number**
TX 7-323-328

**Effective date of registration:**
February 3, 2011

## Title

**Title of Work:** Japanese Society and History

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-60927-885-4

## Author

- **Author:** University Readers, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** University Readers, Inc.

3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attention: Rights Department

3970 Sorrento Valley Blvd., Suite 500

San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** November 10, 2010

**Applicant's Tracking Number:** 80177-1

---

**Copyright Office notes:** Regarding limitation of claim: Credits on copy indicate some previously published text.

**Registration Number**
TX 7-312-684
**Effective date of registration:**
June 30, 2010

## Title

**Title of Work:** Friends Helping Friends: A Guide to Approaching Peers About Their Potential Eating Disorder

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** March 24, 2010 **Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-609279-74-5

## Author

- **Author:** Allison K. Spivack
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Amanda J. Roberts
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** University Readers, Inc.
3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States
**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attention: Rights Department
3970 Sorrento Valley Blvd., Suite 500
San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** June 29, 2010

**Applicant's Tracking Number:** 80101-1

**Registration Number**
TX 7-320-993

**Effective date of registration:**
February 3, 2011

## Title

**Title of Work:** Mechanical Testing of Engineering Materials

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 12, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-60927-920-2

## Author

- **Author:** University Readers, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** University Readers, Inc.

3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attn: Rights Department

3970 Sorrento Valley Blvd., Suite 500

San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** November 10, 2010

**Applicant's Tracking Number:** 80122-1

---

**Registration Number**
TX 7-323-538

**Effective date of registration:**
June 30, 2010

## Title

**Title of Work:** "So, You Are Going to College?!"

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 31, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1609279-99-8

## Author

- **Author:** San Bolkan

**Author Created:** text, artwork

**Work made for hire:** No

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** San Bolkan

1250 Bellflower Blvd., Long Beach, CA 90840, United States

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attention: Rights Department

3970 Sorrento Valley Blvd., Suite 500

San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** June 29, 2010

**Applicant's Tracking Number:** 80087-1

**Registration Number**
TX 7-382-756

**Effective date of registration:**
June 30, 2010

## Title

**Title of Work:** Music Fundamentals for the Guitar

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1935551-80-5

## Author

- **Author:** Robert Bozina

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Robert Bozina

302 Moultrie Street, San Francisco, CA, 94110, United States

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attention: Rights Department

3970 Sorrento Valley Blvd., Suite 500

San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** June 29, 2010

**Applicant's Tracking Number:** 80085-1

**Correspondence:** Yes

**Registration Number**

TX 7-323-969

**Effective date of registration:**

February 3, 2011

## Title

**Title of Work:** Step-by-Step Business Math and Statistics

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 18, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-60927-872-4

## Author

- **Author:** Jin W. Choi

**Author Created:** text

**Work made for hire:** No

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Jin W. Choi

6216 DePaul Center, 1 East Jackson Blvd., Chicago, IL, 60604, United States

## Rights and Permissions

**Organization Name:** University Readers, Inc.

**Name:** Mike Rinehart

**Email:** rights@universityreaders.com **Telephone:** 858-552-1120

**Address:** Attention: Rights Department

3970 Sorrento Valley Blvd., Suite 500

San Diego, CA 92121 United States

## Certification

**Name:** Mike Rinehart

**Date:** November 11, 2010

**Applicant's Tracking Number:** 80198-1

**Registration Number**
**TX 8-334-010**
**Effective Date of Registration:**
October 07, 2016

## Title

**Title of Work:** Chicken Soup for the Soul Simply Happy

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 04, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Amy Newmark
  **Author Created:** text
  **Domiciled in:** United States

- **Author:** Susan Morrow
  **Author Created:** photograph(s)
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Amy Newmark
c/o Chicken Soup for the Soul, LLC, P.O. Box 700, Cos Cob, CT, 06807, United States
**Transfer statement:** By written agreement

**Copyright Claimant:** Chicken Soup for the Soul, LLC
P.O. Box 700, Cos Cob, CT, 06807, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 E. 42nd Street

Suite 2520
New York, NY 10165 United States

## Certification

**Name:** Jennette Wiser
**Date**: October 06, 2016
**Applicant's Tracking Number**: 2510-702

**Registration Number**
TX 7-226-784

**Effective date of registration:**
February 2, 2009

## Title

**Title of Work:** The BetterPhoto Guide to Exposure

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 5, 2008 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780817435547

## Author

- **Author:** Sean Arbabi

**Author Created:** Text, photography

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Sean Arbabi

508 Old Farm Road Danville, CA 94526

## Rights and Permissions

**Organization Name:** Watson-Guptill Publications

**Name:** Autumn Star Kindelspire

**Email:** akindelspire@randomhouse.com **Telephone:** 212-572-6070

**Address:** 1745 Broadway

12-4

New York, NY 10019 United States

## Certification

**Name:** Autumn Kindelspire

**Date:** January 28, 2009

**Registration Number**

TX 7-811-126

**Effective date of registration:**

December 5, 2013

## Title

**Title of Work:** THE QUIET DON: The Untold Story of Mafia Kingpin Russell Bufalino

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 1, 2013 **Nation of 1st Publication:** United States

## Author

- **Author:** Matt Birkbeck

**Author Created:** text (excluding excerpts from other sources)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Matt Birkbeck

c/o Penguin Group (USA), 375 Hudson Street, New York, NY, 10014, United States

## Limitation of copyright claim

**Material excluded from this claim:** excerpts from other sources

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Penguin Group (USA)

