# EXHIBIT 4

## Works Published After Alleged Downloads (23 works)

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Year of Completion | Date of First Publication |
|---|---|---|---|---|---|---|---|
| 1 | Cognella | Cognella, Inc. | Compl. Ex. A row 89 | TX 9-549-744 | Foundations of Career Counseling: A Case-Based Approach (Second Edition) | 2024 | October 30, 2024 |
| 2 | Cognella | Cognella, Inc. | Compl. Ex. A row 101 | TX 9-516-292 | Anti-Oppressive Social Work Practice: Putting Theory into Action (Third Edition) | 2024 | August 9, 2024 |
| 3 | Cognella | Cognella, Inc. | Compl. Ex. A row 60 | TX 9-523-531 | Blue and Red: A Divided America (Second Edition) | 2024 | August 7, 2024 |
| 4 | Cognella | Cognella, Inc. | Compl. Ex. A row 90 | TX 9-527-903 | Hip Hop Music: History and Culture (Second Edition) | 2024 | August 3, 2024 |
| 5 | Cognella | Cognella, Inc. | Compl. Ex. A row 35 | TX 9-474-412 | Introduction to Vibration in Engineering (Fourth Edition) | 2024 | July 30, 2024 |
| 6 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 381 | TX0009492541 | Chicken Soup for the Soul: Angels and Miracles Coloring Book | 2023 | October 31, 2023 |
| 7 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 380 | TX0009499850 | Chicken Soup for the Soul: Time for Christmas: 101 Tales of Holiday Joy, Love & Gratitude | 2023 | October 24, 2023 |
| 8 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 379 | TX0009499851 | Chicken Soup for the Soul: Angels and the Miraculous: 101 Inspirational Stories of Faith, Miracles and Answered Prayers | 2023 | September 26, 2023 |
| 9 | Cognella | Cognella, Inc. | Compl. Ex. A row 106 | TX 9-418-480 | Multidimensional Human Behavior in the Complex Social Environment: Decolonizing Theories for Social Work Practice | 2023 | August 25, 2023 |
| 10 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 378 | TX0009497668 | Chicken Soup for the Soul: Get Out of Your Comfort Zone: 101 Stories about Trying New Things, Overcoming Fear and Broadening Your World | 2023 | July 25, 2023 |
| 11 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 377 | TX 9-513-099 | Chicken Soup for the Soul: 30th Anniversary Edition | 2023 | June 27, 2023 |
| 12 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 376 | TX0009503521 | Chicken Soup for the Soul: Well That Was Funny: 101 Feel Good Stories | 2023 | April 18, 2023 |
| 13 | Cognella | Cognella, Inc. | Compl. Ex. A row 127 | TX 9-412-631 | Systemist International Relations | 2023 | April 12, 2023 |
| 14 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 375 | TX 9-503-522 | Chicken Soup for the Soul: The Advice That Changed My Life: 101 Stories of Epiphanies and Wise Words | 2023 | March 14, 2023 |
| 15 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 374 | TX 9-503-508 | Chicken Soup for the Soul: Lessons Learned From My Cat | 2023 | February 14, 2023 |
| 16 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 373 | TX 9-503-513 | Chicken Soup for the Soul: Lessons Learned From My Dog | 2023 | January 24, 2023 |
| 17 | Cognella | Cognella, Inc. | Compl. Ex. A row 88 | TX0009395889 | Control Systems: Modeling, Analysis, and Design | 2022 | December 14, 2022 |
| 18 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 372 | TX0009503362 | Chicken Soup for the Soul: My Wonderful, Wacky Family: 101 Loving Stories about Our Crazy, Quirky Families | 2022 | November 1, 2022 |
| 19 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 371 | TX0009503510 | Chicken Soup for the Soul: Devotional Stories For Mothers and Grandmothers: 101 Devotions with Scripture, Real-Life Stories & Custom Prayers | 2022 | October 18, 2022 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Year of Completion | Date of First Publication |
|---|---|---|---|---|---|---|---|
| 20 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 370 | TX0009502707 | Chicken Soup for the Soul: The Magic of Christmas: 101 Tales of Holiday, Joy, Love and Gratitude | 2022 | October 11, 2022 |
| 21 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 369 | TX0009502703 | Chicken Soup for the Soul: Miracles And The Unexplainable: 101 Stories of Hope, Answered Prayers and Divine Intervention | 2022 | August 16, 2022 |
| 22 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 368 | TX0009499731 | Chicken Soup for the Soul: Attitude of Gratitude: 101 Stories About Counting Your Blessings & The Power of Thankfulness | 2022 | August 16, 2022 |
| 23 | Cognella | Cognella, Inc. | Compl. Ex. A row 108 | TX0009219291 | Integrated Social Work Practice: Bridging Micro, Mezzo, and Macro Level Practice | 2022 | August 10, 2022 |

