# EXHIBIT 5

## Works Whose Registration Postdates the Alleged Infringement and the Three-Month Grace Period (194 works)

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 1 | Cognella | Cognella, Inc. | Compl. Ex. A row 89 | TX 9-549-744 | Foundations of Career Counseling: A Case-Based Approach (Second Edition) | October 30, 2024 | June 3, 2025 |
| 2 | Cognella | Cognella, Inc. | Compl. Ex. A row 101 | TX 9-516-292 | Anti-Oppressive Social Work Practice: Putting Theory into Action (Third Edition) | August 9, 2024 | June 3, 2025 |
| 3 | Cognella | Cognella, Inc. | Compl. Ex. A row 60 | TX 9-523-531 | Blue and Red: A Divided America (Second Edition) | August 7, 2024 | June 3, 2025 |
| 4 | Cognella | Cognella, Inc. | Compl. Ex. A row 90 | TX 9-527-903 | Hip Hop Music: History and Culture (Second Edition) | August 3, 2024 | June 3, 2025 |
| 5 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 371 | TX 9-513-099 | Chicken Soup for the Soul: 30th Anniversary Edition | June 27, 2023 | May 29, 2025 |
| 6 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 310 | TX 9-504-924 | Chicken Soup for the Soul: The Spirit Of Canada: 101 Stories of Love and Gratitude | June 6, 2017 | May 29, 2025 |
| 7 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 248 | TX 9-527-621 | Taste Of Chicken Soup For The Christian Family Soul | October 2, 2012 | May 29, 2025 |
| 8 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 249 | TX0009527617 | Taste Of Chicken Soup For The Christian Soul | October 2, 2012 | May 29, 2025 |
| 9 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 353 | TX 9-503-399 | Chicken Soup for the Teenage Soul: 25th Anniversary Edition: An Update of the 1997 Classic | August 17, 2021 | March 24, 2025 |
| 10 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 346 | TX0009505282 | Chicken Soup for the Soul: Miracles and Divine Intervention: 101 Stories of Faith and Hope | January 12, 2021 | March 24, 2025 |
| 11 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 282 | TX 9-506-730 | Sopa de Pollo para Alma de la Madre | November 4, 2014 | March 24, 2025 |
| 12 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 283 | TX 9-506-720 | Sopa de Pollo para Alma del Cristiano | November 4, 2014 | March 24, 2025 |
| 13 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 277 | TX0009503358 | Una 2a Racion de Sopa de Pollo para el Alma de la Mujer | August 5, 2014 | March 24, 2025 |
| 14 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 273 | TX 9-506-728 | Sopa de Pollo para el Alma del Adolescente | May 20, 2014 | March 24, 2025 |
| 15 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 274 | TX 9-506-743 | Un Tercer Plato de Sopa de Pollo para el Alma | May 20, 2014 | March 24, 2025 |
| 16 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 250 | TX 9-523-108 | Taste Of Chicken Soup For The Couple's Soul | October 2, 2012 | March 24, 2025 |
| 17 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 251 | TX 9-523-062 | Taste Of Chicken Soup For The Grandparent's Soul | October 2, 2012 | March 24, 2025 |
| 18 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 244 | TX 9-503-373 | Chicken Soup for the Child's Soul | August 7, 2012 | March 24, 2025 |
| 19 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 352 | TX0009513496 | Chicken Soup for the Preteen Soul: 21st Anniversary Edition: An Update of the 2000 Classic | August 17, 2021 | March 18, 2025 |
| 20 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 351 | TX 9-493-916 | Chicken Soup for the Soul: Navigating Eldercare & Dementia: 101 Stories for Family Caregivers | June 22, 2021 | March 18, 2025 |
| 21 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 375 | TX0009492541 | Chicken Soup for the Soul: Angels and Miracles Coloring Book | October 31, 2023 | March 17, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 22 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 366 | TX 9-503-362 | Chicken Soup for the Soul: My Wonderful, Wacky Family: 101 Loving Stories about Our Crazy, Quirky Families | November 1, 2022 | March 17, 2025 |
| 23 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 365 | TX 9-503-510 | Chicken Soup for the Soul: Devotional Stories For Mothers and Grandmothers: 101 Devotions with Scripture, Real-Life Stories & Custom Prayers | October 18, 2022 | March 17, 2025 |
| 24 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 363 | TX0009502703 | Chicken Soup for the Soul: Miracles And The Unexplainable: 101 Stories of Hope, Answered Prayers and Divine Intervention | August 16, 2022 | March 17, 2025 |
| 25 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 345 | TX0009505283 | Chicken Soup for the Soul: Age Is Just A Number: 101 Tales of Humor & Wisdom for Life After 60 | November 3, 2020 | March 17, 2025 |
| 26 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 343 | TX0009484887 | Chicken Soup for the Soul: Think Positive For Preteens | October 27, 2020 | March 17, 2025 |
| 27 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 344 | TX 9-497-993 | Chicken Soup for the Soul: Think Positive For Teens | October 27, 2020 | March 17, 2025 |
| 28 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 342 | TX 9-504-918 | Chicken Soup for the Soul: Christmas Is In The Air: 101 Stories About The Most Wonderful Time Of The Year | October 13, 2020 | March 17, 2025 |
| 29 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 337 | TX0009485895 | Chicken Soup for the Soul: The Magic Of Moms: 101 Stories of Gratitude, Wisdom and Miracles | March 17, 2020 | March 17, 2025 |
| 30 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 336 | TX 9-499-011 | Chicken Soup for the Soul: Believe In Miracles: 101 Stories of Hope, Answered Prayers and Divine Intervention | February 4, 2020 | March 17, 2025 |
| 31 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 292 | TX0009503350 | Chicken Soup for the Soul: Raising Great Kids | September 8, 2015 | March 17, 2025 |
| 32 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 289 | TX 9-503-367 | Chicken Soup for the Soul: Create Best Future | July 14, 2015 | March 17, 2025 |
| 33 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 286 | TX0009503353 | Chicken Soup for the Soul: Be Best You Can Be | March 24, 2015 | March 17, 2025 |
| 34 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 200 | TX 9-505-675 | Chicken Soup for the Soul: Power Moms: 101 Stories Celebrating the Power of Choice for Stay-at-Home and Work-from-Home Moms | March 24, 2009 | March 17, 2025 |
| 35 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 262 | TX0009499480 | Chicken Soup for the Soul: From Lemons To Lemonade: 101 Positive, Practical, and Powerful Stories about Making the Best of a Bad Situation | August 13, 2013 | March 13, 2025 |
| 36 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 259 | TX0009505558 | Chicken Soup for the Soul: 20th Anniversary | June 25, 2013 | March 13, 2025 |
| 37 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 260 | TX0009513495 | Chicken Soup for the Soul: Reader's Choice 20th Anniversary Edition: The Chicken Soup for the Soul Stories that Changed Your Lives | June 25, 2013 | March 13, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 38 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 261 | TX 9-489-379 | Chicken Soup for the Soul: 20th Anniversary Edition: All Your Favorite Original Stories Plus 20 Bonus Stories for the Next 20 Years | June 25, 2013 | March 13, 2025 |
| 39 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 258 | TX 9-507-385 | Chicken Soup for the Soul: Inspiration For Writers: 101 Motivational Stories for Writers - Budding or Bestselling - from Books to Blogs | May 21, 2013 | March 13, 2025 |
| 40 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 257 | TX 9-507-407 | Chicken Soup for the Soul: Raising Kids On The Spectrum: 101 Inspirational Stories for Parents of Children with Autism and Asperger's | April 2, 2013 | March 13, 2025 |
| 41 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 256 | TX 9-507-392 | Chicken Soup for the Soul: Parenthood: 101 Heartwarming and Humorous Stories about the Joys of Raising Children of All Ages | March 12, 2013 | March 13, 2025 |
| 42 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 255 | TX 9-514-752 | Chicken Soup for the Soul: Billy Graham & Me: 101 Inspiring Personal Stories from Presidents, Pastors, Performers, and Other People Who Know Him Well | February 12, 2013 | March 13, 2025 |
| 43 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 254 | TX 9-507-401 | Chicken Soup for the Soul: Angels Among Us: 101 Inspirational Stories of Miracles, Faith, and Answered Prayers | January 1, 2013 | March 13, 2025 |
| 44 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 253 | TX 9-502-708 | Chicken Soup for the Soul: The Power of Positive: 101 Inspirational Stories about Changing Your Life through Positive Thinking | October 23, 2012 | March 13, 2025 |
| 45 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 252 | TX 9-502-702 | Chicken Soup for the Soul: Finding My Faith: 101 Inspirational Stories about Life, Belief, and Spiritual Renewal | October 16, 2012 | March 13, 2025 |
| 46 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 247 | TX 9-503-279 | Chicken Soup for the Soul: I Can't Believe My Cat Did That !: 101 Stories about the Crazy Antics of Our Feline Friends | September 18, 2012 | March 13, 2025 |
| 47 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 245 | TX 9-508-140 | Chicken Soup for the Soul: Hope & Healing For Your Breast Cancer Journey: Surviving and Thriving During and After Your Diagnosis and Treatment | September 4, 2012 | March 13, 2025 |
| 48 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 246 | TX 9-524-287 | Chicken Soup for the Soul: Think Positive For Great Health: Use Your Mind to Promote Your Own Healing and Wellness | September 4, 2012 | March 13, 2025 |
| 49 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 243 | TX 9-497-368 | Chicken Soup for the Soul: Married Life !: 101 Inspirational Stories about Fun, Family, and Wedded Bliss | May 29, 2012 | March 13, 2025 |
| 50 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 239 | TX 9-499-738 | Chicken Soup for the Soul: Boost Your Brain Power !: You Can Improve and Energize Your Brain at Any Age | May 22, 2012 | March 13, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 51 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 240 | TX 0009497370 | Chicken Soup for the Soul: Say Goodbye To Back Pain !: How to Handle Flare- Ups, Injuries, and Everyday Back Health | May 22, 2012 | March 13, 2025 |
| 52 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 241 | TX 9-497-369 | Chicken Soup for the Soul: Say Goodbye To Stress: Manage Your Problems, Big and Small, Every Day | May 22, 2012 | March 13, 2025 |
| 53 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 242 | TX 9-497-367 | Chicken Soup for the Soul: Say Hello To A Better Body !: Weight Loss and Fitness for Women Over 50 | May 22, 2012 | March 13, 2025 |
| 54 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 238 | TX 9-499-619 | Chicken Soup for the Soul: Here Comes The Bride: 101 Stories of Love, Laughter, and Family | May 15, 2012 | March 13, 2025 |
| 55 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 237 | TX 9-505-915 | Chicken Soup for the Soul: Family Caregivers: 101 Stories of Love, Sacrifice, and Bonding | March 27, 2012 | March 13, 2025 |
| 56 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 236 | TX0009519672 | Chicken Soup for the Soul: Stay-At-Home Moms: 101 Inspirational Stories for Mothers about Hard Work and Happy Families | March 20, 2012 | March 13, 2025 |
| 57 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 235 | TX 9-519-717 | Chicken Soup for the Soul: The Magic Of Mothers & Daughters: 101 Inspirational and Entertaining Stories about That Special Bond | March 13, 2012 | March 13, 2025 |
| 58 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 234 | TX 9-504-312 | Chicken Soup for the Soul: Tough Times For Teens: 101 Stories about the Hardest Parts of Being a Teenager | February 7, 2012 | March 13, 2025 |
| 59 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 233 | TX0009492476 | Chicken Soup for the Soul: Food And Love: 101 Stories Celebrating Special Times with Family and Friends ... and Recipes Too! | November 22, 2011 | March 13, 2025 |
| 60 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 232 | TX0009503365 | Chicken Soup for the Soul: O Canada: 101 Heartwarming and Inspiring Stories by and for Canadians | November 1, 2011 | March 13, 2025 |
| 61 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 231 | TX0009494282 | Chicken Soup for the Soul: Find Your Happiness: 101 Stories about Finding Your Purpose, Passion, and Joy | October 25, 2011 | March 13, 2025 |
| 62 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 230 | TX 9-494-280 | Chicken Soup for the Soul: Answered Prayers: 101 Stories of Hope, Miracles, Faith, Divine Intervention, and the Power of Prayer | October 18, 2011 | March 13, 2025 |
| 63 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 229 | TX 9-504-772 | Chicken Soup for the Soul: Devotional Stories For Tough Times: 101 Daily Devotions to Inspire and Support You in Times of Need | October 4, 2011 | March 13, 2025 |
| 64 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 227 | TX 9-513-026 | Chicken Soup for the Soul: Just For Preteens: 101 Stories of Inspiration and Support for Tweens | July 26, 2011 | March 13, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 65 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 228 | TX0009504771 | Chicken Soup for the Soul: Just For Teenagers: 101 Stories of Inspiration and Support for Teens | July 26, 2011 | March 13, 2025 |
| 66 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 226 | TX 9-513-039 | Chicken Soup for the Soul: Country Music: The Inspirational Stories behind 101 of Your Favorite Country Songs | May 3, 2011 | March 13, 2025 |
| 67 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 225 | TX0009513033 | Chicken Soup for the Soul: My Cat's Life: 101 Stories about All the Ages and Stages of Our Feline Family Members | April 12, 2011 | March 13, 2025 |
| 68 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 224 | TX0009503652 | Chicken Soup for the Soul: Grandmothers: 101 Stories of Love, Laughs, and Lessons from Grandmothers and Grandchildren | March 22, 2011 | March 13, 2025 |
| 69 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 223 | TX 9-503-942 | Chicken Soup for the Soul: Grieving And Recovery: 101 Inspirational and Comforting Stories about Surviving the Loss of a Loved One | February 1, 2011 | March 13, 2025 |
| 70 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 222 | TX0009508610 | Chicken Soup for the Soul: Shaping The New You: 101 Encouraging Stories about Dieting and Fitness ... and Finding What Works for You | December 28, 2010 | March 13, 2025 |
| 71 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 220 | TX 9-518-850 | Chicken Soup for the Soul: Tales Of Christmas: 101 Stories of Holiday Joy, Love and Gratitude | November 2, 2010 | March 13, 2025 |
| 72 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 221 | TX0009527614 | Chicken Soup for the Soul: The Gift Of Christmas: A Special Collection of Joyful Holiday Stories | November 2, 2010 | March 13, 2025 |
| 73 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 219 | TX 9-508-604 | Chicken Soup for the Soul: Family Matters: 101 Unforgettable Stories about Our Nutty but Lovable Families | October 19, 2010 | March 13, 2025 |
| 74 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 218 | TX 9-508-621 | Chicken Soup for the Soul: Christmas Magic: 101 Holiday Tales of Inspiration, Love, and Wonder | October 12, 2010 | March 13, 2025 |
| 75 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 217 | TX 9-503-728 | Chicken Soup for the Soul: Devotional Stories For Mothers: 101 Inspirational Stories about Counting Your Blessings and Having a Positive Attitude | October 5, 2010 | March 13, 2025 |
| 76 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 216 | TX 9-508-617 | Chicken Soup for the Soul: Think Positive: 101 Daily Devotions to Comfort, Encourage, and Inspire Mothers | September 28, 2010 | March 13, 2025 |
| 77 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 215 | TX0009503730 | Chicken Soup for the Soul: A Book Of Miracles: 101 True Stories of Healing, Faith, Divine Intervention, and Answered Prayers | September 21, 2010 | March 13, 2025 |
| 78 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 214 | TX 9-503-726 | Chicken Soup for the Soul: Runners: 101 Inspirational Stories of Energy, Endurance, and Endorphins | July 13, 2010 | March 13, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 79 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 213 | TX0009503727 | Chicken Soup for the Soul: Thanks Dad: 101 Stories of Gratitude, Love, and Good Times | April 20, 2010 | March 13, 2025 |
| 80 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 212 | TX 9-517-960 | Chicken Soup for the Soul: Thanks Mom: 101 Stories of Gratitude, Love, and Good Times | March 23, 2010 | March 13, 2025 |
| 81 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 211 | TX0009520965 | Chicken Soup for the Soul: NASCAR: 101 Stories of Family, Fortitude, and Fast Cars | February 16, 2010 | March 13, 2025 |
| 82 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 210 | TX 9-520-902 | Chicken Soup for the Soul: Teacher Tales: 101 Inspirational Stories from Great Teachers and Appreciative Students | February 2, 2010 | March 13, 2025 |
| 83 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 203 | TX 9-506-969 | Chicken Soup for the Soul: Tough Times, Tough People: 101 Stories about Overcoming the Economic Crisis and Other Challenges | December 29, 2009 | March 13, 2025 |
| 84 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 209 | TX 9-517-962 | Chicken Soup for the Soul: True Love: 101 Heartwarming and Humorous Stories about Dating, Romance, Love, and Marriage | December 29, 2009 | March 13, 2025 |
| 85 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 208 | TX 9-506-968 | Chicken Soup for the Soul: Count Your Blessings: 101 Stories of Gratitude, Fortitude, and Silver Linings | November 3, 2009 | March 13, 2025 |
| 86 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 207 | TX 9-508-136 | Chicken Soup for the Soul: Devotional Stories For Women: 101 Daily Devotions to Comfort, Encourage, and Inspire Women | October 6, 2009 | March 13, 2025 |
| 87 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 205 | TX0009499146 | Chicken Soup for the Soul: What I Learned From The Cat: 101 Stories about Life, Love, and Lessons | September 22, 2009 | March 13, 2025 |
| 88 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 206 | TX 9-510-296 | Chicken Soup for the Soul: What I Learned From The Dog: 101 Stories about Life, Love, and Lessons | September 22, 2009 | March 13, 2025 |
| 89 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 204 | TX 9-509-429 | Chicken Soup for the Soul: Extraordinary Teens: Personal Stories and Advice from Today's Most Inspiring Youth | August 18, 2009 | March 13, 2025 |
| 90 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 202 | TX0009506177 | Chicken Soup for the Soul: The Golf Book: 101 Great Stories from the Course and the Clubhouse | April 21, 2009 | March 13, 2025 |
| 91 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 201 | TX 9-506-180 | Chicken Soup for the Soul: Campus Chronicles: 101 Inspirational, Supportive, and Humorous Stories about Life in College | April 7, 2009 | March 13, 2025 |
| 92 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 199 | TX 9-505-681 | Chicken Soup for the Soul: Twins And More: 101 Stories Celebrating Double Trouble and Multiple Blessings | March 10, 2009 | March 13, 2025 |
| 93 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 198 | TX 9-503-434 | Chicken Soup for the Soul: The Cancer Book: 101 Stories of Courage, Support & Love | March 3, 2009 | March 13, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 94 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 197 | TX 9-503-405 | Chicken Soup for the Soul: Inside Basketball: 101 Great Hoop Stories from Players, Coaches, and Fans | February 10, 2009 | March 13, 2025 |