**Name:** Jeffery Corrick

**Email:** jeffery.corrick@us.penguingroup.com **Telephone:** 212-366-2684

**Address:** Permissions Dept.

375 Hudson Street

New York, NY 10014 United States

## Certification

**Name:** Benjamin Hojem

**Date:** December 5, 2013

**Registration Number**
**TX 9-081-847**
**Effective Date of Registration:**
May 14, 2021
**Registration Decision Date:**
February 19, 2022

## Title

**Title of Work:** Madoff Talks: Uncovering the Untold Story Behind the Most Notorious Ponzi Scheme in History, First Edition

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 06, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781260456172

## Author

- **Author:** Jim Campbell
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** McGraw Hill LLC
1325 Avenue of the Americas, New York, NY, 10019, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** McGraw Hill LLC
**Email:** mhe-permissions@mheducation.com

## Certification

**Name:** Olivia Scott
**Date**: May 14, 2021
**Applicant's Tracking Number**: REQ-000133773

**Correspondence:** Yes

**Registration Number**
**TX 8-657-730**
**Effective Date of Registration:**
October 01, 2018

## Title

**Title of Work:** Living politics in South Africa's urban shacklands

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 11, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kerry Ryan Chance
  **Author Created:** text, photograph(s)
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** The University of Chicago
1427 East 60th Street, Chicago, IL, 60637, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s)

**New material included in claim:** text, photograph(s)

## Rights and Permissions

**Organization Name:** University Of Chicago
**Name:** Julia Rossi
**Email:** copyright@uchicago.edu
**Telephone:** (773)702-7636
**Address:** 1427 East 60th Street
Chicago, IL 60637

## Certification

**Name:** Julia Rossi
**Date:** May 18, 2018

**Registration Number**
TX 7-566-198

**Effective date of registration:**
July 18, 2012

## Title

**Title of Work:** THE NERUDA CASE by Roberto Ampuero
**Previous or Alternative Title:** EL CASO NERUDA (Spanish edition)

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** June 14, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Carolina De Robertis
  **Author Created:** English translation
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Carolina De Robertis
c/o Penguin Group (USA) Inc., 375 Hudson Street, New York, NY, 10014, United States

## Limitation of copyright claim

**Material excluded from this claim:** Spanish edition
**New material included in claim:** English translation

## Rights and Permissions

**Organization Name:** Penguin Group (USA) Inc.
**Name:** Jeffery Corrick
**Email:** jeffery.corrick@us.penguingroup.com **Telephone:** 212-366-2684
**Address:** Permissions Dept.
375 Hudson Street
New York, NY 10014 United States

## Certification

**Name:** Benjamin Hojem

**Date:** July 17, 2012

**Registration Number**
# TX 8-091-362
**Effective Date of Registration:**
August 28, 2015

## Title

**Title of Work:** THE GODS OF TANGO

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 07, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781101874493

## Author

- **Author:** Carolina De Robertis
**Author Created:** text, excluding quotes from other sources
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Carolina De Robertis
c/o Victoria Sanders and Associates LLC, 241 Avenue of the Americas, Suite 11H, New York, NY, 10014

## Limitation of copyright claim

**Material excluded from this claim:** quotes from other sources

**New material included in claim:** text, excluding quotes from other sources

## Rights and Permissions

**Organization Name:** Alfred A. Knopf
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:** Michele Park

**Date**: August 25, 2015

**Registration Number**

# TX 8-814-990

**Effective Date of Registration:**
October 30, 2019
**Registration Decision Date:**
December 13, 2019

## Title

**Title of Work:** CANTORAS

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 03, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780525521693

## Author

- **Author:** Carolina De Robertis
**Author Created:** text, excluding brief quotes from other sources
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Carolina De Robertis
c/o Victoria Sanders and Associates LLC, 440 Buck Road, Stone Ridge, NY, 12484

## Limitation of copyright claim

**Material excluded from this claim:** brief quotes from other sources

**New material included in claim:** text, excluding brief quotes from other sources

## Rights and Permissions

**Organization Name:** Alfred A. Knopf
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:** Michele Park
**Date:** October 28, 2019

**Registration Number**
# TX 8-473-010
**Effective Date of Registration:**
September 18, 2017

## Title

**Title of Work:** RADICAL HOPE: Letters of Love and Dissent in Dangerous Times

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 02, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780525435136

## Author

- **Author:** Carolina De Robertis
  **Author Created:** 2 essays, compilation; excluding some previously published material
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Carolina De Robertis
c/o Victoria Sanders and Associates LLC, 440 Buck Road, Stone Ridge, NY, 12484

## Limitation of copyright claim

**Material excluded from this claim:** "Radical Hope" by Junot Diaz first appeared in The New Yorker in 2016; essays by individual contributors

**New material included in claim:** 2 essays, compilation; excluding some previously published material and essays by individual contributors

## Rights and Permissions

**Organization Name:** Vintage Books
**Address:** c/o Penguin Random House LLC
1745 Broadway, 15th Floor
New York, NY 10019

## Certification

**Name:** Michele Park
**Date**: July 14, 2017

**Correspondence:** Yes

**Registration Number**

**TX 8-780-353**

**Effective Date of Registration:**
April 09, 2019
**Registration Decision Date:**
September 26, 2019

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** THE PARADE: A Novel

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 19, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780525655305