**Registration Number**
# TX 9-549-744
**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
January 02, 2026

## Title

**Title of Work:** Foundations of Career Counseling: A Case-Based Approach (Second Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** October 30, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Suzanne M. Dugger
  **Author Created:** Text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Thomas Eckert
  **Author Created:** some text of Chapter 5
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave, Suite 400, Solana Beach, CA 92075, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text in figures and tables, and photographs

**New material included in claim:** Text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: March 20, 2025
**Applicant's Tracking Number**: 84053-1B

**Registration Number**
# TX 9-516-292
**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 08, 2025

## Title

**Title of Work:** Anti-Oppressive Social Work Practice: Putting Theory into Action (Third Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** August 09, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Karen Morgaine
  **Author Created:** New and revised text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Moshoula Capous-Desyllas
  **Author Created:** New and revised text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Karen Morgaine
c/o Cognella, Inc., 320 South Cedros Ave., Ste. 400, Solana Beach, CA, 92075, United States

**Copyright Claimant:** Moshoula Capous-Desyllas
c/o Cognella, Inc., 320 South Cedros Ave, Suite 400, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text, photographs, and artwork

**New material included in claim:** New and revised text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: March 20, 2025
**Applicant's Tracking Number**: 82554-2A

**Registration Number**
**TX 9-523-531**
**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
August 04, 2025

## Title

**Title of Work:** Blue and Red: A Divided America (Second Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** August 07, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Farrokh Moshiri
**Author Created:** New and revised text and new compilation of previously published text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Farrokh Moshiri
c/o Cognella, Inc., 320 South Cedros Ave., Ste. 400, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text, photographs, and artwork

**New material included in claim:** New and revised text and new compilation of previously published text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400

Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: March 20, 2025
**Applicant's Tracking Number**: 83531-2A

**Registration Number**
**TX 9-527-903**
**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
August 18, 2025

## Title

**Title of Work:** Hip Hop Music: History and Culture (Second Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** August 03, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Terence Elliott
  **Author Created:** New and revised text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave., Suite 400, Solana Beach, CA, 92075, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text, photographs, and artwork

**New material included in claim:** New and revised text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400

Solana Beach, CA 92075 United States

## Certification

| | |
|---|---|
| **Name:** | Bassim Hamadeh |
| **Date**: | March 20, 2025 |
| **Applicant's Tracking Number**: | 83477-2A |

**Registration Number**
**TX 9-474-412**
**Effective Date of Registration:**
January 17, 2025
**Registration Decision Date:**
March 04, 2025

## Title

**Title of Work:** Introduction to Vibration in Engineering (Fourth Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 30, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Cognella, Inc.
  **Author Created:** New & revised text and artwork, and new compilation of artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave, Suite 400, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previous edition
**Previous registration and year:** TX0009380517, 2023
TX0008839150, 2019

**New material included in claim:** New & revised text and artwork, and new compilation of artwork

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120

**Address:** 320 South Cedros Ave, Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: November 04, 2024
**Applicant's Tracking Number**: 81459-4A

**Registration Number**

# TX 9-492-541

**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
April 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Angels and Miracles Coloring Book

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 31, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591064

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of text and artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text and third-party artwork

**New material included in claim:** compilation of text and artwork

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-499-850
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Time for Christmas: 101 Tales of Holiday Joy, Love & Gratitude

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 24, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591088

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-499-851
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Angels and the Miraculous: 101 Inspirational Stories of Faith, Miracles and Answered Prayers

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 26, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591040