| 95 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 196 | TX0009510293 | Chicken Soup for the Soul: My Resolution: 101 Stories ... Great Ideas for Your Mind, Body, and ... Wallet | December 23, 2008 | March 13, 2025 |
| 96 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 194 | TX0009502148 | Chicken Soup for the Soul: Teens Talk Middle School: 101 Stories of Life, Love, and Learning for Younger Teens | November 4, 2008 | March 13, 2025 |
| 97 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 374 | TX0009499850 | Chicken Soup for the Soul: Time for Christmas: 101 Tales of Holiday Joy, Love & Gratitude | October 24, 2023 | March 12, 2025 |
| 98 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 373 | TX0009499851 | Chicken Soup for the Soul: Angels and the Miraculous: 101 Inspirational Stories of Faith, Miracles and Answered Prayers | September 26, 2023 | March 12, 2025 |
| 99 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 372 | TX0009497668 | Chicken Soup for the Soul: Get Out of Your Comfort Zone: 101 Stories about Trying New Things, Overcoming Fear and Broadening Your World | July 25, 2023 | March 12, 2025 |
| 100 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 370 | TX0009503521 | Chicken Soup for the Soul: Well That Was Funny: 101 Feel Good Stories | April 18, 2023 | March 12, 2025 |
| 101 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 369 | TX 9-503-522 | Chicken Soup for the Soul: The Advice That Changed My Life: 101 Stories of Epiphanies and Wise Words | March 14, 2023 | March 12, 2025 |
| 102 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 368 | TX 9-503-508 | Chicken Soup for the Soul: Lessons Learned From My Cat | February 14, 2023 | March 12, 2025 |
| 103 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 367 | TX 9-503-513 | Chicken Soup for the Soul: Lessons Learned From My Dog | January 24, 2023 | March 12, 2025 |
| 104 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 364 | TX 9-502-707 | Chicken Soup for the Soul: The Magic of Christmas: 101 Tales of Holiday, Joy, Love and Gratitude | October 11, 2022 | March 12, 2025 |
| 105 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 362 | TX0009499731 | Chicken Soup for the Soul: Attitude of Gratitude: 101 Stories About Counting Your Blessings & The Power of Thankfulness | August 16, 2022 | March 12, 2025 |
| 106 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 361 | TX 9-499-736 | Chicken Soup for the Soul: Your 10 Keys to Happiness: 101 Real-Life Stories that Will Show You How to Improve Your Life | June 7, 2022 | March 12, 2025 |
| 107 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 360 | TX 9-499-732 | Chicken Soup for the Soul: Too Funny !: 101 Hilarious Stories to Brighten Your Day | April 19, 2022 | March 12, 2025 |
| 108 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 359 | TX0009499532 | Chicken Soup for the Soul: Kindness Matters: 101 Feel-Good Stories of Compassion & Paying it Forward | March 22, 2022 | March 12, 2025 |
| 109 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 358 | TX 9-499-564 | Chicken Soup for the Soul: Grieving, Loss and Healing: 101 Stories of Comfort and Moving Forward | February 22, 2022 | March 12, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 110 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 357 | TX 9-499-546 | Chicken Soup for the Soul: Believe In Angels: 101 Inspirational Stories of Hope, Miracles and Answered Prayers | January 25, 2022 | March 12, 2025 |
| 111 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 356 | TX0009496629 | Chicken Soup for the Soul: Tough Times Won't Last But Tough People Will: 101 Stories about Overcoming Life's Challenges | November 3, 2021 | March 12, 2025 |
| 112 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 355 | TX0009496627 | Chicken Soup for the Soul: The Blessings of Christmas: 101 Tales of Holiday Joy, Kindness and Gratitude | October 12, 2021 | March 12, 2025 |
| 113 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 354 | TX 9-508-529 | Chicken Soup for the Soul: My Hilarious, Heroic Human Dog: 101 Tales of Canine Companionship | September 7, 2021 | March 12, 2025 |
| 114 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 350 | TX 9-503-320 | Chicken Soup for the Soul: I'm Speaking Now: Black Women Share Their Truth in 101 Stories of Love, Courage and Hope | June 1, 2021 | March 12, 2025 |
| 115 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 349 | TX0009503544 | Chicken Soup for the Soul: Read, Laugh, Repeat: 101 Laugh-Out Loud Stories | May 4, 2021 | March 12, 2025 |
| 116 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 348 | TX 9-503-547 | Chicken Soup for the Soul: Be You: 101 Stories of Affirmation, Determination and Female Empowerment | April 6, 2021 | March 12, 2025 |
| 117 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 341 | TX 9-484-749 | Chicken Soup for the Soul: Listen To Your Dreams: 101 Tales Of Inner Guidance, Divine Intervention And Miraculous Insight | August 11, 2020 | March 12, 2025 |
| 118 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 340 | TX 0009503370 | Chicken Soup for the Soul: The Magic of Dogs: 101 Tales Of Family, Friendship & Fun | July 14, 2020 | March 12, 2025 |
| 119 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 339 | TX0009485892 | Chicken Soup for the Soul: The Magic Of Cats: 101 Tales of Family, Friendship & Fun | July 7, 2020 | March 12, 2025 |
| 120 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 338 | TX0009500587 | Chicken Soup for the Soul: Laughter Is The Best Medicine: 101 Feel Good Stories | April 14, 2020 | March 12, 2025 |
| 121 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 335 | TX 9-499-006 | Chicken Soup for the Soul: It's Beginning To Look A Lot Like Christmas: 101 Tales of Holiday Love & Wonder | October 15, 2019 | March 12, 2025 |
| 122 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 334 | TX 9-485-900 | Chicken Soup for the Soul: Think Positive, Live Happy: 101 Stories About Creating Your Best Life | September 24, 2019 | March 12, 2025 |
| 123 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 333 | TX 9-506-754 | Chicken Soup for the Soul: Angels All Around: 101 Inspirational Stories of Miracles, Divine Intervention and Answered Prayers | August 27, 2019 | March 12, 2025 |
| 124 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 332 | TX 9-506-757 | Chicken Soup for the Soul: Running For Good: 101 Stories for Runner's & Walkers To Get You Going! | June 4, 2019 | March 12, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 125 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 331 | TX 9-485-896 | Chicken Soup for the Soul: Life Lessons From The Cat: 101 Tales Of Family, Friendship and Fun | May 14, 2019 | March 12, 2025 |
| 126 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 330 | TX0009497248 | Chicken Soup for the Soul: Life Lessons From The Dog: 101 Tales Of Family, Friendship and Fun | April 9, 2019 | March 12, 2025 |
| 127 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 329 | TX 9-484-927 | Chicken Soup for the Soul: Grandparents: 101 Stories of Love, Laughs and Lessons Across The Generations | March 26, 2019 | March 12, 2025 |
| 128 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 328 | TX0009497238 | Chicken Soup for the Soul: Mom Knows Best: 101 Stories of Love, Gratitude & Wisdom | March 19, 2019 | March 12, 2025 |
| 129 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 327 | TX 9-497-244 | Chicken Soup for the Soul: Messages From Heaven And Other Miracles: 101 Stories Of Angels, Answered Prayers And Love That doesn't Die | January 8, 2019 | March 12, 2025 |
| 130 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 326 | TX 9-485-906 | Chicken Soup for the Soul: The Best Advice I Ever Heard: 101 Stories of Epiphanies and Wise Words | November 6, 2018 | March 12, 2025 |
| 131 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 325 | TX0009497241 | Chicken Soup for the Soul: Canadian Acts Of Kindness: 101 Stories Of Caring and Compassion | October 30, 2018 | March 12, 2025 |
| 132 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 324 | TX 9-506-774 | Chicken Soup for the Soul: The Wonder Of Christmas: 101 Stories About The Joy Of The Season | October 16, 2018 | March 12, 2025 |
| 133 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 323 | TX 9-500-525 | Chicken Soup for the Soul: Think, Act & Be Happy: How to Use Chicken Soup for the Soul Stories to Train Your Brain to Be Your Own Therapist | September 25, 2018 | March 12, 2025 |
| 134 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 322 | TX0009500550 | Chicken Soup for the Soul: The Power of Yes !: 101 Stories About Adventure, Change And Positive Thinking | August 14, 2018 | March 12, 2025 |
| 135 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 321 | TX0009500646 | Chicken Soup for the Soul: The Miracle Of Love: 101 Stories About Hope, Soul Mates And New Beginnings | June 5, 2018 | March 12, 2025 |
| 136 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 320 | TX 9-500-533 | Chicken Soup for the Soul: The Empowered Woman: 101 Stories About Being Confident, Courageous And Your True Self | May 1, 2018 | March 12, 2025 |
| 137 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 319 | TX 9-503-666 | Chicken Soup for the Soul: My Crazy Family: 101 Stories About Wacky, Lovable People In Our Lives | April 10, 2018 | March 12, 2025 |
| 138 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 318 | TX 9-503-669 | Chicken Soup for the Soul: My Amazing Mom: 101 Stories of Love And Appreciation | March 20, 2018 | March 12, 2025 |
| 139 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 317 | TX 9-493-914 | Chicken Soup for the Soul: Miracles And More: 101 Storiess About Divine Intervention, Answered Prayers, And Messages From Heaven | February 6, 2018 | March 12, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 140 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 316 | TX 9-503-668 | Chicken Soup for the Soul: Step Outside Your Comfort Zone: 101 Stories About Trying New Things, Overcoming Fears and Broadening Your World | October 31, 2017 | March 12, 2025 |
| 141 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 315 | TX0009503667 | Chicken Soup for the Soul: A Book Of Christmas Miracles: 101 Stories of Holiday Hope and Happiness | October 17, 2017 | March 12, 2025 |
| 142 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 314 | TX 9-523-432 | Chicken Soup for the Soul: Dreams And The Unexplainable: 101 Eye-Opening Stories About Premonitions and Miracles | September 26, 2017 | March 12, 2025 |
| 143 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 313 | TX 9-507-398 | Chicken Soup for the Soul: My Kind (Of) America: 101 Stories About The True Spirit Of Our Country | August 29, 2017 | March 12, 2025 |
| 144 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 311 | TX 9-507-388 | Chicken Soup for the Soul: The Cat Really Did That ?: 101 Stories of Miracles, Mischief and Magical Moments | August 8, 2017 | March 12, 2025 |
| 145 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 312 | TX 9-507-408 | Chicken Soup for the Soul: The Dog Really Did That ?: 101 Stories of Miracles, Mischief and Magical Moments | August 8, 2017 | March 12, 2025 |
| 146 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 309 | TX0009498329 | Chicken Soup for the Soul: Military Families: 101 Stories About The Force Behind The Forces | May 9, 2017 | March 12, 2025 |
| 147 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 308 | TX 9-498-322 | Chicken Soup for the Soul: Inspiration For Teachers: 101 Stories About How You Make A Difference | April 8, 2017 | March 12, 2025 |
| 148 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 307 | TX0009503504 | Chicken Soup for the Soul: Best Mom, Ever: 101 Stories of Gratitude, Love and Wisdom | March 21, 2017 | March 12, 2025 |
| 149 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 306 | TX 9-504-860 | Chicken Soup for the Soul: Random Actos Of Kindness: 101 Stories of Compassion and Paying It Forward | February 1, 2017 | March 12, 2025 |
| 150 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 305 | TX 9-504-872 | Chicken Soup for the Soul: Curvy & Confident: 101 Stories About Loving Yourself and Your Body | December 27, 2016 | March 12, 2025 |
| 151 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 304 | TX 9-505-071 | Chicken Soup for the Soul: Angels And Miracles: 101 Inspirational Stories About Hope, Answered Prayers, and Divine Intervention | November 1, 2016 | March 12, 2025 |
| 152 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 303 | TX 9-505-070 | Chicken Soup for the Soul: Joy Of Christmas: 101 Holiday Tales of Inspiration, Love and Wonder | October 18, 2016 | March 12, 2025 |
| 153 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 301 | TX0009509422 | Chicken Soup for the Soul: The Power of Gratitude: 101 Stories About How Being Thankful Can Change Your Life | August 23, 2016 | March 12, 2025 |
| 154 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 300 | TX 9-509-432 | Chicken Soup for the Soul: The Spirit of America: 101 Stories About What Makes Our Country Great | June 7, 2016 | March 12, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 155 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 299 | TX0009506605 | Chicken Soup for the Soul: The Joy of Less: 101 Stories About Having More By Simplifying Our Lives | April 9, 2016 | March 12, 2025 |
| 156 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 298 | TX 9-506-610 | Chicken Soup for the Soul: For Mom, With Love: 101 Stories About Why We Love Our Mothers | March 22, 2016 | March 12, 2025 |
| 157 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 296 | TX 9-506-615 | Chicken Soup for the Soul: My Very Good, Very Bad Cat: 101 Heartwarming Stories About Our Happy, Heroic & Hilarious Pets | February 9, 2016 | March 12, 2025 |
| 158 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 297 | TX 9-506-607 | Chicken Soup for the Soul: My Very Good, Very Bad Dog: 101 Heartwarming Stories About Our Happy, Heroic & Hilarious Pets | February 9, 2016 | March 12, 2025 |
| 159 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 295 | TX 9-499-147 | Chicken Soup for the Soul: Merry Christmas: 101 Joyous Holiday Stories | October 20, 2015 | March 12, 2025 |
| 160 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 294 | TX 9-499-149 | Chicken Soup for the Soul: Think Possible: 101 Stories about Using a Positive Attitude to Improve Your Life | October 6, 2015 | March 12, 2025 |
| 161 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 293 | TX 9-510-285 | Chicken Soup for the Soul: Dreams & Premonitions: 101 Amazing Stories of Miracles, Divine Intervention, and Insight | September 22, 2015 | March 12, 2025 |
| 162 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 291 | TX 9-510-291 | Chicken Soup for the Soul: Volunteering & Giving Back: 101 Inspiring Stories about Purpose and Passion | August 18, 2015 | March 12, 2025 |
| 163 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 290 | TX 9-510-300 | Chicken Soup for the Soul: Inspiration For Nurses: 101 Stories of Appreciation & Wisdom | July 21, 2015 | March 12, 2025 |
| 164 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 288 | TX 9-509-425 | Chicken Soup for the Soul: Time To Thrive: 101 Inspiring Stories about Growth, Wisdom, and Dreams | May 5, 2015 | March 12, 2025 |
| 165 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 287 | TX 9-506-723 | Chicken Soup for the Soul: The Joy of Adoption: 101 Stories about Forever Families and Meant-to-Be Kids | March 31, 2015 | March 12, 2025 |
| 166 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 285 | TX0009506717 | Chicken Soup for the Soul: Thanks To My Mom: 101 Stories of Gratitude, Love, and Lessons | March 17, 2015 | March 12, 2025 |
| 167 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 284 | TX0009503154 | Chicken Soup for the Soul: The Power of Forgiveness: 101 Stories about How to Let Go and Change Your Life | December 16, 2014 | March 12, 2025 |
| 168 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 281 | TX 9-502-879 | Chicken Soup for the Soul: Find Your Inner Strength: 101 Empowering Stories of Resilience, Positive Thinking & Overcoming Challenges | October 28, 2014 | March 12, 2025 |
| 169 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 280 | TX 9-502-876 | Chicken Soup for the Soul: Touched By An Angel: 101 Miraculous Stories of Faith, Divine Intervention, and Answered Prayers | October 7, 2014 | March 12, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 170 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 279 | TX 9-502-938 | Chicken Soup for the Soul: Reboot Your Life: 101 Stories about Finding a New Path to Happiness | September 16, 2014 | March 12, 2025 |
| 171 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 278 | TX 9-505-937 | Chicken Soup for the Soul: The Dog Did What ?: 101 Amazing Stories of Magical Moments, Miracles and ... Mayhem | August 9, 2014 | March 12, 2025 |
| 172 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 276 | TX 9-505-685 | Chicken Soup for the Soul: Recovering From Traumatic Brain Injuries: 101 Stories of Hope, Healing, and Hard Work | June 24, 2014 | March 12, 2025 |
| 173 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 275 | TX0009505677 | Chicken Soup for the Soul: Home Sweet Home: 101 Stories about Hearth, Happiness, and Hard Work | May 27, 2014 | March 12, 2025 |
| 174 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 272 | TX 9-504-774 | Chicken Soup for the Soul: Living With Alzheimer's & Other Dementias: 101 Stories of Caregiving, Coping, and Compassion | April 22, 2014 | March 12, 2025 |
| 175 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 271 | TX0009498314 | Chicken Soup for the Soul: The Multitasking Mom's Survival Guide: 101 Inspiring and Amusing Stories for Mothers Who Do It All | March 18, 2014 | March 12, 2025 |
| 176 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 270 | TX0009503674 | Chicken Soup for the Soul: Miracles Happen: 101 Inspirational Stories about Hope, Answered Prayers, and Divine Intervention | February 14, 2014 | March 12, 2025 |
| 177 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 269 | TX 9-503-671 | Chicken Soup for the Soul: The Dating Game: 101 Stories about Looking for Love and Finding Fairytale Romance! | December 17, 2013 | March 12, 2025 |
| 178 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 267 | TX0009503672 | Chicken Soup for the Soul: Just Us Girls: 101 Stories about Friendship for Women of All Ages | November 5, 2013 | March 12, 2025 |
| 179 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 268 | TX0009503673 | Chicken Soup for the Soul: O Canada The Wonders Of Winter: 101 Stories about Bad Weather, Good Times, and Great Sports | November 5, 2013 | March 12, 2025 |
| 180 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 266 | TX 9-503-676 | Chicken Soup for the Soul: Think Positive For Kids: 101 Stories about Good Decisions, Self-Esteem, and Positive Thinking | October 29, 2013 | March 12, 2025 |
| 181 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 265 | TX 9-493-913 | Chicken Soup for the Soul: Miraculous Messages From Heaven: 101 Stories of Eternal Love, Powerful Connections, and Divine Signs from Beyond | October 15, 2013 | March 12, 2025 |
| 182 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 264 | TX 9-493-911 | Chicken Soup for the Soul: It's Christmas: 101 Joyful Stories about the Love, Fun, and Wonder of the Holidays | October 8, 2013 | March 12, 2025 |
| 183 | Chicken Soup | Chicken Soup for the Soul, LLC | Compl. Ex. A row 263 | TX 0009499485 | Chicken Soup for the Soul: Devotional Stories For Wives: 101 Daily Devotions to Comfort, Encourage, and Inspire You | September 10, 2013 | March 12, 2025 |
| 184 | Cognella | Cognella, Inc. | Compl. Ex. A row 35 | TX 9-474-412 | Introduction to Vibration in Engineering (Fourth Edition) | July 30, 2024 | January 17, 2025 |