## Author

- **Author:** Dave Eggers
  **Author Created:** Novel
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Dave Eggers
c/o The Wylie Agency, 250 West 27th Street, Suite 2114, New York, NY, 10107

## Rights and Permissions

**Organization Name:** Alfred A. Knopf
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:** Michele Park, Authorized agent of Author/Owner
**Date**: April 03, 2019

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Registration Number**
# TX 8-570-451
**Effective Date of Registration:**
May 18, 2018

## Title

**Title of Work:** THE LIFTERS

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 24, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781524764173

## Author

- **Author:** Dave Eggers
  **Author Created:** Text excluding jacket art by Eric and Terry Fan and interior illustrations by Aaron Renier
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Dave Eggers
c/o The Wylie Agency, LLC, 250 West 57th, Suite 2114, New York, NY, 10107, United States

## Limitation of copyright claim

**Material excluded from this claim:** Jacket art by Eric and Terry Fan, and interior illustrations by Aaron Renier

**New material included in claim:** Text excluding jacket art by Eric and Terry Fan and interior illustrations by Aaron Renier

## Rights and Permissions

**Organization Name:** Alfred A. Knopf, Random House Children's Books
**Address:** 1745 Broadway
15th Floor
New York, NY 10019 United States

## Certification

**Name:** Christa Angelios
**Date:** May 16, 2018

**Copyright Office notes:** Regarding authorship information: Jacket art & illustrations registered separately in Class VA

**Registration Number**
**TX 8-575-737**
**Effective Date of Registration:**
April 09, 2018

## Title

**Title of Work:** THE MONK OF MOKHA

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 30, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781101947319

## Author

- **Author:** Dave Eggers
  **Author Created:** text, excluding epigraph from other source
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Dave Eggers
c/o The Wylie Agency, LLC, 250 West 57th Street, Suite 2114, New York, NY, 10107, United States

## Limitation of copyright claim

**Material excluded from this claim:** map by Jeffrey L. Ward and epigraph from other source

**New material included in claim:** text, excluding map by Jeffrey L. Ward and epigraph from other source

## Rights and Permissions

**Organization Name:** Alfred A. Knopf
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019 United States

## Certification

**Name:** Michele Park
**Date**: April 06, 2018

**Registration Number**
TX 7-774-370

**Effective date of registration:**
November 25, 2013

## Title

**Title of Work:** THE CIRCLE: A Novel

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 8, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780385351393

## Author

- **Author:** Dave Eggers

**Author Created:** text, excluding brief epigraph

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Dave Eggers

c/o: The Wylie Agency LLC, 250 West 57th Street, Suite 2114, New York, NY, 10107

## Limitation of copyright claim

**Material excluded from this claim:** Brief epigraph

**New material included in claim:** text, excluding brief epigraph

## Rights and Permissions

**Organization Name:** Alfred A. Knopf and McSweeny's Books

**Name:** Lindsey Ross

**Email:** lross@randomhouse.com **Telephone:** 212-782-9375

**Address:** c/o: Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:** Lindsey Ross

**Date:** November 20, 2013

**Registration Number**
TX 7-794-198

**Effective date of registration:**
October 23, 2013

## Title

**Title of Work:** A HOLOGRAM FOR THE KING: A Novel

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 19, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780307947512

## Author

- **Author:** Dave Eggers

**Author Created:** text, excluding brief epigraph

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Dave Eggers

c/o: The Wylie Agency LLC, 250 West 57th Street, Suite 2114, New York, NY, 10107

## Limitation of copyright claim

**Material excluded from this claim:** Brief epigraph

**New material included in claim:** text, excluding brief epigraph

## Rights and Permissions

**Organization Name:** Vintage Books

**Name:** Lindsey Ross

**Email:** lross@randomhouse.com **Telephone:** 212-782-9375

**Address:** c/o: Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:** Lindsey Ross

**Date:** October 3, 2013

---

**Copyright Office notes:** Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

**Registration Number**
# TX 8-319-119
**Effective Date of Registration:**
September 16, 2016

## Title

**Title of Work:** HEROES OF THE FRONTIER: A Novel

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 26, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780451493804

## Author

- **Author:** Dave Eggers
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Dave Eggers
c/o The Wylie Agency, LLC, 250 West 57th Street, Suite 2114, New York, NY, 10107

## Rights and Permissions

**Organization Name:** Alfred A. Knopf
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York 10019

## Certification

**Name:** Michele Park
**Date:** September 13, 2016

---

**Copyright Office notes:** Regarding limitation of claim: Deposit copy states that a portion of this work was

**Registration Number**
TX 7-958-947
**Effective date of registration:**
September 5, 2014

## Title

**Title of Work:** YOUR FATHERS, WHERE ARE THEY? AND THE PROPHETS, DO THEY LIVE FOREVER?: A Novel

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** June 17, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9781101874196

## Author

- **Author:** Dave Eggers

  **Author Created:** text

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Dave Eggers

c/o The Wylie Agency, LLC, 250 West 57th Street, Suite 2114, New York, NY, 10107

## Rights and Permissions

**Organization Name:** Alfred A. Knopf

**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, 10019

## Certification

**Name:** Michele Park

**Date:** September 5, 2014

**Registration Number**

# TX 8-297-129

**Effective Date of Registration:**
June 06, 2016

## Title

**Title of Work:** CROOK COUNTY: RACISM AND INJUSTICE IN AMERICA'S LARGEST CRIMINAL COURT

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 20, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-0-8047-9043-7