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
**TX 9-418-480**
**Effective Date of Registration:**
April 08, 2024
**Registration Decision Date:**
August 15, 2024

## Title

**Title of Work:** Multidimensional Human Behavior in the Complex Social Environment: Decolonizing Theories for Social Work Practice

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 25, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Jemel P. Aguilar
  **Author Created:** Text of front and back matter, text of chapter 1, compilation of previously published artwork
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Elisabeth Counselman-Carpenter
  **Author Created:** Text of front and back matter, text of chapter 3, compilation of previously published artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave., Suite 400, Solana Beach, CA, 92075, United States
**Transfer statement:** By written agreements with the authors named and contributors not named on the application

## Limitation of copyright claim

**Material excluded from this claim:** Previously published artwork

**New material included in claim:** Text of front and back matter, text of chapters 1 and 3, compilation of previously published artwork

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: February 09, 2024
**Applicant's Tracking Number**: 83871-1A

---

**Correspondence:** Yes

**Registration Number**
# TX 9-497-668
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Get Out of Your Comfort Zone: 101 Stories about Trying New Things, Overcoming Fear and Broadening Your World

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 25, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591033

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Deposited work states some text previously published.

**Registration Number**
# TX 9-513-099
**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
June 25, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: 30th Anniversary Edition

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 27, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591057

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective work.

**Registration Number**
# TX 9-503-521
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Well That Was Funny: 101 Feel Good Stories

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 18, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591019

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-412-631
**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** Systemist International Relations

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 12, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Patrick James
  **Author Created:** Text and artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Patrick James
c/o Cognella, Inc., 320 South Cedros Ave., Ste. 400, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published photograph

**New material included in claim:** Text and artwork

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: April 09, 2024
**Applicant's Tracking Number**: 83518-1A

**Registration Number**
# TX 9-503-522
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Advice That Changed My Life: 101 Stories of Epiphanies and Wise Words

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 14, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591002

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-503-508**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Lessons Learned From My Cat

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 14, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590999

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

---

**Correspondence:** Yes

**Registration Number**
# TX 9-503-513
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Lessons Learned From My Dog

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** January 24, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590982

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-395-889**
**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
June 03, 2024

## Title

**Title of Work:** Control Systems: Modeling, Analysis, and Design

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 14, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Swami Karunamoorthy
  **Author Created:** Text, images, and compilation of previously published images
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave., Suite 400, Solana Beach, CA, 92075, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published images

**New material included in claim:** Text, images, and compilation of previously published images

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: December 22, 2023
**Applicant's Tracking Number**: 83476-1B

**Registration Number**
# TX 9-503-362
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Wonderful, Wacky Family: 101 Loving Stories about Our Crazy, Quirky Families

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 01, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590975

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-503-510**
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Devotional Stories For Mothers and Grandmothers: 101 Devotions with Scripture, Real-Life Stories & Custom Prayers

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 18, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590968

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-502-707
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 20, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Magic of Christmas: 101 Tales of Holiday, Joy, Love and Gratitude

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 11, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590951

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published and from other sources.

Basis for Registration: Collective work.

**Registration Number**

**TX 9-502-703**

**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 20, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Miracles And The Unexplainable: 101 Stories of Hope, Answered Prayers and Divine Intervention

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 16, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590937

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published and from other sources.

Basis for Registration: Collective work.

**Registration Number**
# TX 9-499-731
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Attitude of Gratitude: 101 Stories About Counting Your Blessings & The Power of Thankfulness

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 16, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590937

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**
# TX 9-219-291
**Effective Date of Registration:**
November 21, 2022
**Registration Decision Date:**
February 01, 2023

## Title

**Title of Work:** Integrated Social Work Practice: Bridging Micro, Mezzo, and Macro Level Practice

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 10, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Bronwyn Cross-Denny
  **Author Created:** Text and compilation of previously published text, artwork, and photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text, artwork, and photographs

**New material included in claim:** Text and compilation of previously published text, artwork, and photographs

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120

**Address:** 3970 Sorrento Valley Blvd., Suite 500
San Diego, CA 92121 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: November 11, 2022
**Applicant's Tracking Number**: 83185-1A