| No. | Case | Asserting Plaintiff | Compl. Basis | U.S. Copyright Reg. No. | Title of Work | Date of First Publication | Date of Registration |
|---|---|---|---|---|---|---|---|
| 185 | Cognella | Cognella, Inc. | Compl. Ex. A row 127 | TX 9-412-631 | Systemist International Relations | April 12, 2023 | April 10, 2024 |
| 186 | Cognella | Cognella, Inc. | Compl. Ex. A row 106 | TX 9-418-480 | Multidimensional Human Behavior in the Complex Social Environment: Decolonizing Theories for Social Work Practice | August 25, 2023 | April 8, 2024 |
| 187 | Cognella | Cognella, Inc. | Compl. Ex. A row 88 | TX 9-395-889 | Control Systems: Modeling, Analysis, and Design | December 14, 2022 | February 20, 2024 |
| 188 | Cognella | Cognella, Inc. | Compl. Ex. A row 48 | TX 9-408-063 | Hip Hop Music: History and Culture | May 25, 2021 | February 20, 2024 |
| 189 | Cambronne | Michael Kochin | SAC Ex. A row 7 | TX 9-325-808 | An Independent Empire: Diplomacy and War in the Making of the United States | January 24, 2020 | July 25, 2023 |
| 190 | Cognella | Cognella, Inc. | Compl. Ex. A row 98 | TX 9-279-359 | Clinical Research for the Doctor of Nursing Practice (Third Edition) | July 5, 2022 | April 10, 2023 |
| 191 | Cognella | Cognella, Inc. | Compl. Ex. A row 130 | TX 9-213-946 | Blue and Red: A Divided America | July 7, 2022 | November 21, 2022 |
| 192 | Cognella | Cognella, Inc. | Compl. Ex. A row 111 | TX 9-213-936 | Career-Focused Counseling: Integrating Culture, Development, and Neuroscience | May 20, 2022 | November 21, 2022 |
| 193 | Cognella | Cognella, Inc. | Compl. Ex. A row 138 | TX 9-207-087 | Product Design and Development Handbook: An Innovative, Entrepreneurial, and Structured Approach for Engineering Capstone and Industry Projects | March 22, 2022 | November 21, 2022 |
| 194 | Cognella | Cognella, Inc. | Compl. Ex. A row 94 | TX 9-215-137 | Strategies for Teaching Large Classes Effectively in Higher Education | December 19, 2018 | November 21, 2022 |