## Author

- **Author:** Nicole Gonzalez Van Cleve
  **Author Created:** Additions and revisions to preexisting text, compilation of data in tables
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nicole Gonzalez Van Cleve
c/o Stanford University Press, 425 Broadway, Redwood City, CA, 94063, United States

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX0006732429, 2011

**New material included in claim:** Additions and revisions to preexisting text, compilation of data in tables

## Rights and Permissions

**Organization Name:** Stanford University Press

## Certification

**Name:** Ariane de Pree-Kajfez
**Date:** May 26, 2016

**Registration Number**
# TX 8-533-682
**Effective Date of Registration:**
September 25, 2017

## Title

**Title of Work:** Same Kind of Different as Me - Special Movie Edition

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 19, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780718077297

## Author

- **Author:** Ron Hall
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1945

## Copyright Claimant

**Copyright Claimant:** Ron Hall
Thomas Nelson/W Publishing, P.O. BOX 141000, NASHVILLE, TN, 37214, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published version
**Previous registration and year:** TX0006500076, 2006

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** HarperCollins Christian Publishing
**Name:** Linda R. Russell
**Email:** linda.russell@harpercollins.com

**Telephone:** (615)902-1188
**Address:** Thomas Nelson Publishing
501 Nelson Place
Nashville, TN 37214 United States

## Certification

**Name:** LINDA RUSSELL
**Date**: September 22, 2017
**Applicant's Tracking Number**: TNW0718077297

**Correspondence:** Yes

**Registration Number**

# TX 7-340-854

**Effective date of registration:**

March 21, 2011

## Title

**Title of Work:** What difference do it Make?

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 29, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780849920196

## Author

- **Author:** Ron Hall

  **Author Created:** text

  **Citizen of:** United States

- **Author:** Denver Moore

  **Author Created:** text

  **Citizen of:** United States

- **Author:** Lynn Vincent

  **Author Created:** text

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Ron Hall

c/o Thomas Nelson, P. O. Box 141000, Nashville, TN, 37214-1000

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Thomas Nelson, Inc.

**Telephone:** 615-889-9000

**Address:** P. O. Box 141000

Nashville, TN 37214-1000

## Certification

**Name:** Carol Martin

**Date:** March 15, 2011

**Registration Number**
# TX 8-567-624
**Effective Date of Registration:**
February 28, 2018

## Title

**Title of Work:** Workin' Our Way Home

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 19, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780785219835

## Author

- **Author:** Ron Hall
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1945

## Copyright Claimant

**Copyright Claimant:** Ron Hall
Thomas Nelson/W Publishing, P.O. Box 141000, Nashville, TN, 37214, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, Pages 295-306

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** HarperCollins Christian Publishing
**Name:** Linda R. Russell
**Email:** linda.russell@harpercollins.com
**Telephone:** (615)902-1188

**Address:** Thomas Nelson Publishing
501 Nelson Place
Nashville, TN 37214 United States

## Certification

**Name:** Linda Russell
**Date**: February 22, 2018
**Applicant's Tracking Number**: TNW0785219835

**Registration Number**
# TX 8-439-055
**Effective Date of Registration:**
July 25, 2017

## Title

**Title of Work:** All the Agents and Saints: Dispatches from the U.S. Borderlands

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 10, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781469631592

## Author

- **Author:** Stephanie Elizondo Griest
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Stephanie Elizondo Griest
c/o UNC Press, 116 South Boundary Street, Chapel Hill, NC, 27514, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, Maps, quotations from various sources

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** University of North Carolina Press
**Email:** permissions@unc.edu
**Address:** 116 South Boundary Street
Chapel Hill, NC 27514 United States

## Certification

**Name:** Laura Gribbin
**Date**: July 20, 2017

**Registration Number**
# TX 8-316-419
**Effective Date of Registration:**
August 03, 2016

## Title

**Title of Work:** FROM THE WAR ON POVERTY TO THE WAR ON CRIME: THE MAKING OF MASS INCARCERATION IN AMERICA

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 02, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780674737235

## Author

- **Author:** Elizabeth Hinton
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1983

- **Author:** the President and Fellows of Harvard College, dba Harvard University Press
  **Author Created:** text, supplemental additional and revised text throughout
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** the President and Fellows of Harvard College, dba Harvard University Press
c/o Harvard University Press, 79 Garden Street, Cambridge, MA, 02138-1499, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s)

**New material included in claim:** text and supplemental additional and revised text throughout

## Rights and Permissions

**Organization Name:** Harvard University Press
**Address:** 79 Garden Street
Cambridge, MA 02138-1499

## Certification

**Name:** Scarlett R. Wilkes
**Date**: August 01, 2016

**Registration Number**

TX 7-270-279

**Effective date of registration:**

October 1, 2010

## Title

**Title of Work:** Lost Knowledge of the Ancients

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 13, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Glenn Kreisberg