**Registration Number**

# TX 9-549-744

**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
January 02, 2026

## Title

**Title of Work:** Foundations of Career Counseling: A Case-Based Approach (Second Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** October 30, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Suzanne M. Dugger
  **Author Created:** Text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Thomas Eckert
  **Author Created:** some text of Chapter 5
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave, Suite 400, Solana Beach, CA 92075, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text in figures and tables, and photographs

**New material included in claim:** Text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date:** March 20, 2025
**Applicant's Tracking Number:** 84053-1B

**Registration Number**
# TX 9-516-292
**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
July 08, 2025

## Title

**Title of Work:** Anti-Oppressive Social Work Practice: Putting Theory into Action (Third Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** August 09, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Karen Morgaine
  **Author Created:** New and revised text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Moshoula Capous-Desyllas
  **Author Created:** New and revised text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Karen Morgaine
c/o Cognella, Inc., 320 South Cedros Ave., Ste. 400, Solana Beach, CA, 92075, United States

**Copyright Claimant:** Moshoula Capous-Desyllas
c/o Cognella, Inc., 320 South Cedros Ave, Suite 400, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text, photographs, and artwork

**New material included in claim:** New and revised text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date:** March 20, 2025
**Applicant's Tracking Number:** 82554-2A

**Registration Number**
# TX 9-523-531
**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
August 04, 2025

## Title

**Title of Work:** Blue and Red: A Divided America (Second Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** August 07, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Farrokh Moshiri
**Author Created:** New and revised text and new compilation of previously published text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Farrokh Moshiri
c/o Cognella, Inc., 320 South Cedros Ave., Ste. 400, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text, photographs, and artwork

**New material included in claim:** New and revised text and new compilation of previously published text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400

Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: March 20, 2025
**Applicant's Tracking Number**: 83531-2A

**Registration Number**
# TX 9-527-903
**Effective Date of Registration:**
June 03, 2025
**Registration Decision Date:**
August 18, 2025

## Title

**Title of Work:** Hip Hop Music: History and Culture (Second Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** August 03, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Terence Elliott
  **Author Created:** New and revised text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave., Suite 400, Solana Beach, CA, 92075, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text, photographs, and artwork

**New material included in claim:** New and revised text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400

Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: March 20, 2025
**Applicant's Tracking Number**: 83477-2A

**Registration Number**
# TX 9-513-099
**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
June 25, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: 30th Anniversary Edition

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 27, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591057

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective work.