  **Author Created:** compilation, editing, some text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Kreisberg

64 Muse Road, Woodstock, NY, 12498, United States

## Rights and Permissions

**Organization Name:** Inner Traditions International

**Name:** Cynthia Fowles

**Email:** cynthiaf@innertraditions.com **Telephone:** 802-767-3174

**Address:** One Park Street

Rochester, VT 05767 United States

## Certification

**Name:** Kelly Bowen

**Date:** September 29, 2010

**Copyright Office notes:** Regarding deposit: Work deposited is a collective work.

**Registration Number**

TX 7-659-600

**Effective date of registration:**

November 1, 2012

## Title

**Title of Work:** Mysteries of the Ancient Past

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** October 9, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Glenn Kreisberg

**Author Created:** Text of introduction, compilation and editing

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1961

## Copyright claimant

**Copyright Claimant:** Glenn Kreisberg

PO Box 1278, Woodstock, NY, 12498, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** Text of introduction, compilation, editing

## Rights and Permissions

**Organization Name:** Inner Traditions International

**Name:** Cynthia Fowles

**Email:** rights@innertraditions.com

## Certification

**Name:** Nicole Champion

**Date:** October 24, 2012

**Correspondence:** Yes

**Copyright Office notes:** Regarding deposit: work deposited is a collective work.

**Registration Number**
TXu 1-859-386

**Effective date of registration:**
March 23, 2013

## Title

**Title of Work:** Making Light in Terezin (The Show Helps Us Go On)

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Richard William Krevolin

  **Author Created:** text, photograph(s), compilation, editing

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard Krevolin

6917 Forbes Ave., Van Nuys, CA, 91406, United States

## Rights and Permissions

**Organization Name:** Power Story Publishing

**Name:** Richard Krevolin

**Email:** rkrevolin@yahoo.com **Telephone:** 310-699-5715

**Address:** 6917 Forbes Ave.

Van Nuys, CA 91406 United States

## Certification

**Name:** Richard Krevolin

**Date:** March 23, 2013

**Registration Number**
# TXu 2-165-157
**Effective Date of Registration:**
February 14, 2019
**Registration Decision Date:**
November 08, 2019

## Title

**Title of Work:** Filtered

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** Gerald Kenneth Lamb
  **Pseudonym:** G.K. Lamb
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gerald Kenneth Lamb
137 E Coronado Rd, APT #2, Phoenix, AZ, 85004, United States

## Rights and Permissions

**Organization Name:** Monolith
**Name:** Gerald Kenneth Lamb
**Email:** gklamb103@gmail.com
**Telephone:** (520)419-8122
**Address:** 137 E Coronado Rd
APT #2
Phoenix, AZ 85004

## Certification

**Name:** Gerald Kenneth Lamb
**Date**: February 14, 2019

**Registration Number**
TX 7-183-491
**Effective date of registration:**
May 26, 2010

## Title

**Title of Work:** THE SURRENDERED

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 4, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Chang-rae Lee

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Chang-rae Lee

c/o Penguin Group (USA) Inc., 375 Hudson Street, New York, NY, 10014, United States

## Rights and Permissions

**Organization Name:** Penguin Group (USA) Inc.

**Name:** Florence Eichin

**Email:** florence.eichin@us.penguingroup.com **Telephone:** 212-366-2684

**Address:** Permissions Dept.

375 Hudson Street

New York, NY 10014 United States

## Certification

**Name:** Benjamin Hojem

**Date:** May 25, 2010

**Registration Number**
TX 7-820-870
**Effective date of registration:**
March 5, 2014

## Title

**Title of Work:** ON SUCH A FULL SEA

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 7, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** Chang-rae Lee

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Chang-rae Lee

c/o Penguin Group (USA), 375 Hudson Street, New York, NY, 10014, United States

## Rights and Permissions

**Organization Name:** Penguin Group (USA)

**Name:** Jeffery Corrick

**Email:** jeffery.corrick@us.penguingroup.com **Telephone:** 212-366-2684

**Address:** Permissions Dept.

375 Hudson Street

New York, NY 10014 United States

## Certification

**Name:** Benjamin Hojem

**Date:** March 3, 2014

**Registration Number**
**TX 9-007-099**
**Effective Date of Registration:**
February 12, 2021
**Registration Decision Date:**
September 20, 2021

## Title

**Title of Work:** MY YEAR ABROAD

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 02, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59463-457-4

## Author

- **Author:** Chang-rae Lee
  **Author Created:** text, Excluding brief quotes from other sources.
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chang-rae Lee
c/o ICM Partners LLC, 65 East 55th Street, New York, NY, 10022

## Limitation of copyright claim

**Material excluded from this claim:** Brief quotes from other sources.

**New material included in claim:** text, Excluding brief quotes from other sources.

## Rights and Permissions

**Organization Name:** Riverhead Books
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York

## Certification

**Name:** Anna Scheithauer
**Date**: February 12, 2021

**Correspondence:** Yes

**Registration Number**
TXu 1-658-296
**Effective date of registration:**
April 9, 2008

## Title

**Title of Work:** GUERRILLA PROFITS

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** STUART BURKOW, dba Guerrilla Profits International

**Author Created:** Text, Illustrations, Photographs, compilation (resource section)

## Copyright claimant

**Copyright Claimant:** STUART BURKOW, dba Guerrilla Profits International
7486 LA JOLLA BLVD #251, LA JOLLA, CA, 92037

## Rights and Permissions

**Organization Name:** GUERRILLA PROFITS INTERNATIONAL
**Name:** STUART BURKOW
**Email:** feedback@guerillaprofits.com **Telephone:** 858-597-0055
**Address:** 7486 LA JOLLA BLVD #251
LA JOLLA, CA 92037