**Registration Number**
**TX 9-504-924**
**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
May 29, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Spirit Of Canada: 101 Stories of Love and Gratitude

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 06, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599688

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statements in deposited work indicate some text previously published and from other sources.

**Registration Number**
# TX 9-527-621
**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 18, 2025

## Title

**Title of Work:** Taste Of Chicken Soup For The Christian Family Soul

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 02, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781453279267

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text

**New material included in claim:** compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-527-617
**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 18, 2025

## Title

**Title of Work:** Taste Of Chicken Soup For The Christian Soul

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 02, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781453279427

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text

**New material included in claim:** compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-399
**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Teenage Soul: 25th Anniversary Edition: An Update of the 1997 Classic

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 17, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590814

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work, previously published text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

**TX 9-505-282**

**Effective Date of Registration:**
March 24, 2025

**Registration Decision Date:**
May 30, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Miracles and Divine Intervention: 101 Stories of Faith and Hope

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 12, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590739

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published works

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-506-730
**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Sopa de Pollo para Alma de la Madre

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 04, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781623611279

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** translation, compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes

**Registration Number**
# TX 9-506-720
**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Sopa de Pollo para Alma del Cristiano

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 04, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781623611262

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** translation, compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes

**Registration Number**
# TX 9-503-358
**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Una 2a Racion de Sopa de Pollo para el Alma de la Mujer

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 05, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781453280522

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-506-728
**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Sopa de Pollo para el Alma del Adolescente

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 20, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781453280331

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** translation, compilation of stories
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-506-743
**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Un Tercer Plato de Sopa de Pollo para el Alma

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 20, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781453280065

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** translation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** original English language text

**New material included in claim:** translation

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-523-108

**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
August 01, 2025

## Title

**Title of Work:** Taste Of Chicken Soup For The Couple's Soul

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 02, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781453279472

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of contributions

**New material included in claim:** compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-523-062
**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
August 01, 2025

## Title

**Title of Work:** Taste Of Chicken Soup For The Grandparent's Soul

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 02, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781453279410

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of contributions

**New material included in claim:** compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-373
**Effective Date of Registration:**
March 24, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Child's Soul

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 07, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781453275443

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-513-496
**Effective Date of Registration:**
March 18, 2025
**Registration Decision Date:**
June 26, 2025

## Title

**Title of Work:** Chicken Soup for the Preteen Soul: 21st Anniversary Edition: An Update of the 2000 Classic

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 17, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590807

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of work

**New material included in claim:** new text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-493-916
**Effective Date of Registration:**
March 18, 2025
**Registration Decision Date:**
April 24, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Navigating Eldercare & Dementia: 101 Stories for Family Caregivers

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 22, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590821

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807 United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Registration Number**
# TX 9-492-541
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
April 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Angels and Miracles Coloring Book

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 31, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591064

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of text and artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text and third-party artwork

**New material included in claim:** compilation of text and artwork

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-362
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Wonderful, Wacky Family: 101 Loving Stories about Our Crazy, Quirky Families

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 01, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590975

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-503-510**
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Devotional Stories For Mothers and Grandmothers: 101 Devotions with Scripture, Real-Life Stories & Custom Prayers

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 18, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590968

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-502-703
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 20, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Miracles And The Unexplainable: 101 Stories of Hope, Answered Prayers and Divine Intervention

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 16, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590937

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published and from other sources.

Basis for Registration: Collective work.

**Registration Number**
**TX 9-505-283**
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 30, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Age Is Just A Number: 101 Tales of Humor & Wisdom for Life After 60

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 03, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590715

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published works

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-484-887
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
April 01, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Think Positive For Preteens

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 27, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599954

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-497-993

**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 07, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Think Positive For Teens

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 27, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599961

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding limitation of claim: Statement in deposited work indicates some text previously published.

**Registration Number**
# TX 9-504-918
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 29, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Christmas Is In The Air: 101 Stories About The Most Wonderful Time Of The Year

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 13, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590708

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published works

**New material included in claim:** new text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

**TX 9-485-895**

**Effective Date of Registration:**
March 17, 2025

**Registration Decision Date:**
April 03, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Magic Of Moms: 101 Stories of Gratitude, Wisdom and Miracles

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 17, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599985

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of stories

**New material included in claim:** compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-499-011
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 09, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Believe In Miracles: 101 Stories of Hope, Answered Prayers and Divine Intervention

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 04, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599978

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Deposited work states some text previously published.

Basis for Registration: Collective Work

**Registration Number**
# TX 9-503-350
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Raising Great Kids

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 08, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781942649045

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-503-367

**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Create Best Future

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 14, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781942649021

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-353
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Be Best You Can Be

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 24, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781942649007

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** new text and revised compilation of stories
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-505-675
**Effective Date of Registration:**
March 17, 2025
**Registration Decision Date:**
June 02, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Power Moms: 101 Stories Celebrating the Power of Choice for Stay-at-Home and Work-from-Home Moms

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** March 24, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096313

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

**Registration Number**
# TX 9-499-480
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Chicken Soup for the Soul: From Lemons To Lemonade: 101 Positive, Practical, and Powerful Stories about Making the Best of a Bad Situation |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | August 13, 2013 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781611599145 |

## Author

| | |
|---|---|
| • **Author:** | Chicken Soup for the Soul, LLC |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chicken Soup for the Soul, LLC<br>PO Box 700, Cos Cob, CT, 06807, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Chicken Soup for the Soul, LLC |
| **Email:** | wrouhana@chickensoupforthesoul.com |
| **Address:** | PO Box 700<br>Cos Cob, CT 06807 United States |

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work

Regarding authorship information: Statement on deposited work indicates some text used with permission.

**Registration Number**

# TX 9-505-558

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 02, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: 20th Anniversary

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 25, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781480437203

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-513-495
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 26, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Reader's Choice 20th Anniversary Edition: The Chicken Soup for the Soul Stories that Changed Your Lives

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 25, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599121

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of work

**New material included in claim:** new text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-489-379
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
April 15, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: 20th Anniversary Edition: All Your Favorite Original Stories Plus 20 Bonus Stories for the Next 20 Years

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 25, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599138

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-507-385
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Inspiration For Writers: 101 Motivational Stories for Writers – Budding or Bestselling – from Books to Blogs

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 21, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599091

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of essays, new text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-507-407
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Raising Kids On The Spectrum: 101 Inspirational Stories for Parents of Children with Autism and Asperger's

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 02, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599084

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of essays, new text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-507-392
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Parenthood: 101 Heartwarming and Humorous Stories about the Joys of Raising Children of All Ages

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** March 12, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599077

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of essays, new text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-514-752
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Billy Graham & Me: 101 Inspiring Personal Stories from Presidents, Pastors, Performers, and Other People Who Know Him Well

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** February 12, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599053

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** third party text

**New material included in claim:** compilation of text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-507-401
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Angels Among Us: 101 Inspirational Stories of Miracles, Faith, and Answered Prayers

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 01, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599060

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** compilation of essays, new text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-502-708
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 20, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Power of Positive: 101 Inspirational Stories about Changing Your Life through Positive Thinking

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 23, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599039

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published and from other sources.

Basis for Registration: Collective work.

**Registration Number**
# TX 9-502-702
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 20, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Finding My Faith: 101 Inspirational Stories about Life, Belief, and Spiritual Renewal

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 16, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096955

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published and from other sources.

Basis for Registration: Collective work.

**Registration Number**
# TX 9-503-279
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: I Can't Believe My Cat Did That!: 101 Stories about the Crazy Antics of Our Feline Friends

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 18, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096924

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of chapters
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes

**Registration Number**
# TX 9-508-140
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 09, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Hope & Healing For Your Breast Cancer Journey: Surviving and Thriving During and After Your Diagnosis and Treatment

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 04, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096948

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** pre-existing separately owned text

**New material included in claim:** compilation of pre-existing text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-524-287

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
August 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Think Positive For Great Health: Use Your Mind to Promote Your Own Healing and Wellness

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 04, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096900

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** compilation
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** pre-existing, separately owned text

**New material included in claim:** compilation of pre-existing text.

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-497-368
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Married Life!: 101 Inspirational Stories about Fun, Family, and Wedded Bliss

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 29, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096856

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-499-738
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Boost Your Brain Power!: You Can Improve and Energize Your Brain at Any Age

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 22, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096863

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**
# TX 9-497-370
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Say Goodbye To Back Pain!: How to Handle Flare-Ups, Injuries, and Everyday Back Health

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 22, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096870

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-497-369
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Say Goodbye To Stress: Manage Your Problems, Big and Small, Every Day

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 22, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096887

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-497-367
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Say Hello To A Better Body!: Weight Loss and Fitness for Women Over 50

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 22, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096894

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement in deposited work indicates some text previously published.

**Registration Number**
**TX 9-499-619**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Here Comes The Bride: 101 Stories of Love, Laughter, and Family

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 15, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096849

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
**TX 9-505-915**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 02, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Family Caregivers: 101 Stories of Love, Sacrifice, and Bonding

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 27, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096832

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of contributions

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-519-672
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 21, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Stay-At-Home Moms: 101 Inspirational Stories for Mothers about Hard Work and Happy Families

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 20, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096825

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** Compilation of articles
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published material

**New material included in claim:** Compilation of articles

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-519-717
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 21, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Magic Of Mothers & Daughters: 101 Inspirational and Entertaining Stories about That Special Bond

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 13, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096818

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** Compilation of articles
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published material

**New material included in claim:** Compilation of articles

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-504-312
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 28, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Tough Times For Teens: 101 Stories about the Hardest Parts of Being a Teenager

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 07, 2012
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096801

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** new text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published work

**New material included in claim:** new text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-492-476
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
April 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Food And Love: 101 Stories Celebrating Special Times with Family and Friends… and Recipes Too!

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** November 22, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096788

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

**Registration Number**
**TX 9-503-365**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: O Canada: 101 Heartwarming and Inspiring Stories by and for Canadians

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** November 01, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096757

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-494-282**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
April 25, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Find Your Happiness: 101 Stories about Finding Your Purpose, Passion, and Joy

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 25, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096771

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of short stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of short stories by individual contributors

**New material included in claim:** compilation of short stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-494-280
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
April 25, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Answered Prayers: 101 Stories of Hope, Miracles, Faith, Divine Intervention, and the Power of Prayer

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 18, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096764

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of short stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of short stories by individual contributors

**New material included in claim:** compilation of short stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-504-772
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 29, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Devotional Stories For Tough Times: 101 Daily Devotions to Inspire and Support You in Times of Need

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 04, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096740

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work

Regarding authorship information and limitation of claim: statement in deposited work indicates some text previously published

**Registration Number**

# TX 9-513-026

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 25, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Just For Preteens: 101 Stories of Inspiration and Support for Tweens

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** July 26, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096733

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective Work.