## Certification

**Name:** Stuart Burkow
**Date:** April 2, 2008

---

**Correspondence:** Yes

**Registration Number**
TX 7-212-053

**Effective date of registration:**
July 15, 2010

## Title

**Title of Work:** Guerrilla Marketing for Nonprofits: 250 Tactics to Promote, Recruit, Motivate, and Raise More Money

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Jay Conrad Levinson

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Frank Adkins

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Chris Forbes

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** July 12, 2010

**Registration Number**

TX 7-433-208

**Effective date of registration:**

September 15, 2011

## Title

**Title of Work:** Guerrilla Marketing Remix: The Best of Guerrilla Marketing

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** September 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Jay Conrad Levinson

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Jeannie Levinson

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 13, 2011

---

**Copyright Office notes:** Regarding deposit: work deposited is a collective work.

**Registration Number**
TX 7-910-845
**Effective date of registration:**
June 4, 2014

## Title

**Title of Work:** Guerrilla Marketing in 30 Days: Third Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 1, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** Jay Conrad Levinson
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Al Lautenslager
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-401-244 2005
TX 7-001-522 2009

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 2, 2014

**Registration Number**
TX 7-919-152
**Effective date of registration:**
June 17, 2014

## Title

**Title of Work:** Dance of Death: The Life of John Fahey, American Guitarist

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 1, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** David Fricke

**Author Created:** text

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** David Fricke

c/o 814 Franklin, Chicago Review Press, Chicago, IL, 60610, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Chicago Review Press

**Address:** 814 North Franklin Street

Chicago, IL 60610 United States

## Certification

**Name:** Ellen Hornor

**Date:** June 6, 2014

**Registration Number**
**TX 7-979-631**
**Effective Date of Registration:**
September 19, 2014

## Title

**Title of Work:** Careers in health information technology

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 19, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-0-8261-2993-2

## Author

- **Author:** Brian T. Malec
  **Author Created:** text
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Springer Publishing Company
11 W. 42nd Street, 15th Fl., New York, NY, 10036
**Transfer statement:** by written agreement

## Rights and Permissions

**Organization Name:** Springer Publishing Company
**Name:** Alina Yurova
**Email:** ayurova@springerpub.com
**Telephone:** (212)804-6232
**Address:** 11 W. 42nd Street
15th Fl.
New York, NY 10036

## Certification

**Name:** AlinaYurova
**Date:** September 19, 2014

**Correspondence:** Yes

**Registration Number**

TX 6-988-172

**Effective date of registration:**

July 6, 2009

## Title

**Title of Work:** A Short History of the Honey Bee

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 26, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-0-88192-942-3

## Author

- **Author:** Ilona McCarty

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Edward Readicker-Henderson

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ilona McCarty

PO Box 595, Salmon, ID, 83467, United States

**Copyright Claimant:** Edward Readicker-Henderson

336 36th Street #280, Bellingham, WA, 98225, United States

## Rights and Permissions

**Organization Name:** Timber Press Inc.

**Telephone:** 503-227-2878

**Address:** 133 SW Second Ave
Suite 450
Portland, OR 97204

## Certification

**Name:** Kara Wilde

**Date:** June 22, 2009

---

**Correspondence:** Yes

**Registration Number**
**TX 8-357-389**
**Effective Date of Registration:**
October 12, 2016

## Title

**Title of Work:** THE SUMMER THAT MELTED EVERYTHING

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 07, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Tiffany McDaniel
  **Author Created:** text
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Tiffany McDaniel
c/o Macmillan Publishing Group, LLC, d/b/a St. Martin's Press, 175 Fifth Avenue, New York, NY, 10010, United States

## Rights and Permissions

**Organization Name:** c/o Macmillan Publishing Group, LLC, d/b/a St. Martin's Press
Permissions Manager
**Address:** 175 Fifth Avenue
New York, NY 10010 United States

## Certification

**Name:** Melissa Golding
**Date:** October 07, 2016

**Registration Number**
# TX 9-011-770
**Effective Date of Registration:**
October 07, 2020
**Registration Decision Date:**
September 29, 2021

## Title

**Title of Work:** BETTY

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 18, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780525657071

## Author

- **Author:** Tiffany McDaniel
**Author Created:** text, excluding brief quotes from other sources
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tiffany McDaniel
c/o Alfred A. Knopf, 1745 Broadway, New York, NY, 10019

## Limitation of copyright claim

**Material excluded from this claim:** brief quotes from other sources are preexisting/previously published

**New material included in claim:** text, excluding brief quotes from other sources

## Rights and Permissions

**Organization Name:** Alfred A. Knopf
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:** Michele Park
**Date:** October 07, 2020

**Correspondence:** Yes

**Registration Number**
TX 7-583-269

**Effective date of registration:**
August 27, 2012

## Title

**Title of Work:** Colors of Confinement: Rare Kodachrome Photographs of Japanese American Incarceration in World War II

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 13, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780807835739

## Author

- **Author:** Eric L. Muller

**Author Created:** compilation, editing

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1962

## Copyright claimant

**Copyright Claimant:** University of North Carolina Press

116 South Boundary Street, Chapel Hill, NC, 27514, United States

**Transfer Statement:** By written agreement with the editor and all contributors

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**New material included in claim:** compilation, editing