Regarding authorship information: Statement in deposited work indicates some text previously published.

**Registration Number**

# TX 9-504-771

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 29, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Just For Teenagers: 101 Stories of Inspiration and Support for Teens

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** July 26, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096726

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work

Regarding authorship information and limitation of claim: statement in deposited work indicates some text previously published

**Registration Number**
# TX 9-513-039
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 25, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Country Music: The Inspirational Stories behind 101 of Your Favorite Country Songs

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** May 03, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096672

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective Work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-513-033
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 25, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Cat's Life: 101 Stories about All the Ages and Stages of Our Feline Family Members

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 12, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096665

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective Work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**

# TX 9-503-652

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Grandmothers: 101 Stories of Love, Laughs, and Lessons from Grandmothers and Grandchildren

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** March 22, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096641

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-942
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Grieving And Recovery: 101 Inspirational and Comforting Stories about Surviving the Loss of a Loved One

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 01, 2011
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096627

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text by others

**New material included in claim:** new text; compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-508-610

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 10, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Shaping The New You: 101 Encouraging Stories about Dieting and Fitness… and Finding What Works for You

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** December 28, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096573

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published, previously registered, in the public domain used with permission

**Registration Number**
# TX 9-518-850
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 16, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Tales Of Christmas: 101 Stories of Holiday Joy, Love and Gratitude

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** November 02, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096702

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** third-party text

**New material included in claim:** compilation of text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-527-614
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
August 18, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Gift Of Christmas: A Special Collection of Joyful Holiday Stories

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** November 02, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096696

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding authorship information: Statement in deposited work indicates some text previously published.

**Registration Number**
**TX 9-508-604**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 10, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Family Matters: 101 Unforgettable Stories about Our Nutty but Lovable Families

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** October 19, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096559

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statement on deposited work indicates some text previously published, previously registered, in the public domain used with permission.

Basis for Registration: Collective work

**Registration Number**
# TX 9-508-621
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 10, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Christmas Magic: 101 Holiday Tales of Inspiration, Love, and Wonder

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** October 12, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096542

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published, previously registered, in the public domain used with permission

**Registration Number**

# TX 9-503-728

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Devotional Stories For Mothers: 101 Inspirational Stories about Counting Your Blessings and Having a Positive Attitude

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** October 05, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096535

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published works

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-508-617

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 10, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Think Positive: 101 Daily Devotions to Comfort, Encourage, and Inspire Mothers

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** September 28, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096566

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published, previously registered, in the public domain used with permission

**Registration Number**
# TX 9-503-730
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: A Book Of Miracles: 101 True Stories of Healing, Faith, Divine Intervention, and Answered Prayers

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** September 21, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096511

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published works

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-503-726**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Runners: 101 Inspirational Stories of Energy, Endurance, and Endorphins

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** July 13, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096498

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published works

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-727
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Thanks Dad: 101 Stories of Gratitude, Love, and Good Times

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** April 20, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096467

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published works

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-517-960
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 11, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Thanks Mom: 101 Stories of Gratitude, Love, and Good Times

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** March 23, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096450

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective Work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-520-965
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 24, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: NASCAR: 101 Stories of Family, Fortitude, and Fast Cars

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** February 16, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096443

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective Work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
**TX 9-520-902**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 24, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Teacher Tales: 101 Inspirational Stories from Great Teachers and Appreciative Students

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** February 02, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096474

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective Work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**

# TX 9-506-969

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Tough Times, Tough People: 101 Stories about Overcoming the Economic Crisis and Other Challenges

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** December 29, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096436

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text by others

**New material included in claim:** new text; compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-517-962
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 11, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: True Love: 101 Heartwarming and Humorous Stories about Dating, Romance, Love, and Marriage

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** December 29, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096436

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective Work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**

# TX 9-506-968

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Count Your Blessings: 101 Stories of Gratitude, Fortitude, and Silver Linings

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** November 03, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096429

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text by others

**New material included in claim:** new text; compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-508-136
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 09, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Devotional Stories For Women: 101 Daily Devotions to Comfort, Encourage, and Inspire Women

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** October 06, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096481

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-499-146**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 09, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: What I Learned From The Cat: 101 Stories about Life, Love, and Lessons

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** September 22, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096375

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** Compilation of articles
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published material

**New material included in claim:** Compilation of articles

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement in deposited work indicates some text previously published.

**Registration Number**
# TX 9-510-296
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 16, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: What I Learned From The Dog: 101 Stories about Life, Love, and Lessons

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** September 22, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096382

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published work

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-509-429

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Extraordinary Teens: Personal Stories and Advice from Today's Most Inspiring Youth

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 18, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096368

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-506-177
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 03, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Golf Book: 101 Great Stories from the Course and the Clubhouse

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** April 21, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096337

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

**Registration Number**

# TX 9-506-180

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 03, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Campus Chronicles: 101 Inspirational, Supportive, and Humorous Stories about Life in College

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** April 07, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096344

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

**Registration Number**

# TX 9-505-681

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 02, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Twins And More: 101 Stories Celebrating Double Trouble and Multiple Blessings

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** March 10, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096320

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Registration Number**
# TX 9-503-434
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Cancer Book: 101 Stories of Courage, Support & Love

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** March 03, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096306

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-405
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Inside Basketball: 101 Great Hoop Stories from Players, Coaches, and Fans

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 10, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096290

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** New text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previous version of this work

**New material included in claim:** New text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-510-293**
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
June 16, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Resolution: 101 Stories… Great Ideas for Your Mind, Body, and… Wallet

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** December 23, 2008
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096283

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published work

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com

**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-502-148
**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
May 19, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Teens Talk Middle School: 101 Stories of Life, Love, and Learning for Younger Teens

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** November 04, 2008
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781935096269

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Registration Number**
# TX 9-499-850
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Chicken Soup for the Soul: Time for Christmas: 101 Tales of Holiday Joy, Love & Gratitude |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | October 24, 2023 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781611591088 |

## Author

| | |
|---|---|
| • **Author:** | Chicken Soup for the Soul, LLC |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chicken Soup for the Soul, LLC<br>PO Box 700, Cos Cob, CT, 06807, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Chicken Soup for the Soul, LLC |
| **Email:** | wrouhana@chickensoupforthesoul.com |
| **Address:** | PO Box 700<br>Cos Cob, CT 06807 United States |

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-499-851
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Angels and the Miraculous: 101 Inspirational Stories of Faith, Miracles and Answered Prayers

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 26, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591040

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**

**TX 9-497-668**

**Effective Date of Registration:**
March 12, 2025

**Registration Decision Date:**
May 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Get Out of Your Comfort Zone: 101 Stories about Trying New Things, Overcoming Fear and Broadening Your World

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 25, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591033

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding authorship information: Deposited work states some text previously published.

**Registration Number**
# TX 9-503-521
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Well That Was Funny: 101 Feel Good Stories

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 18, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591019

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-522
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Advice That Changed My Life: 101 Stories of Epiphanies and Wise Words

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 14, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611591002

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** new text and revised compilation of stories
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-508
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Lessons Learned From My Cat

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 14, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590999

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-513
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Lessons Learned From My Dog

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** January 24, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590982

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-502-707
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 20, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Chicken Soup for the Soul: The Magic of Christmas: 101 Tales of Holiday, Joy, Love and Gratitude |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | October 11, 2022 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781611590951 |

## Author

| | |
|---|---|
| • **Author:** | Chicken Soup for the Soul, LLC |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chicken Soup for the Soul, LLC<br>PO Box 700, Cos Cob, CT 06807, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Chicken Soup for the Soul, LLC |
| **Email:** | wrouhana@chickensoupforthesoul.com |
| **Address:** | PO Box 700<br>Cos Cob, CT 06807 United States |

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published and from other sources.

Basis for Registration: Collective work.

**Registration Number**
**TX 9-499-731**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Attitude of Gratitude: 101 Stories About Counting Your Blessings & The Power of Thankfulness

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 16, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590937

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**
# TX 9-499-736
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Your 10 Keys to Happiness: 101 Real-Life Stories that Will Show You How to Improve Your Life

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 07, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590913

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**
# TX 9-499-732
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Too Funny!: 101 Hilarious Stories to Brighten Your Day

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 19, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590890

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**

# TX 9-499-532

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Kindness Matters: 101 Feel-Good Stories of Compassion & Paying it Forward

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 22, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590883

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-499-564
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Grieving, Loss and Healing: 101 Stories of Comfort and Moving Forward

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 22, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590876

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-499-546
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Believe In Angels: 101 Inspirational Stories of Hope, Miracles and Answered Prayers

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 25, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590869

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Copyright Office notes:** Basis for Registration: collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-496-629
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 01, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Tough Times Won't Last But Tough People Will: 101 Stories about Overcoming Life's Challenges

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 03, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590760

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes

**Registration Number**
# TX 9-496-627
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 01, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Blessings of Christmas: 101 Tales of Holiday Joy, Kindness and Gratitude

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 12, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590777

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective work.

**Registration Number**
# TX 9-508-529
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 10, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Hilarious, Heroic Human Dog: 101 Tales of Canine Companionship

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** September 07, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590784

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** new text, compilation of contributions
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-503-320

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: I'm Speaking Now: Black Women Share Their Truth in 101 Stories of Love, Courage and Hope

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 01, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590838

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-503-544**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Read, Laugh, Repeat: 101 Laugh-Out Loud Stories

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 04, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590753

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** new text and revised compilation of stories
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-547
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Be You: 101 Stories of Affirmation, Determination and Female Empowerment

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 06, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590654

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-484-749

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 01, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Listen To Your Dreams: 101 Tales Of Inner Guidance, Divine Intervention And Miraculous Insight

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 11, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590685

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** compilation of stories
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of stories

**New material included in claim:** compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-503-370

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Magic of Dogs: 101 Tales Of Family, Friendship & Fun

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 14, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590678

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-485-892
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 03, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Magic Of Cats: 101 Tales of Family, Friendship & Fun

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 07, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611590661

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** Compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of stories

**New material included in claim:** compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-500-587
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 14, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Laughter Is The Best Medicine: 101 Feel Good Stories

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 14, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599992

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Registration Number**

# TX 9-499-006

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 09, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: It's Beginning To Look A Lot Like Christmas: 101 Tales of Holiday Love & Wonder

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 15, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599916

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work

Regarding authorship information: Deposited work states some text previously published.