## Rights and Permissions

**Organization Name:** University of North Carolina Press

**Email:** kathryn_thornton@unc.edu

**Address:** 116 South Boundary Street

Chapel Hill, NC 27514 United States

## Certification

**Name:** Vicky Wells

**Date:** August 22, 2012

**Registration Number**
TX 7-877-654
**Effective date of registration:**
March 18, 2014

## Title

**Title of Work:** ENRIQUE'S JOURNEY: THE TRUE STORY OF A BOY DETERMINED TO REUNITE WITH HIS MOTHER

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 27, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780375991042

## Author

- **Author:** Sonia Nazario

**Author Created:** text, Photographs credited to Sonia Nazario

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Sonia Nazario

c/o Hill Nadell Literary Agency, 8899 Beverly Blvd Suite 805, Los Angeles, CA, 90048

## Limitation of copyright claim

**Material excluded from this claim:** This is an adaptation of the book ENRIQUE'S JOURNEY by Sonia Nazario. Several preexisting photos and a map were reprinted.

**New material included in claim:** text, Photographs credited to Sonia Nazario

## Rights and Permissions

**Organization Name:** Delacorte Press, Random House Children's Books

**Address:** Random House LLC

1745 Broadway

New York, NY 10019 United States

## Certification

**Name:** Melanie Flaherty

**Date:** March 5, 2014

**Registration Number**
TX 7-954-698

**Effective date of registration:**
September 11, 2014

## Title

**Title of Work:** Renegade Dreams: Living through Injury in Gangland Chicago

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** September 9, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** Laurence Ralph

**Author Created:** text

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The University of Chicago

1427 E. 60th St., Chicago, IL, 60637, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** University Of Chicago

**Name:** Naomi Etsehiywot

**Email:** etsehiywot@uchicago.edu **Telephone:** 773-702-7636

**Address:** 1427 East 60th Street

Chicago, IL 60637

## Certification

**Name:** Naomi Etsehiywot

**Date:** September 9, 2014

---

**Registration Number**

# TX 8-950-471

**Effective Date of Registration:**
February 11, 2020
**Registration Decision Date:**
April 07, 2021

## Title

**Title of Work:** The torture letters : reckoning with police violence

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 03, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurence Ralph
  **Author Created:** text
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Laurence Ralph
1427 E. 60th St., Chicago, IL, 60637, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** University of Chicago Press
**Name:** Dina Zaher
**Email:** copyright@uchicago.edu
**Telephone:** (773)702-7636
**Address:** 1427 E. 60th St.
Chicago, IL 60637 United States

## Certification

**Name:** Dina Zaher
**Date:** January 29, 2020

**Copyright Office notes:** Regarding authorship information and new material included: Collective work.

**Registration Number**
**TX 8-408-046**
**Effective Date of Registration:**
May 10, 2017

## Title

**Title of Work:** The Education of Margot Sanchez

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 21, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781481472111

## Author

- **Author:** Lilliam Rivera
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lilliam Rivera
c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States

## Rights and Permissions

**Organization Name:** Simon & Schuster, Inc.
**Name:** Laura Milunic
**Address:** 1230 Avenue of the Americas
New York, NY 10020 United States

## Certification

**Name:** Lauren Horvath
**Date:** May 05, 2017
**Applicant's Tracking Number:** SSBFYR 10087410

**Registration Number**

**TX 8-987-018**

**Effective Date of Registration:**
June 30, 2021

**Registration Decision Date:**
July 22, 2021

## Title

**Title of Work:** Never Look Back

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 15, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781547603732

## Author

- **Author:** Lilliam Rivera
  **Author Created:** text
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lilliam Rivera
7718 Clinton Street, Los Angeles, CA, 90036

## Rights and Permissions

**Organization Name:** Bloomsbury Publishing
**Name:** Noella James
**Email:** noella.james@bloomsbury.com
**Address:** 1385 Broadway
5th Floor
New York, NY 10018

## Certification

**Name:** Noella James
**Date**: June 30, 2021

**Registration Number**
TX 7-200-633

**Effective date of registration:**
January 26, 2010

## Title

**Title of Work:** Barron's AP European History, 5th Edition with CD-ROM

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 5, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780764196720

## Author

- **Author:** Barron's Educational Series, Inc.

**Author Created:** text, artwork

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Barron's Educational Series, Inc.

250 Wireless Blvd, Hauppauge, NY, 11788, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX5661404 2003

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Barron's Educational Series, Inc.

**Name:** Manuel H. Barron

**Address:** 250 Wireless Blvd

Hauppauge, NY 11788 United States

## Certification

**Name:** Manuel H. Barron

**Date:** January 12, 2010

**Registration Number**
# TX 8-442-982
**Effective Date of Registration:**
July 14, 2017

## Title

**Title of Work:** Lessons on Expulsion

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 11, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781555977788

## Author

- **Author:** Erika L Sanchez
  **Author Created:** text, Compilation of poems
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1984

## Copyright Claimant

**Copyright Claimant:** Erika L Sanchez
3147 May St., Apt. GR, Chicago, IL, 60608, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, Some previously published poems

**New material included in claim:** text, Compilation of poems

## Rights and Permissions

**Organization Name:** Graywolf Press
**Name:** Yana Makuwa
**Email:** makuwa@graywolfpress.org
**Telephone:** (651)641-0077
**Alt. Telephone:** (651)641-0077
**Address:** 250 N 3rd Avenue
Suite 600
Minneapolis, MN 55401 United States