**Registration Number**
# TX 9-485-900
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 03, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Think Positive, Live Happy: 101 Stories About Creating Your Best Life

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 24, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599923

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of stories

**New material included in claim:** compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-506-754
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Angels All Around: 101 Inspirational Stories of Miracles, Divine Intervention and Answered Prayers

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 27, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599930

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of stories, quotes, and essays
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of individual stories, quotes, and essays

**New material included in claim:** compilation of stories, quotes, and essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-506-757
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Running For Good: 101 Stories for Runner's & Walkers To Get You Going!

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** June 04, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599909

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of stories, quotes, and essays
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of individual stories, quotes, and essays

**New material included in claim:** compilation of stories, quotes, and essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-485-896
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 03, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Life Lessons From The Cat: 101 Tales Of Family, Friendship and Fun

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 14, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599893

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** compilation of stories
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of stories

**New material included in claim:** compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-497-248
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Life Lessons From The Dog: 101 Tales Of Family, Friendship and Fun

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 09, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599886

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of short stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of short stories by individual contributors

**New material included in claim:** compilation of short stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-484-927
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 01, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Grandparents: 101 Stories of Love, Laughs and Lessons Across The Generations

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 26, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599862

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-497-238**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Mom Knows Best: 101 Stories of Love, Gratitude & Wisdom

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 19, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599879

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of short stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of short stories by individual contributors

**New material included in claim:** compilation of short stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-497-244
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Messages From Heaven And Other Miracles: 101 Stories Of Angels, Answered Prayers And Love That Doesn't Die

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 08, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599855

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of short stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of short stories by individual contributors

**New material included in claim:** compilation of short stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-485-906
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 03, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Best Advice I Ever Heard: 101 Stories of Epiphanies and Wise Words

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 06, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599848

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of stories

**New material included in claim:** compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-497-241**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 05, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Canadian Acts Of Kindness: 101 Stories Of Caring and Compassion

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 30, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599831

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of short stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of short stories by individual contributors

**New material included in claim:** compilation of short stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-506-774**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Wonder Of Christmas: 101 Stories About The Joy Of The Season

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 16, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599824

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of quotes, stories, and essays
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of individual quotes, stories, and essays

**New material included in claim:** compilation of quotes, stories, and essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-500-525
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 14, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Think, Act & Be Happy: How to Use Chicken Soup for the Soul Stories to Train Your Brain to Be Your Own Therapist

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 25, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599794

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding deposit: Statement in deposited work indicates some text previously published.

**Registration Number**
# TX 9-500-550
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 14, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Power of Yes!: 101 Stories About Adventure, Change And Positive Thinking

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 14, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599787

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding deposit: Statement in deposited work indicates some text previously published.

**Registration Number**
# TX 9-500-646
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 14, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Miracle Of Love: 101 Stories About Hope, Soul Mates And New Beginnings

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 05, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599800

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding deposit: Statement in the deposited work indicates some text previously published.

**Registration Number**
**TX 9-500-533**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 14, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Empowered Woman: 101 Stories About Being Confident, Courageous And Your True Self

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 01, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599817

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

Regarding deposit: Statement in the deposited work indicates some text previously published.

**Registration Number**
**TX 9-503-666**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Crazy Family: 101 Stories About Wacky, Lovable People In Our Lives

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 10, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599770

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-669
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Amazing Mom: 101 Stories of Love And Appreciation

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 20, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599763

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-493-914
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 24, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Miracles And More: 101 Storiess About Divine Intervention, Answered Prayers, And Messages From Heaven

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 06, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599756

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

**Registration Number**
# TX 9-503-668
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Step Outside Your Comfort Zone: 101 Stories About Trying New Things, Overcoming Fears and Broadening Your World

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 31, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599749

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-503-667

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: A Book Of Christmas Miracles: 101 Stories of Holiday Hope and Happiness

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 17, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599725

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-523-432
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
August 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Dreams And The Unexplainable: 101 Eye-Opening Stories About Premonitions and Miracles

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 26, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599718

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of preexisting quotes, stories, and essays
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of preexisting quotes, stories, and essays

**New material included in claim:** compilation of preexisting quotes, stories, and essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-507-398**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Kind (Of) America: 101 Stories About The True Spirit Of Our Country

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 29, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599732

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of essays, new text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-507-388
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Cat Really Did That?: 101 Stories of Miracles, Mischief and Magical Moments

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 08, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599701

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of essays, new text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-507-408**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 06, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Dog Really Did That?: 101 Stories of Miracles, Mischief and Magical Moments

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 08, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599695

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of essays, new text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

**TX 9-498-329**

**Effective Date of Registration:**
March 12, 2025

**Registration Decision Date:**
May 07, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Military Families: 101 Stories About The Force Behind The Forces

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 09, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599671

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published and from other sources.

Basis for Registration: Collective work.

**Registration Number**
# TX 9-498-322
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 07, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Inspiration For Teachers: 101 Stories About How You Make A Difference

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 08, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599664

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published.

Basis for Registration: Collective work.

**Registration Number**
# TX 9-503-504
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 22, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Best Mom, Ever: 101 Stories of Gratitude, Love and Wisdom

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 21, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599541

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-504-860
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 29, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Random Actos Of Kindness: 101 Stories of Compassion and Paying It Forward

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 01, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599619

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

**Registration Number**

# TX 9-504-872

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 29, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Curvy & Confident: 101 Stories About Loving Yourself and Your Body

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 27, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599657

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

**Registration Number**
# TX 9-505-071
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 29, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Chicken Soup for the Soul: Angels And Miracles: 101 Inspirational Stories About Hope, Answered Prayers, and Divine Intervention |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 01, 2016 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781611599640 |

## Author

| | |
|---|---|
| • **Author:** | Chicken Soup for the Soul, LLC |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chicken Soup for the Soul, LLC<br>PO Box 700, Cos Cob, CT, 06807, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Chicken Soup for the Soul, LLC |
| **Email:** | wrouhana@chickensoupforthesoul.com |
| **Address:** | PO Box 700<br>Cos Cob, CT 06807 United States |

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

**Registration Number**

# TX 9-505-070

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 29, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Joy Of Christmas: 101 Holiday Tales of Inspiration, Love and Wonder

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 18, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599633

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

**Registration Number**

**TX 9-509-422**

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Power of Gratitude: 101 Stories About How Being Thankful Can Change Your Life

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 23, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599589

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statement on deposited work indicates some text previously published.

Basis for Registration: collective work.

**Registration Number**
# TX 9-509-432
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Spirit of America: 101 Stories About What Makes Our Country Great

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 07, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599602

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-506-605
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Joy of Less: 101 Stories About Having More By Simplifying Our Lives

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 09, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599572

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**
**TX 9-506-610**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: For Mom, With Love: 101 Stories About Why We Love Our Mothers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 22, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599626

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**
# TX 9-506-615
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Very Good, Very Bad Cat: 101 Heartwarming Stories About Our Happy, Heroic & Hilarious Pets

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 09, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599558

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**
**TX 9-506-607**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: My Very Good, Very Bad Dog: 101 Heartwarming Stories About Our Happy, Heroic & Hilarious Pets

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 09, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599565

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work.

**Registration Number**

# TX 9-499-147

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 09, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Merry Christmas: 101 Joyous Holiday Stories

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 20, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599534

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** Compilation of articles
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published material

**New material included in claim:** Compilation of articles

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-499-149
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 09, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Think Possible: 101 Stories about Using a Positive Attitude to Improve Your Life

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 06, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599527

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** Compilation of articles
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published material

**New material included in claim:** Compilation of articles

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-510-285
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 16, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Dreams & Premonitions: 101 Amazing Stories of Miracles, Divine Intervention, and Insight

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 22, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599503

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text, compilation of contributions
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published work

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-510-291
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 16, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Volunteering & Giving Back: 101 Inspiring Stories about Purpose and Passion

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 18, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599510

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published work

**New material included in claim:** new text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-510-300
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 16, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Inspiration For Nurses: 101 Stories of Appreciation & Wisdom

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 21, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599480

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published work

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-509-425
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Time To Thrive: 101 Inspiring Stories about Growth, Wisdom, and Dreams

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 05, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599473

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: collective work.

Regarding authorship information: Statement on deposited work indicates some text previously published.

**Registration Number**
# TX 9-506-723
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Joy of Adoption: 101 Stories about Forever Families and Meant-to-Be Kids

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 31, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599466

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Correspondence:** Yes

**Registration Number**
# TX 9-506-717
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 04, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Thanks To My Mom: 101 Stories of Gratitude, Love, and Lessons

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 17, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599459

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text, compilation of stories
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of individual quotes, stories, and essays.

**New material included in claim:** text, compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-154
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 21, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Power of Forgiveness: 101 Stories about How to Let Go and Change Your Life

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 16, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599428

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** compilation of essays, some text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of all other contributions; previously published text

**New material included in claim:** compilation of essays, some text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
**TX 9-502-879**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 21, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Find Your Inner Strength: 101 Empowering Stories of Resilience, Positive Thinking & Overcoming Challenges

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 28, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599398

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** compilation of essays, some text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text of all other contributions; previously published text

**New material included in claim:** compilation of essays, some text

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-502-876

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 21, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Touched By An Angel: 101 Miraculous Stories of Faith, Divine Intervention, and Answered Prayers

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 07, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599411

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** compilation of essays
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, text of all contributions

**New material included in claim:** compilation of essays

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-502-938
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 02, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Reboot Your Life: 101 Stories about Finding a New Path to Happiness

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 16, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599404

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Collective work.

**Registration Number**
# TX 9-505-937
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 02, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Dog Did What?: 101 Amazing Stories of Magical Moments, Miracles and…Mayhem

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 09, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599374

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text, compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previously published text

**New material included in claim:** text, compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-505-685

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 02, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Recovering From Traumatic Brain Injuries: 101 Stories of Hope, Healing, and Hard Work

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 24, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599381

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text; compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text by individual contributors

**New material included in claim:** text; compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-505-677
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
June 02, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Home Sweet Home: 101 Stories about Hearth, Happiness, and Hard Work

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 27, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599350

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text; compilation of contributions
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** text by individual contributors

**New material included in claim:** text; compilation of contributions

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-504-774
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 29, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Chicken Soup for the Soul: Living With Alzheimer's & Other Dementias: 101 Stories of Caregiving, Coping, and Compassion |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | April 22, 2014 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781611599343 |

## Author

| | |
|---|---|
| • **Author:** | Chicken Soup for the Soul, LLC |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chicken Soup for the Soul, LLC<br>PO Box 700, Cos Cob, CT, 06807, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Chicken Soup for the Soul, LLC |
| **Email:** | wrouhana@chickensoupforthesoul.com |
| **Address:** | PO Box 700<br>Cos Cob, CT 06807 United States |

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work

Regarding authorship information and limitation of claim: statement in deposited work indicates some text previously published.