## Certification

**Name:** Katie Dublinski
**Date:** July 14, 2017

**Registration Number**
# TX 8-576-678
**Effective Date of Registration:**
February 26, 2018

## Title

**Title of Work:** I AM NOT YOUR PERFECT MEXICAN DAUGHTER

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 17, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781524700492

## Author

- **Author:** Erika L. Sanchez
  **Author Created:** Text excluding jacket art by Connie Gabbert & excerpt from Mercedes Sosa's "Todo Cambia"
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Erika L. Sanchez
c/o Zachary Shuster Harmsworth, LLC, 19 West 21st Street, Suite 501, New York, NY, 10010, United States

## Limitation of copyright claim

**Material excluded from this claim:** Jacket art by Connie Gabbert & excerpt from Mercedes Sosa's "Todo Cambia"

**New material included in claim:** Text excluding jacket art by Connie Gabbert & excerpt from Mercedes Sosa's "Todo Cambia"

## Rights and Permissions

**Organization Name:** Alfred A. Knopf, Random House Children's Books
**Address:** 1745 Broadway
15th Floor
New York, NY 10019 United States

## Certification

**Name:** Christa Angelios
**Date**: February 23, 2018

**Registration Number**

**TX 8-748-979**

**Effective Date of Registration:**
May 03, 2019

## Title

**Title of Work:** Make It Work

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 22, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781501199325

## Author

- **Author:** Tony A. Gaskins Jr.
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Soul Writers, LLC
C/O Simon & Schuster, Inc, 1230 Avenue of the Americas, New York, NY, 10020, United States
**Transfer statement:** by written agreement

## Rights and Permissions

**Organization Name:** Simon & Schuster Inc
**Name:** Yessenia Santos
**Email:** yessenia.santos@simonandschuster.com
**Address:** 1230 Avenue of the Americas
New York, NY 10020 United States

## Certification

**Name:** Amy Cardoza
**Date**: May 01, 2019
**Applicant's Tracking Number**: Howard 10091174

---

**Correspondence:** Yes

**Registration Number**

# TX 8-709-665

**Effective Date of Registration:**
February 13, 2019

## Title

**Title of Work:** Breaking and Entering: The Extraordinary Story of a Hacker Called "Alien"

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 08, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-0-544-90321-0

## Author

- **Author:** Jeremy N. Smith
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Jeremy N. Smith
c/o Houghton Mifflin Harcourt, 125 High Street, Boston, MA, 02110

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Trade Permissions, Houghton Mifflin Harcourt Publishing Company
**Email:** trade.permissions@hmhco.com
**Address:** 3 Park Avenue
New York, NY 10016

## Certification

**Name:** Trevor Crippen
**Date**: February 08, 2019
**Applicant's Tracking Number**: 1655065

**Registration Number**
**TX 8-860-038**
**Effective Date of Registration:**
October 25, 2019
**Registration Decision Date:**
April 07, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Beyond the Valley: How Innovators around the World are Overcoming Inequality and Creating the Technologies of Tomorrow |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 06, 2019 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-0-262-04313-7 |

## Author

| | |
|---|---|
| • **Author:** | Ramesh Srinivasan |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ramesh Srinivasan<br>300 Young Drive North, GSEIS Building, Office 222, Los Angeles, CA, 90095, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MIT Press |
| **Name:** | Pamela L. Quick |
| **Email:** | quik@mit.edu |
| **Telephone:** | (617)253-0080 |
| **Address:** | One Rogers Street<br>Cambridge, MA 02142-1209 United States |

## Certification

**Name:** Pam L. Quick
**Date**: October 22, 2019

**Correspondence:** Yes

**Registration Number**
TX 7-461-866

**Effective date of registration:**
December 13, 2011

## Title

**Title of Work:** I WANT MY MTV: The Uncensored Story of the Music Video Revolution

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 27, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Craig Marks

  **Author Created:** compilation of extracts from interviews, additional text

  **Work made for hire:** No

  **Citizen of:** United States

- **Author:** Rob Tannenbaum

  **Author Created:** compilation of extracts from interviews, additional text

  **Work made for hire:** No

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Craig Marks

c/o Penguin Group (USA) Inc., 375 Hudson Street, New York, NY, 10014, United States

**Copyright Claimant:** Rob Tannenbaum

c/o Penguin Group (USA) Inc., 375 Hudson Street, New York, NY, 10014, United States

## Limitation of copyright claim

**Material excluded from this claim:** interviews

**New material included in claim:** compilation of extracts from interviews, additional text

## Rights and Permissions

**Organization Name:** Penguin Group (USA) Inc. --- Permissions Department

**Telephone:** 212-366-2684

**Address:** 375 Hudson Street

New York, NY 10014 United States

## Certification

**Name:** Tsuyako Uehara

**Date:** December 12, 2011

**Registration Number**
# TX 8-666-026
**Effective Date of Registration:**
September 19, 2018

## Title

**Title of Work:** BAD BLOOD: Secrets and Lies in a Silicon Valley Startup

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 21, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781524731656

## Author

- **Author:** John Carreyrou
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Cambronne Inc.
c/o William Morris Endeavor Entertainment, 11 Madison Ave, New York, NY, 10010
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Alfred A. Knopf
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:** Michele Park
**Date**: September 14, 2018

---

**Correspondence:** Yes