**Registration Number**

# TX 9-498-314

**Effective Date of Registration:**
March 12, 2025

**Registration Decision Date:**
May 07, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Multitasking Mom's Survival Guide: 101 Inspiring and Amusing Stories for Mothers Who Do It All

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 18, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599336

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Regarding authorship information: Statements in deposited work indicate some text previously published.

Basis for Registration: Collective work.

**Registration Number**
**TX 9-503-674**
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Miracles Happen: 101 Inspirational Stories about Hope, Answered Prayers, and Divine Intervention

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 14, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599329

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-671
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: The Dating Game: 101 Stories about Looking for Love and Finding Fairytale Romance!

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** December 17, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599299

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-672
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Just Us Girls: 101 Stories about Friendship for Women of All Ages

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** November 05, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599282

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**

# TX 9-503-673

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: O Canada The Wonders Of Winter: 101 Stories about Bad Weather, Good Times, and Great Sports

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** November 05, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599312

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** new text and revised compilation of stories
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-503-676
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 23, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Think Positive For Kids: 101 Stories about Good Decisions, Self-Esteem, and Positive Thinking

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 29, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599275

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** new text and revised compilation of stories
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Limitation of copyright claim

**Material excluded from this claim:** previous version of this work

**New material included in claim:** new text and revised compilation of stories

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700

Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date:** March 11, 2025

**Correspondence:** Yes

**Registration Number**
# TX 9-493-913
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 24, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Miraculous Messages From Heaven: 101 Stories of Eternal Love, Powerful Connections, and Divine Signs from Beyond

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 15, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599268

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collecitve work.

**Registration Number**
# TX 9-493-911
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
April 24, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: It's Christmas: 101 Joyful Stories about the Love, Fun, and Wonder of the Holidays

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 08, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599251

## Author

- **Author:** Chicken Soup for the Soul, LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective work.

**Registration Number**
# TX 9-499-485
**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Chicken Soup for the Soul: Devotional Stories For Wives: 101 Daily Devotions to Comfort, Encourage, and Inspire You

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 10, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781611599107

## Author

- **Author:** Chicken Soup for the Soul, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicken Soup for the Soul, LLC
PO Box 700, Cos Cob, CT, 06807, United States

## Rights and Permissions

**Organization Name:** Chicken Soup for the Soul, LLC
**Email:** wrouhana@chickensoupforthesoul.com
**Address:** PO Box 700
Cos Cob, CT 06807 United States

## Certification

**Name:** William Rouhana
**Date**: March 11, 2025

---

**Copyright Office notes:** Basis for Registration: Collective Work

Regarding authorship information: Statement on deposited work indicates some text used with permission.

**Registration Number**
**TX 9-474-412**
**Effective Date of Registration:**
January 17, 2025
**Registration Decision Date:**
March 04, 2025

## Title

**Title of Work:** Introduction to Vibration in Engineering (Fourth Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 30, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Cognella, Inc.
**Author Created:** New & revised text and artwork, and new compilation of artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave, Suite 400, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previous edition
**Previous registration and year:** TX0009380517, 2023
TX0008839150, 2019

**New material included in claim:** New & revised text and artwork, and new compilation of artwork

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120

**Address:** 320 South Cedros Ave, Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: November 04, 2024
**Applicant's Tracking Number**: 81459-4A

**Registration Number**
**TX 9-412-631**
**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** Systemist International Relations

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 12, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Patrick James
  **Author Created:** Text and artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Patrick James
c/o Cognella, Inc., 320 South Cedros Ave., Ste. 400, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published photograph

**New material included in claim:** Text and artwork

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: April 09, 2024
**Applicant's Tracking Number**: 83518-1A

**Registration Number**

# TX 9-418-480

**Effective Date of Registration:**
April 08, 2024
**Registration Decision Date:**
August 15, 2024

## Title

**Title of Work:** Multidimensional Human Behavior in the Complex Social Environment: Decolonizing Theories for Social Work Practice

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 25, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Jemel P. Aguilar
  **Author Created:** Text of front and back matter, text of chapter 1, compilation of previously published artwork
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Elisabeth Counselman-Carpenter
  **Author Created:** Text of front and back matter, text of chapter 3, compilation of previously published artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave., Suite 400, Solana Beach, CA, 92075, United States
**Transfer statement:** By written agreements with the authors named and contributors not named on the application

## Limitation of copyright claim

**Material excluded from this claim:** Previously published artwork

**New material included in claim:** Text of front and back matter, text of chapters 1 and 3, compilation of previously published artwork

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date:** February 09, 2024
**Applicant's Tracking Number:** 83871-1A

**Correspondence:** Yes

**Registration Number**

# TX 9-395-889

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
June 03, 2024

## Title

**Title of Work:** Control Systems: Modeling, Analysis, and Design

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 14, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Swami Karunamoorthy
  **Author Created:** Text, images, and compilation of previously published images
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave., Suite 400, Solana Beach, CA, 92075, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published images

**New material included in claim:** Text, images, and compilation of previously published images

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave., Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: December 22, 2023
**Applicant's Tracking Number**: 83476-1B

**Registration Number**
# TX 9-408-063
**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
July 12, 2024

## Title

**Title of Work:** Hip Hop Music: History and Culture

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 25, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** James Piscitelli
  **Author Created:** artwork

- **Author:** Terence Elliott
  **Author Created:** Text and compilation of previously published text and photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
320 South Cedros Ave, Suite 400, Solana Beach, CA, 92075, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text and photographs

**New material included in claim:** artwork, New text and compilation of previously published text and photographs

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 320 South Cedros Ave,
Suite 400
Solana Beach, CA 92075 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: December 22, 2023
**Applicant's Tracking Number**: 83477-1B

**Correspondence:** Yes

**Registration Number**
# TX 9-325-808
**Effective Date of Registration:**
July 25, 2023
**Registration Decision Date:**
November 01, 2023

## Title

**Title of Work:** An Independent Empire: Diplomacy and War in the Making of the United States

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 24, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Kochin
  **Author Created:** text
  **Domiciled in:** Israel
  **Year Born:** 1970

- **Author:** Michael Taylor
  **Author Created:** text
  **Domiciled in:** United Kingdom
  **Year Born:** 1988

## Copyright Claimant

**Copyright Claimant:** Michael Kochin
P.O Box 10077, Jerusalem, 9110002, Israel

**Copyright Claimant:** Michael Taylor
10 Waterloo Court, Lapwing Lane, Manchester, M20 2NT, United Kingdom

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork

**New material included in claim:** text

## Certification

**Name:** Michael Hylton
**Date**: July 25, 2023

**Registration Number**
# TX 9-279-359
**Effective Date of Registration:**
April 10, 2023
**Registration Decision Date:**
June 27, 2023

## Title

**Title of Work:** Clinical Research for the Doctor of Nursing Practice (Third Edition)

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 05, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Allison Terry
  **Author Created:** New and revised text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text and artwork

**New material included in claim:** New and revised text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 3970 Sorrento Valley Blvd., Suite 500

San Diego, CA 92121 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: November 11, 2022
**Applicant's Tracking Number**: 83853-1A

**Correspondence:** Yes

**Registration Number**
**TX 9-213-946**
**Effective Date of Registration:**
November 21, 2022
**Registration Decision Date:**
January 18, 2023

## Title

**Title of Work:** Blue and Red: A Divided America

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 07, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Farrokh Moshiri
**Author Created:** Text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Farrokh Moshiri
c/o Cognella, Inc., 3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published artwork and photographs

**New material included in claim:** Text

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 3970 Sorrento Valley Blvd., Suite 500

San Diego, CA 92121 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: November 11, 2022
**Applicant's Tracking Number**: 83531-1B

**Registration Number**
**TX 9-213-936**
**Effective Date of Registration:**
November 21, 2022
**Registration Decision Date:**
January 18, 2023

## Title

**Title of Work:** Career-Focused Counseling: Integrating Culture, Development, and Neuroscience

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 20, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Chad Luke
  **Author Created:** text, artwork, Text and compilation of previously published text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Melinda Gibbons
  **Author Created:** text, artwork, Text and compilation of previously published text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States
**Transfer statement:** By written agreements with the authors named and contributors not named on the application

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text and artwork

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Name:** Alexa Lucido
**Email:** rights@cognella.com
**Telephone:** (800)200-3908
**Address:** 3970 Sorrento Valley Blvd., Suite 500
San Diego, CA 92121 United States

## Certification

**Name:** Bassim Hamadeh
**Date:** November 11, 2022
**Applicant's Tracking Number:** 83265-1A

**Registration Number**
**TX 9-207-087**
**Effective Date of Registration:**
November 21, 2022
**Registration Decision Date:**
December 29, 2022

## Title

**Title of Work:** Product Design and Development Handbook: An Innovative, Entrepreneurial, and Structured Approach for Engineering Capstone and Industry Projects

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 22, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Steven Trimble
  **Author Created:** Text, artwork, and photographs.
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Abdelrahman Shuaib
  **Author Created:** Text, artwork, and photographs.
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Steven Trimble
c/o Cognella, Inc., 3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States

**Copyright Claimant:** Abdelrahman Shuaib
c/o Cognella, Inc., 3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text and photographs.

**New material included in claim:** Text, artwork, and photographs.

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (858)552-1120
**Address:** 3970 Sorrento Valley Blvd., Suite 500
San Diego, CA 92121 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: November 11, 2022
**Applicant's Tracking Number**: 82944-1B

**Registration Number**
# TX 9-215-137
**Effective Date of Registration:**
November 21, 2022
**Registration Decision Date:**
January 23, 2023

## Title

**Title of Work:** Strategies for Teaching Large Classes Effectively in Higher Education

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** December 19, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Cognella, Inc,
  **Author Created:** Text and compilation of previously published text, artwork, and photographs
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cognella, Inc.
3970 Sorrento Valley Blvd., Suite 500, San Diego, CA, 92121, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published text, artwork, and photographs

**New material included in claim:** Text and compilation of previously published text, artwork, and photographs

## Rights and Permissions

**Organization Name:** Cognella, Inc.
**Email:** rights@cognella.com
**Telephone:** (800)200-3908
**Address:** 3970 Sorrento Valley Blvd., Suite 500
San Diego, CA 92121 United States

## Certification

**Name:** Bassim Hamadeh
**Date**: April 04, 2022
**Applicant's Tracking Number**: 82030-1A